AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation located in the County of King, State of Washington, <br><br> *Plaintiff(s)* <br><br> v. <br><br> MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
- Monsanto Company, Registered Agent: CSC-LAWYERS INCORPORATING SERVICE COMPANY 221 Bolivar Street, Jefferson City, MO 65101
- Pharmacia LLC, Registered agent: THE CORPORATION TRUST COMPANY 1209 Oragne St., Wilmington, DE 19801
- Solutia Inc. Registered Agent:CSC-LAWYERS INCORPORATING SERVICE COMPANY
221 Bolivar Street, Jefferson City, MO 65101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
- Office of the City Attorney, Peter S. Holmes, Laura B. Wishik
701 Fifth Avenue, Suite 2050 Seattle, Washington 98104-7097
- Baron and Budd PC, Scott Summy, Carla Burke, Celeste Evangelisti
3102 Oak Lawn Avenue, Suite 1100, Dallas, TX 75219
- Gomez Trail Attorneys, John H. Gomez, John P. Fiske
655 West Broadway Suite 1700, San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: