UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation located in the County of King, State of Washington,<br><br>               Plaintiff,<br><br>               v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION,<br><br>               Defendants. | NO. C16-107RSL<br><br>ORDER GRANTING MOTION TO TEMPORARILY STAY ALL PROCEEDINGS |

This matter comes before the Court on plaintiff City of Seattle's motion to temporarily stay all proceedings pending a ruling from the Judicial Panel on Multidistrict Litigation. Dkt. # 3. Having considered plaintiff's motion and exhibit, the Court GRANTS the motion to stay all proceedings until further notice of the Court.[1] The City of Seattle is ORDERED to file an update regarding the status of this action within 90 days of the date of this order.

DATED this 3rd day of February, 2016.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] The Court assumes that service has not and will not be accomplished during the stay. In the event that defendants are served, they are under no obligation to answer until further order of the Court.

ORDER GRANTING STAY - 1