THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation, located in the County of King, State of Washington,<br><br>Plaintiffs<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>Defendants. | CASE NO. 2:16-cv-00107-RSL<br><br>**STIPULATED JOINT MOTION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF CITY OF SEATTLE'S FIRST AMENDED COMPLAINT**<br><br>NOTED FOR HEARING:<br>MARCH 2, 2017 |

STIPULATED JOINT MOTION TO EXTEND TIME
CASE NO.: 2:16-cv-00107-RSL - 1
US-DOCS\81975967

LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400

SCHWABE WILLIAMSON & WYATT
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
206.622.1711

## STIPULATED JOINT MOTION

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7(j), Plaintiff City of Seattle ("City") and Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC ("Defendants") (together, the "Parties") in the above-entitled action jointly and respectfully request this Court issue an order granting this Motion to Extend Time for Defendants to file a responsive pleading to the City's First Amended Complaint ("FAC") in this matter until March 24, 2017.

On February 22, 2017, this Court granted in part and denied in part Defendants' Motion to Dismiss the City's First Amended Complaint. *See* Dkt. No. 60. Pursuant to Federal Rule of Civil Procedure 12(a)(4), Defendants' responsive pleading is due within 14 days after notice of the Court's action, or March 8, 2017. Good cause exists to grant this extension because an extension is necessary to allow Defendants time to analyze, evaluate, and respond to the remaining claims that the City has made in its FAC. In addition, there would be no prejudice to the Parties if the Court grants this extension, and the extension would not affect other existing deadlines or otherwise delay the action.

The Parties therefore stipulate and agree to extend Defendants' time to file a responsive pleading until March 24, 2017.

Dated: March 2, 2017         SCHWABE WILLIAMSON & WYATT

By: s/ Jennifer Campbell
Jennifer L. Campbell, WSBA No. 31703
Connie Sue M. Martin, WSBA No. 26525
Claire Rootjes, WSBA No. 42178
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 622-1711
Facsimile: (206) 292-0460
Email: jcampbell@schwabe.com
Email: csmartin@schwabe.com
Email: crootjes@schwabe.com

STIPULATED JOINT MOTION TO EXTEND TIME
CASE NO.: 2:16-cv-00107-RSL - 2
US-DOCS\81975967

LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400

SCHWABE WILLIAMSON & WYATT
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
206.622.1711

| | |
|---|---|
| 1 | Robert M. Howard, CSBA #145870 |
| | *(Admitted Pro Hac Vice)* |
| 2 | Kelly E. Richardson, CSBA #210511 |
| | *(Admitted Pro Hac Vice)* |
| 3 | Andrea M. Hogan, CSBA #238209 |
| 4 | *(Admitted Pro Hac Vice)* |
| | Jennifer Casler-Goncalves, CSBA #259438 |
| 5 | *(Admitted Pro Hac Vice)* |
| | LATHAM & WATKINS LLP |
| 6 | 12670 High Bluff Drive |
| | San Diego, California 92130 |
| 7 | Phone: (858) 523-5400 |
| 8 | Emails: robert.howard@lw.com |
| | kelly.richardson@lw.com |
| 9 | andrea.hogan@lw.com |
| | jennifer.casler@lw.com |
| 10 | |
| 11 | *Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC* |

STIPULATED JOINT MOTION TO EXTEND TIME
CASE NO.: 2:16-cv-00107-RSL - 3
US-DOCS\81975967

LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400

SCHWABE WILLIAMSON & WYATT
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
206.622.1711

| | |
|---|---|
| 1  Dated: March 2, 2017 | OFFICE OF THE CITY ATTORNEY |
| 2 | |
| 3 | By /s/ Laura B. Wishik |
|   | Peter S. Holmes |
|   | Laura B. Wishik |
| 4 | Office of the City Attorney |
|   | 701 Fifth Avenue, Suite 2010 |
| 5 | Seattle, WA 98104-7097 |
|   | Tel: 206.684.8200 |
| 6 | |
| 7 | GOMEZ TRIAL ATTORNEYS |
|   | John H. Gomez (SBN 171485) |
|   | John P. Fiske (SBN 249256) |
| 8 | 655 West Broadway, Suite 1700 |
|   | San Diego, CA 92101 |
| 9 | Telephone: 619.237.3490 |
|   | Fax: 619.237.3496 |
| 10 | |
| 11 | BARON & BUDD, P.C. |
|    | Scott Summy (Pro Hac Vice) |
| 12 | (Texas Bar No. 19507500) |
|    | Carla Burke (Pro Hac Vice) |
| 13 | (Texas Bar No. 24012490) |
|    | Celeste Evangelisti (SBN 225232) |
| 14 | 3102 Oak Lawn Avenue, Suite 1100 |
|    | Dallas, Texas 75219-4281 |
| 15 | Telephone: 214.521.3605 |
|    | Fax: 214.520.1181 |
| 16 | |
|    | Attorneys for Plaintiff City of Seattle |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATED JOINT MOTION TO EXTEND TIME
CASE NO.: 2:16-cv-00107-RSL - 4
US-DOCS\81975967

LATHAM & WATKINS LLP / SCHWABE WILLIAMSON & WYATT
12670 High Bluff Drive / 1420 Fifth Avenue, Suite 3400
San Diego, CA 92130 / Seattle, WA 98101
858.523.5400 / 206.622.1711

**ORDER**

THIS MATTER having come before the Court on the stipulation of the parties and the Court finding that good cause exists for granting the relief requested, NOW, THEREFORE, IT IS HEREBY ORDERED that the deadline for Defendants to file a responsive pleading to the City of Seattle's First Amended Complaint is extended to March 24, 2017.

DATED this **3rd** day of **March**, 2017.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

STIPULATED JOINT MOTION TO EXTEND TIME
CASE NO.: 2:16-cv-00107-RSL - 5
US-DOCS\81975967

LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400

SCHWABE WILLIAMSON & WYATT
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
206.622.1711