THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation located in the County of King, State of Washington,<br><br>Plaintiff,<br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>Defendants. | Case No.: 2:16-cv-00107-RSL<br><br>**STIPULATED JOINT MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF/CROSS-DEFENDANT TO FILE RESPONSIVE PLEADING TO DEFENDANTS/CROSS-COMPLAINANTS' COUNTERCLAIMS** |

STIPULATED JOINT MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF/CROSS-DEFENDANT TO FILE RESPONSIVE PLEADING TO DEFENDANTS/CROSS-COMPLAINANTS' COUNTERCLAIMS
2:16-cv-00107-RSL - Page 1

OFFICE OF THE CITY ATTORNEY
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104-7097
Telephone: (206) 684-8200

## STIPULATED JOINT MOTION

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7(j), Plaintiff/Cross-Defendant City of Seattle ("Plaintiff/Cross-Defendant") and Defendants/Cross-Complainants Monsanto Company, Solutia Inc., and Pharmacia LLC ("Defendants/Cross-Complainants") (collectively, the "Parties") in the above-entitled action jointly and respectfully request this Court issue an order granting this Motion to Extend Time for Plaintiff/Cross-Defendant to file a responsive pleading to the Defendants'/Cross-Complainants' Counterclaims in this matter until April 28, 2017.

On March 24, 2017, the Defendants/Cross-Complainants filed an Answer to Plaintiff/Cross-Defendant's First Amended Complaint and Counterclaims. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), Plaintiff/Cross-Defendant's responsive pleading is due within 21 days after notice of the Court's action, or April 14, 2017. Good cause exists to grant this extension because an extension is necessary to allow Plaintiff/Cross-Defendant time to analyze, evaluate, and respond to the claims that the Defendants/Cross-Complainants have made in its Counterclaims. In addition, there would be no prejudice to the Parties if the Court grants this extension, and the extension would not affect other existing deadlines or otherwise delay the action. The Parties therefore stipulate and agree to extend Plaintiff/Cross-Defendant's time to file a responsive pleading until April 28, 2017.

Dated: April 7, 2017

Respectfully submitted,

PETER S. HOLMES
Seattle City Attorney
By: s/Laura B. Wishik
   Peter S. Holmes, WSBA # 15787
   Laura B. Wishik, WSBA #16682
**OFFICE OF THE CITY ATTORNEY**
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104-7097
Telephone: (206) 684-8200
Email: Laura.Wishik@seattle.gov

**BARON & BUDD, P.C.**
Scott Summy *(admitted Pro Hac Vice)*
Carla Burke Pickrel *(admitted Pro Hac Vice)*
Celeste Evangelisti *(admitted Pro Hac Vice)*
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605
Email: SSummy@baronbudd.com
       cburkepickrel@baronbudd.com
       cevangelisti@baronbudd.com

STIPULATED JOINT MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF/CROSS-DEFENDANT TO FILE RESPONSIVE PLEADING TO DEFENDANTS/CROSS-COMPLAINANTS' COUNTERCLAIMS
2:16-cv-00107-RSL - Page 2

OFFICE OF THE CITY ATTORNEY
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104-7097
Telephone: (206) 684-8200

|   |   |
|---|---|
| 1 | **GOMEZ TRIAL ATTORNEYS** |
| 2 | John H. Gomez *(admitted Pro Hac Vice)*<br>John P. Fiske *(admitted Pro Hac Vice)* |
| 3 | 655 West Broadway, Suite 1700<br>San Diego, CA 92101 |
|   | Telephone: (619) 237-3490 |
| 4 | Email: john@gomeztrialattorneys.com<br>jfiske@gomeztrialattorneys.com |
| 5 |   |
| 6 | Attorneys for Plaintiff/Cross-Defendant |
| 7 | Dated: April 7, 2017    **SCHWABE WILLIAMSON & WYATT** |
| 8 |   |
| 9 |   |
| 10 | By: s/ Jennifer Campbell |
|   | Jennifer L. Campbell, WSBA No. 31703 |
| 11 | Connie Sue M. Martin, WSBA No. 26525 Claire Rootjes, WSBA No. 42178 |
| 12 | 1420 5th Avenue, Suite 3400 |
| 13 | Seattle, WA 98101<br>Telephone: (206) 622-1711 |
| 14 | Facsimile: (206) 292-0460 |
| 15 | Emails: jcampbell@schwabe.com<br>csmartin@schwabe.com |
| 16 | crootjes@schwabe.com |
| 17 | Robert M. Howard, CSBA #145870 |
| 18 | *(Admitted Pro Hac Vice)* |
| 19 | Kelly E. Richardson, CSBA #210511<br>*(Admitted Pro Hac Vice)* |
| 20 | Andrea M. Hogan, CSBA #238209<br>*(Admitted Pro Hac Vice)* |
| 21 | Jennifer Casler-Goncalves, CSBA #259438 |
| 22 | *(Admitted Pro Hac Vice)*<br>**LATHAM & WATKINS LLP** |
| 23 | 12670 High Bluff Drive<br>San Diego, California 92130 |
| 24 | Phone: (858) 523-5400 |
| 25 | Emails: robert.howard@lw.com<br>kelly.richardson@lw.com |
| 26 | andrea.hogan@lw.com<br>jennifer.casler@lw.com |
| 27 |   |
| 28 | *Attorneys for Defendants/Cross-Complainants*<br>*Monsanto Company, Solutia Inc., and Pharmacia LLC* |

STIPULATED JOINT MOTION AND ORDER TO EXTEND TIME FOR
PLAINTIFF/CROSS-DEFENDANT TO FILE RESPONSIVE PLEADING
TO DEFENDANTS/CROSS-COMPLAINANTS' COUNTERCLAIMS
2:16-cv-00107-RSL - Page 3

OFFICE OF THE CITY ATTORNEY
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104-7097
Telephone: (206) 684-8200

## ORDER

THIS MATTER having come before the Court on the stipulation of the parties and the Court finding that good cause exists for granting the relief requested, NOW, THEREFORE, IT IS HEREBY ORDERED that the deadline for Plaintiff to file a responsive pleading to the Defendants' Counterclaims is extended to April 28, 2017.

DATED this 18th day of April, 2017.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

STIPULATED JOINT MOTION AND ORDER TO EXTEND TIME FOR PLAINTIFF/CROSS-DEFENDANT TO FILE RESPONSIVE PLEADING TO DEFENDANTS/CROSS-COMPLAINANTS' COUNTERCLAIMS
2:16-cv-00107-RSL - Page 1

OFFICE OF THE CITY ATTORNEY
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104-7097
Telephone: (206) 684-8200