THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CITY OF SEATTLE,

   Plaintiff,

v.

MONSANTO COMPANY, *et al.*,

   Defendants.

Case No. C16-107-RSL

ORDER GRANTING DEFENDANTS' MOTION TO STAY BRIEFING ON PLAINTIFF'S MOTION TO DISMISS

THIS MATTER comes before the Court upon Defendants' Motion to Stay Briefing on Plaintiff's Motion to Dismiss. Dkt. # 73. The Court has specifically reviewed the following:

1. Defendants' Motion to Stay Briefing on Plaintiff's Motion to Dismiss to Stay Briefing on Plaintiff's Motion to Dismiss;

2. Plaintiff's opposition; and

3. Defendants' reply.

Being fully advised and having reviewed the above, the Court concludes that it is in the interest of judicial economy to stay further briefing of Plaintiff's Motion to Dismiss, and consideration of the motion itself, pending resolution of Defendants' Motion to Amend Answer and Counterclaims, Dkt. # 76. If Defendants' Motion to Amend is ultimately

denied, the Court will re-note Plaintiff's Motion to Dismiss to allow Plaintiff an opportunity to file a reply brief. If Defendants' Motion to Amend is ultimately granted, Plaintiff may decide whether to file a revised motion to dismiss.

Accordingly, Defendants' Motion to Stay Briefing on Plaintiff's Motion to Dismiss (Dkt. # 73) is GRANTED.

Dated this 24th day of May, 2017.

Robert S. Lasnik
United States District Judge