UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation located in the County of King, State of Washington,<br><br>            Plaintiff,<br><br>     v.<br><br>MONSANTO COMPANY, *et al.*,<br><br>            Defendants. | Case No. C16-107RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM A DEADLINE AND LEAVE TO FILE OVER-LENGTH MOTION |

This matter comes before the Court on plaintiff's stipulated motion for relief from a deadline and for permission to file an over-length motion. Dkt. ## 82, 83.[1] Being fully advised, the Court ORDERS that plaintiff's motion is GRANTED. Plaintiff may file its motion under Rule 12 on or before July 27, 2017, or no more than twenty-one days after defendants file their Amended Answer and Counter-Claims, whichever date is later. Plaintiff's motion (and defendants' response) may not exceed forty-eight pages in length. Plaintiff's reply may not exceed twenty-four pages in length.

---

[1] Though plaintiff filed two separate motions, both seek the same relief and accordingly are considered together.

ORDER GRANTING STIPULATED MOTION FOR
RELIEF FROM A DEADLINE AND LEAVE TO FILE
OVERLENGTH MOTION - 1

1  DATED this 20th day of June, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

27 ORDER GRANTING STIPULATED MOTION FOR
RELIEF FROM A DEADLINE AND LEAVE TO FILE
28 OVERLENGTH MOTION - 2