UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation, located in the County of King, State of Washington,<br><br>Plaintiffs<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>Defendants. | CASE NO. 2:16-cv-00107-RSL<br><br>**STIPULATED JOINT MOTION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE OPPOSITION AND PLAINTIFF TO FILE REPLY TO PLAINTIFF CITY OF SEATTLE'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS AND STRIKE CERTAIN DEFENSES** |

STIPULATED JOINT MOTION AND ORDER TO EXTEND
TIME (2:16-cv-00107-RSL)

LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400

SCHWABE WILLIAMSON & WYATT
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
206.622.1711

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7(j), Plaintiff City of Seattle ("City") and Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC ("Defendants") (together, the "Parties") in the above-entitled action jointly and respectfully request this Court issue an order granting this Motion to Extend Time for Defendants to file an opposition to the City's Motion to Dismiss Defendants' Counterclaims and Strike Certain Defenses ("Motion to Dismiss") in this matter until October 30, 2017.

On September 6, 2017, this Court granted Defendants' Motion for Leave to Amend Answer and Counterclaims ("Motion for Leave"). *See* Dkt. No. 90. Prior to the Court granting Defendants' Motion for Leave, the Parties had filed a Joint Motion for Relief from a Deadline and Leave to File Over-Length Motion, seeking permission from this Court for the City to "file its Motion to Dismiss on or before July 27 or within 21 days after Monsanto files its Amended Answer and Counter-Claims, whichever is later." *See* Dkt. No. 82. The Parties' Joint Motion was granted, s*ee* Dkt. No. 85, and on September 28, 2017, Plaintiff filed a Motion to Dismiss Defendants' Counterclaims and to Strike Certain Defenses. *See* Dkt. No. 95-1. Pursuant to Local Rule 7(d), Defendants' opposition is due on October 16, 2017. Good cause exists to grant this extension because an extension is necessary to allow Defendants time to analyze, evaluate, and respond to the arguments raised in the City's 35-page Motion to Dismiss. In addition, there would be no prejudice to the Parties if the Court grants this extension, and the extension would not affect existing deadlines, other than the noting date currently set for the City's Motion to Dismiss and the City's reply brief date (both October 20), or otherwise delay the action.

The Parties therefore stipulate and agree to extend Defendants' time to file an opposition to the City's Motion to Dismiss until October 30, 2017. In light of the Parties' stipulated request to modify the deadline for Defendants' opposition brief from October 16, 2017 to October 30, 2017, the Parties additionally request that this Court modify the deadline for the City's reply brief from October 20, 2017 to November 10, 2017, and similarly modify the noting date for the motion to November 10, 2017.

STIPULATED JOINT MOTION AND ORDER TO EXTEND TIME  (2:16-cv-00107-RSL)
PAGE 1

LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400

SCHWABE WILLIAMSON & WYATT
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
206.622.1711

| | | |
|---|---|---|
| 1 | Dated: October 3, 2017 | SCHWABE WILLIAMSON & WYATT |
| 2 | | |
| 3 | | By: /s/ Jennifer L. Campbell |
| | | Jennifer L. Campbell, WSBA No. 31703 |
| 4 | | Connie Sue M. Martin, WSBA No. 26525 |
| | | Claire Rootjes, WSBA No. 42178 |
| 5 | | 1420 5th Avenue, Suite 3400 |
| | | Seattle, WA 98101 |
| 6 | | Phone: (206) 622-1711 |
| 7 | | Email: jcampbell@schwabe.com |
| | | csmartin@schwabe.com |
| 8 | | crootjes@schwabe.com |
| 9 | | Robert M. Howard, CSBA No. 145870 |
| | | *(Admitted Pro Hac Vice)* |
| 10 | | Kelly E. Richardson, CSBA No. 210511 |
| | | *(Admitted Pro Hac Vice)* |
| 11 | | Andrea M. Hogan, CSBA No. 238209 |
| 12 | | *(Admitted Pro Hac Vice)* |
| | | Latham & Watkins LLP |
| 13 | | 12670 High Bluff Drive |
| | | San Diego, California 92130 |
| 14 | | Phone: (858) 523-5400 |
| 15 | | Emails: robert.howard@lw.com |
| | | kelly.richardson@lw.com |
| 16 | | andrea.hogan@lw.com |
| 17 | | |
| 18 | | KING & SPALDING LLP |
| | | Donald F. Zimmer, CSBA No. 34371 |
| 19 | | (Admitted *Pro Hac Vice*) |
| | | Nicholas D. Kayhan, CSBA No. 129878 |
| 20 | | (Admitted *Pro Hac Vice*) |
| | | Megan Nishikawa, CSBA No. 271670 |
| 21 | | (Admitted *Pro Hac Vice*) |
| 22 | | 101 Second Street, Suite 2300 |
| | | San Francisco, CA 94105 |
| 23 | | Phone: (415) 318-1200 |
| | | Email: FZimmer@kslaw.com |
| 24 | | nkayhan@kslaw.com |
| | | MNishikawa@kslaw.com |
| 25 | | |
| 26 | | *Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC* |
| 27 | | |
| 28 | | |

STIPULATED JOINT MOTION AND ORDER TO EXTEND TIME (2:16-cv-00107-RSL)
PAGE 2

LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400

SCHWABE WILLIAMSON & WYATT
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
206.622.1711

| | |
|---|---|
| Dated: October 3, 2017 | OFFICE OF THE CITY ATTORNEY |
| | By /s/ Laura B. Wishik |
| | Peter S. Holmes |
| | Laura B. Wishik |
| | Office of the City Attorney |
| | 701 Fifth Avenue, Suite 2010 |
| | Seattle, WA 98104-7097 |
| | Tel: 206.684.8200 |
| | |
| | GOMEZ TRIAL ATTORNEYS |
| | John H. Gomez (SBN 171485) |
| | John P. Fiske (SBN 249256) |
| | 655 West Broadway, Suite 1700 |
| | San Diego, CA 92101 |
| | Telephone: 619.237.3490 |
| | Fax: 619.237.3496 |
| | |
| | BARON & BUDD, P.C. |
| | Scott Summy (Pro Hac Vice) |
| | (Texas Bar No. 19507500) |
| | Carla Burke (Pro Hac Vice) |
| | (Texas Bar No. 24012490) |
| | Celeste Evangelisti (SBN 225232) |
| | 3102 Oak Lawn Avenue, Suite 1100 |
| | Dallas, Texas 75219-4281 |
| | Telephone: 214.521.3605 |
| | Fax: 214.520.1181 |
| | |
| | *Attorneys for Plaintiff City of Seattle* |

STIPULATED JOINT MOTION AND ORDER TO EXTEND TIME (2:16-cv-00107-RSL)
PAGE 3

LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400

SCHWABE WILLIAMSON & WYATT
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
206.622.1711

## **ORDER**

THIS MATTER having come before the Court on the stipulation of the parties and the Court finding that good cause exists for granting the relief requested, NOW, THEREFORE, IT IS HEREBY ORDERED that the deadline for Defendants to file an opposition to the City of Seattle's Motion to Dismiss Defendants' Counterclaims and Strike Certain Defenses is extended to October 30, 2017, the deadline for the City to file a reply is extended to November 10, 2017, and the noting date for the City's Motion is now November 10, 2017.

DATED this 5th day of October, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED JOINT MOTION AND ORDER TO EXTEND TIME (2:16-cv-00107-RSL)
PAGE 4

LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400

SCHWABE WILLIAMSON & WYATT
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
206.622.1711