THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation located in the County of King, State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>Defendants. | Case No.: 2:16-cv-00107-RSL<br><br>**STIPULATED NOTICE OF MOTION RENOTED AND PROPOSED ORDER**<br><br>NOTE ON MOTION CALENDAR: August 7, 2019<br><br>Complaint Filed:   January 25, 2016<br>Trial Date:            September 14, 2020 |

STIPULATED NOTICE OF MOTION RENOTED
2:16-cv-00107-RSL - Page 1

PETER S. HOLMES
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

## STIPULATED JOINT MOTION

The Parties stipulate and agree that Defendant Monsanto Company's Motion to Compel Response to Monsanto Company's Special Interrogatories and Requests for Production (Dkt. 118) is **renoted to Friday, August 16, 2019**.

Defendant Monsanto Company's Reply to Plaintiff City of Seattle's Opposition to the Motion to Compel will be filed on Tuesday, August 13, 2019.

It is so stipulated.

Dated: August 7, 2019                    Respectfully submitted,

PETER S. HOLMES
Seattle City Attorney
By: s/Laura B. Wishik
   Peter S. Holmes, WSBA # 15787
   Laura B. Wishik, WSBA #16682
**OFFICE OF THE CITY ATTORNEY**
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104-7097
Telephone: (206) 684-8200
Email: Laura.Wishik@seattle.gov

**BARON & BUDD, P.C.**
Scott Summy *(admitted Pro Hac Vice)*
Carla Burke Pickrel *(admitted Pro Hac Vice)*
Celeste Evangelisti *(admitted Pro Hac Vice)*
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605
Email: SSummy@baronbudd.com
       cburkepickrel@baronbudd.com
       cevangelisti@baronbudd.com

John P. Fiske *(admitted Pro Hac Vice)*
11440 West Bernardo Court Suite 265
San Diego, CA 92127
Telephone: 858-251-7424 Fax: 214-520-1181
Email: jfiske@baronbudd.com

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez *(admitted Pro Hac Vice)*
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Email: john@gomeztrialattorneys.com

*Attorneys for Plaintiff*

/ / /

STIPULATED NOTICE OF MOTION RENOTED
2:16-cv-00107-RSL  - Page 2

PETER S. HOLMES
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

Dated: August 7, 2019

**SCHWABE WILLIAMSON & WYATT**

By: s/ Jennifer Campbell
    Jennifer L. Campbell, WSBA No. 31703
    Connie Sue M. Martin, WSBA No.26525
    1420 5th Avenue, Suite 3400
    Seattle, WA 98101
    Telephone: (206) 622-1711
    Facsimile: (206) 292-0460
    Emails: jcampbell@schwabe.com
            csmartin@schwabe.com

Robert M. Howard, CSBA #145870
*(Admitted Pro Hac Vice)*
Kelly E. Richardson, CSBA #210511
*(Admitted Pro Hac Vice)*
Jennifer Casler-Goncalves, CSBA #259438
*(Admitted Pro Hac Vice)*
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, California 92130 Phone: (858) 523-5400
Emails:  robert.howard@lw.com
         kelly.richardson@lw.com
         jennifer.casler@lw.com

KING & SPALDING LLP
Donald F. Zimmer Jr., CSBA No. 112279
(Admitted *Pro Hac Vice*)
Nicholas D. Kayhan, CSBA No. 129878
(Admitted *Pro Hac Vice*)
Megan Nishikawa, CSBA No. 271670
(Admitted *Pro Hac Vice*)
101 Second Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 318-1200
Email:  FZimmer@kslaw.com
        nkayhan@kslaw.com
        MNishikawa@kslaw.com

*Attorneys for Defendants/Cross-Complainants Monsanto Company, Solutia Inc., and Pharmacia LLC*

STIPULATED NOTICE OF MOTION RENOTED
2:16-cv-00107-RSL  - Page 3

PETER S. HOLMES
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

## ORDER

THIS MATTER having come before the Court on the stipulation of the parties and the Court finding that good cause exists for granting the relief requested, NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant Monsanto Company's Motion to Compel Response to Monsanto Company's Special Interrogatories and Requests for Production (Dkt. 118) is renoted to Friday, August 16, 2019.

Defendant Monsanto Company's Reply to Plaintiff City of Seattle's Opposition to the Motion to Compel will be filed on Tuesday, August 13, 2019.

DATED this 8th day of August, 2019.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

STIPULATED NOTICE OF MOTION RENOTED
2:16-cv-00107-RSL - Page 1

PETER S. HOLMES
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200