THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation, located in the County of King, State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>Defendants. | Case No. 2:16-CV-00107-RSL<br><br>JOINT STIPULATION AND ORDER TO DISMISS DEFENDANTS' COUNTERCLAIMS |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), Counter-Claimants Monsanto Company, Solutia Inc. and Pharmacia LLC ("Counter-Claimants") and Plaintiff City of Seattle, through their respective counsel, hereby stipulate that Counter-Claimants' counterclaims for (1) Cost Recovery Under CERCLA; (2) Federal Declaratory Relief Under CERCLA and Declaratory Judgment Act; and (3) Negligence are dismissed without prejudice and without fees or costs to any party.

JOINT STIPULATION AND ORDER TO DISMISS
DEFENDANTS' COUNTERCLAIMS: CASE NO. 2:16-CV-
00107-RSL - 1

PDX\26431871.1.docx

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

| | |
|---|---|
| Dated this 4th day of November, 2019<br><br>SCHWABE, WILLIAMSON & WYATT, P.C.<br><br>By: /s/ Connie Sue Martin<br>   Jennifer L. Campbell, WSBA No. 31703<br>   Email: jcampbell@schwabe.com<br>   Connie Sue M. Martin, WSBA No. 26525<br>   Email: csmartin@schwabe.com<br>   1420 5th Avenue, Suite 3400<br>   Seattle, WA 98101<br><br>*Attorneys for Defendants, Monsanto Company, Solutia Inc., and Pharmacia Corporation* | Dated this 4th day of November, 2019<br><br>CAPES SOKOL<br><br>By: /s/ Adam E. Miller<br>   Adam E. Miller, Bar No. 40945<br>   Email: miller@capessokol.com<br>   Lisa N. DeBord, Bar No. 61658<br>   Email: debord@capessokol.com<br>   7701 Forsyth Boulevard, 12th Floor<br>   St. Louis, MO 63105<br><br>*Attorneys Admitted Pro Hac Vice for Defendants, Monsanto Company, Solutia Inc., and Pharmacia Corporation* |
| Dated this 4th day of November, 2019<br><br>LATHAM & WATKINS LLP<br><br>By: /s/ Robert M. Howard<br>   Robert M. Howard, CSBA No. 145870<br>   Email: robert.howard@lw.com<br>   Kelly E. Richardson, CSBA No. 210511<br><br>   Email: kelly.richardson@lw.com<br>   12670 High Bluff Drive<br>   San Diego, CA 92130<br><br>*Attorneys Admitted Pro Hac Vice for Defendants, Monsanto Company, Solutia Inc., and Pharmacia Corporation* | Dated this 4th day of November, 2019<br><br>KING & SPALDING LLP<br><br>By: /s/ Donald F. Zimmer<br>   Donald F. Zimmer, CSBA No. 34371<br>   Email: FZimmer@kslaw.com<br>   Nicholas D. Kayhan, CSBA No. 129878<br>   Email: NKayhan@kslaw.com<br>   Megan Nishikawa, CSBA No. 271670<br>   Email: MNishikawa@kslaw.com<br>   101 Second Street, Suite 2300<br>   San Francisco, CA 94105<br><br>*Attorneys Admitted Pro Hac Vice for Defendants, Monsanto Company, Solutia Inc., and Pharmacia Corporation* |

JOINT STIPULATION AND ORDER TO DISMISS DEFENDANTS' COUNTERCLAIMS: CASE NO. 2:16-CV-00107-RSL - 2

PDX\26431871.1.docx

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

| | |
|---|---|
| Dated this 4th day of November, 2019<br><br>BARON & BUDD, P.C.<br><br>By /s/ Scott Summy<br>    Scott Summy, TSBA #19507500<br>    (Admitted Pro Hac Vice)<br>    Carla Burke, TSBA #24012490<br>    (Admitted Pro Hac Vice)<br>    Celeste Evangelisti, TSBA #225232)<br>    (Admitted Pro Hac Vice)<br>    3102 Oak Lawn Avenue, Suite 1100<br>    Dallas, Texas 75219-4281<br>    Phone: 214.521.3605<br>    Email: ssummy@baronbudd.com<br>    Email: cburkepickrel@baronbudd.com<br>    Email: cevangelisti@baronbudd.com<br><br>*Attorneys for Plaintiff City of Seattle* | Dated this 4th day of November, 2019<br><br>BARON & BUDD, P.C.<br><br>By: /s/ Jason J. Julius<br>    Jason J. Julius<br>    (Admitted Pro Hac Vice)<br>    1140 West Berardo Court, Suite 265<br>    San Diego, CA  92127<br>    Phone: 858.251.7427<br>    Email: Jjulius@baronbudd.com<br><br>*Attorney for Plaintiff City of Seattle* |
| Dated this 4th day of November, 2019<br><br>GOMEZ TRIAL ATTORNEYS<br><br>By: /s/ John H. Gomez<br>    John H. Gomez CSBA #171485<br>    (Admitted Pro Hac Vice)<br>    John P. Fiske, CSBA # 249256<br>    (Admitted Pro Hac Vice)<br>    655 West Broadway, Suite 1700<br>    San Diego, CA 92101<br>    Phone: (619) 237.3490<br>    Email: john@gomeztrialattorneys.com<br>    Email jfiske@gomeztrialattorneys.com<br><br>*Attorneys for Plaintiff City of Seattle* | |

JOINT STIPULATION AND ORDER TO DISMISS
DEFENDANTS' COUNTERCLAIMS: CASE NO. 2:16-CV-00107-RSL - 3

PDX\26431871.1.docx

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

## ORDER

THEREFORE, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), Counter-Claimants' counterclaims for (1) Cost Recovery Under CERCLA; (2) Federal Declaratory Relief Under CERCLA and Declaratory Judgment Act; and (3) Negligence are dismissed without prejudice and without fees or costs to any party.

DATED this 7th day of November, 2019.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

JOINT STIPULATION AND ORDER TO DISMISS
DEFENDANTS' COUNTERCLAIMS: CASE NO. 2:16-CV-00107-RSL - 4
PDX\26431871.1.docx

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711