Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation, located in the County of King, State of Washington,<br><br>      Plaintiff,<br><br>  vs.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>      Defendants. | No. 2:16-CV-00107<br><br>MOTION FOR A SIXTY-DAY STAY OF CURRENT DEADLINES<br><br>**NOTED ON MOTION CALENDAR: February 28, 2020**<br><br>File Date: January 25, 2016<br>Trial Date: September 14, 2020 |

  Plaintiff the City of Seattle moves for a sixty-day stay of existing case deadlines to allow Seattle to retain new counsel. Defendants are considering whether they will agree to a stay.

  Seattle's outside counsel terminated their representation of Seattle as of February 10, 2020. Wishik Declaration, ¶ 2. Since then, Seattle has been trying to resolve issues regarding the transition to new counsel, without success. *Id*. Seattle has tried to retain new counsel but cannot do so until those issues are resolved. *Id*., ¶ 3.

MOTION FOR A SIXTY-DAY STAY OF CURRENT DEADLINES- 1
(2:16-cv-00107-RSL)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

On February 11, former counsel asked Seattle to sign a Notice of Withdrawal under Local Rule 83.2(3). Wishik Decl. ¶ 4.  Seattle declined to sign because that Notice indicates that the withdrawal "will not leave the client without representation," when, in reality, the withdrawal does just that.  *Id*.  Seattle anticipates that its former counsel will file a motion to withdraw very soon.

On February 19, Seattle conferred with Defendants' attorneys regarding the need for a stay and learned that counsel for Defendants had not been informed by Seattle's former counsel of the termination of representation. *Id*., ¶ 5. Counsel for Defendants were, therefore, not ready to stipulate to a stay at the time this motion needed to be filed.

Seattle cannot litigate this complex case without outside counsel. Key deadlines, including the exchange of expert reports, are imminent.  Once new counsel is retained, they will need time to get up to speed.  Seattle respectfully requests a sixty-day stay of current deadlines.

Dated this 20th day of February, 2020.

        PETER S. HOLMES
        Seattle City Attorney
        By: *s/Laura B. Wishik*
           Peter S. Holmes, WSBA # 15787
           Laura B. Wishik, WSBA #16682

**SEATTLE CITY ATTORNEY'S OFFICE**
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104-7097
Telephone: (206) 684-8200
Email: Laura.Wishik@seattle.gov

Attorneys for Plaintiff

MOTION FOR A SIXTY-DAY STAY OF CURRENT DEADLINES- 2
(2:16-cv-00107-RSL)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2020, I caused this MOTION FOR A SIXTY-DAY STAY and a PROPOSED ORDER and the DECLARATION OF LAURA WISHIK to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 20, 2020

By:   s/ Laura B. Wishik
      Laura B. Wishik

MOTION FOR A SIXTY-DAY STAY OF CURRENT DEADLINES- 3
(2:16-cv-00107-RSL)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200