1                                                                    Honorable Robert S. Lasnik

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                  AT SEATTLE

8    CITY OF SEATTLE, a municipal corporation,
     located in the County of King, State of
9    Washington,                                          No.     2:16-CV-00107

10                                     Plaintiff,         REPLY IN SUPPORT OF
                                                         MOTION FOR A SIXTY-DAY
11              vs.                                       STAY OF CURRENT DEADLINES

12   MONSANTO COMPANY, SOLUTIA INC.,                       **NOTED ON MOTION CALENDAR:**
     and PHARMACIA CORPORATION, and                        **February 28, 2020**
13   DOES 1 through 100,
                                                            File Date: January 25, 2016
14                                     Defendants.         Trial Date: September 14, 2020

15

16

17         The Defendants have concurred with Seattle's request for a sixty-day stay of current deadlines

18   to allow Seattle time to retain new outside counsel.  The motion is, therefore, effectively a stipulated

19   motion and we ask the Court to enter a stay order immediately, given the imminent deadlines in the

20   current schedule.

21         Dated this 28th day of February, 2020.

22                                              PETER S. HOLMES
                                                Seattle City Attorney
23                                              By: *s/Laura B. Wishik*
                                                   Peter S. Holmes, WSBA # 15787

REPLY IN SUPPORT OF MOTION                                    **Peter S. Holmes**
FOR A SIXTY-DAY STAY OF CURRENT DEADLINES- 1                  Seattle City Attorney
(2:16-cv-00107-RSL)                                          701 5th Avenue, Suite 2050
                                                             Seattle, WA 98104-7097
                                                             (206) 684-8200

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Laura B. Wishik, WSBA #16682

**SEATTLE CITY ATTORNEY'S OFFICE**
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104-7097
Telephone: (206) 684-8200
Email: Laura.Wishik@seattle.gov

Attorneys for Plaintiff

REPLY IN SUPPORT OF MOTION
FOR A SIXTY-DAY STAY OF CURRENT DEADLINES- 2
(2:16-cv-00107-RSL)

1

## **CERTIFICATE OF SERVICE**

2

3

4

5

I hereby certify that on February 28, 2020, I caused this REPLY IN SUPPORT OF MOTION FOR A SIXTY-DAY STAY to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

6

7

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  February 28, 2020

8

By:     s/ Laura B. Wishik

9

Laura B. Wishik

10

11

12

13

14

15

16

17

18

19

20

21

22

23

REPLY IN SUPPORT OF MOTION
FOR A SIXTY-DAY STAY OF CURRENT DEADLINES- 3
(2:16-cv-00107-RSL)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200