THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation, located in the County of King, State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>Defendants. | Case No. 2:16-CV-00107-RSL<br><br>STIPULATED MOTION TO STAY THE CASE |

  Plaintiff and Defendants file this stipulated motion requesting that the Court stay this case until April 24, 2020 and vacate the currently scheduled deadlines. The City cannot prosecute this complex case without outside counsel. The City is working diligently to retain new counsel but, in the meantime, the City is unable to respond to discovery requests because the City lacks access to the documents it has already produced. Without access to its documents, the City cannot prepare witnesses for depositions and cannot identify whether documents still need to be produced. The City also cannot finalize expert reports. Thus, the court's recent extension of the trial schedule does not provide the relief that the City needs.

  The Parties agree that the trial schedule will need further modification after the City has new counsel, because once new counsel is retained, it will take some time for new counsel to get up to speed on this case. The Parties have agreed to conduct three fact witness

STIPULATED MOTION TO STAY CASE- 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

PDX\112389\219658\JCA\27509509.1

depositions during the stay, and they will work cooperatively in scheduling those depositions. On or before April 24, 2020, the Parties will confer and propose a modification to the trial schedule. They agree that the schedule they will propose will provide for Defendants to complete a 30(b)(6) deposition of the Plaintiff at least thirty days before the deadline for exchange of expert reports.

Dated this 11th day of March, 2020

        PETER S. HOLMES
        Seattle City Attorney

By: /s/ Laura B. Wishik
    Peter S. Holmes, WSBA #15787
    Laura B. Wishik, WSBA # 16682
    *Attorneys for Plaintiff*

**SEATTLE CITY ATTORNEY'S OFFICE**
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Telephone: (206) 684-8200
*Attorneys for Plaintiff*

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Jennifer L. Campbell
    Jennifer L. Campbell, WSBA No. 31703
    Email: jcampbell@schwabe.com
    Connie Sue M. Martin, WSBA No. 26525
    Email: csmartin@schwabe.com
    1420 5th Avenue, Suite 3400
    Seattle, WA 98101
    Telephone: (206) 622-1711
    Fax: (206) 292-0460
    *Attorneys for Defendants, Monsanto Company, Solutia Inc., and Pharmacia Corporation*

STIPULATED MOTION TO STAY CASE- 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

PDX\112389\219658\JCA\27509509.1

CAPES SOKOL

By: /s/ Adam E. Miller
    Adam E. Miller, Bar No. 40945
    Email: miller@capessokol.com
    Lisa N. DeBord, Bar No. 61658
    Email: debord@capessokol.com
    7701 Forsyth Boulevard, 12th Floor
    St. Louis, MO 63105
    *Attorneys Admitted Pro Hac Vice for Defendants, Monsanto Company, Solutia Inc., and Pharmacia Corporation*

LATHAM & WATKINS LLP

By: /s/ Robert M. Howard
    Robert M. Howard, CSBA No. 145870
    Email: robert.howard@lw.com
    Kelly E. Richardson, CSBA No. 210511
    Email: kelly.richardson@lw.com
    12670 High Bluff Drive
    San Diego, CA 92130
    *Attorneys Admitted Pro Hac Vice for Defendants, Monsanto Company, Solutia Inc., and Pharmacia Corporation*

KING & SPALDING LLP

By: /s/ Donald F. Zimmer
    Donald F. Zimmer, CSBA No. 34371
    Email: FZimmer@kslaw.com
    Nicholas D. Kayhan, CSBA No. 129878
    Email: NKayhan@kslaw.com
    Megan Nishikawa, CSBA No. 271670
    Email: MNishikawa@kslaw.com
    101 Second Street, Suite 2300
    San Francisco, CA 94105
    *Attorneys Admitted Pro Hac Vice for Defendants, Monsanto Company, Solutia Inc., and Pharmacia Corporation*

STIPULATED MOTION TO STAY CASE- 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

PDX\112389\219658\JCA\27509509.1

**ORDER**

It is so ordered.

Dated this 16th day of March, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO STAY CASE- 4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

PDX\112389\219658\JCA\27509509.1