THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation, located in the County of King, State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>Defendants. | Case No. 2:16-CV-00107-RSL<br><br>STIPULATED MOTION TO EXTEND STAY OF CASE |

Plaintiff and Defendants file this stipulated motion requesting that the Court extend the stay of this case until July 31, 2020. The extension of the stay is necessary due, in part, to the current situation with COVID-19. The current stay in this case expires on April 24, 2020. The parties previously stipulated to a stay because the City represented that it cannot prosecute this complex case without outside counsel. The City has represented that it still requires additional time to retain trial counsel. The City further represents that it remains unable to respond to Defendants' discovery requests because it still lacks access to some of the documents it has already produced. Without access to all of its documents, the City represents that it cannot prepare witnesses for depositions and cannot identify whether documents still need to be produced. Additionally, the City represents that it cannot finalize expert reports.

STIPULATED MOTION TO EXTEND STAY - 1
(2:16-cv-00107-RSL)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

As before, the Plaintiff has agreed to work with Defendants' counsel to schedule depositions of three City fact witnesses during the stay, providing that the depositions may be done in person. The Parties agree that the trial schedule will need further modification. On or before July 31, 2020, the Parties will confer and propose a modification that will provide for Defendants to complete a 30(b)(6) deposition of the Plaintiff at least thirty days before the deadline for exchange of expert reports.

Dated this 22nd day of April, 2020.

PETER S. HOLMES
Seattle City Attorney


By: /s/ Laura B. Wishik
    Peter S. Holmes, WSBA #15787
    Laura B. Wishik, WSBA # 16682
    Email: Laura.Wishik@seattle.gov
    *Attorneys for Plaintiff*

SEATTLE CITY ATTORNEY'S OFFICE
701 Fifth Avenue, Suite 2050
Seattle, WA  98104
Telephone: (206) 684-8200
*Attorneys for Plaintiff*


SCHWABE, WILLIAMSON & WYATT, P.C.


By: /s/ Jennifer L. Campbell
    Jennifer L. Campbell, WSBA No. 31703
    Email: jcampbell@schwabe.com
    Connie Sue M. Martin, WSBA No. 26525
    Email: csmartin@schwabe.com
    1420 5th Avenue, Suite 3400
    Seattle, WA 98101
    Telephone: (206) 622-1711
    Fax: (206) 292-0460
    *Attorneys for Defendants, Monsanto Company, Solutia Inc., and Pharmacia LLC*

STIPULATED MOTION TO EXTEND STAY - 2
(2:16-cv-00107-RSL)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

CAPES SOKOL

By: /s/ Adam E. Miller
    Adam E. Miller, Bar No. 40945
    Email: miller@capessokol.com
    Lisa N. DeBord, Bar No. 61658
    Email: debord@capessokol.com
    7701 Forsyth Boulevard, 12th Floor
    St. Louis, MO 63105
    *Attorneys Admitted Pro Hac Vice for Defendants, Monsanto Company, Solutia Inc., and Pharmacia LLC*

KING & SPALDING LLP

By: /s/ Donald F. Zimmer, Jr.
    Donald F. Zimmer, Jr. CSBA No. 112279
    Email: FZimmer@kslaw.com
    Nicholas D. Kayhan, CSBA No. 129878
    Email: NKayhan@kslaw.com
    Megan Nishikawa, CSBA No. 271670
    Email: MNishikawa@kslaw.com
    101 Second Street, Suite 2300
    San Francisco, CA 94105
    *Attorneys Admitted Pro Hac Vice for Defendants, Monsanto Company, Solutia Inc., and Pharmacia LLC*

LATHAM & WATKINS LLP

By: /s/ Robert M. Howard
    Robert M. Howard, CSBA No. 145870
    Email: robert.howard@lw.com
    Kelly E. Richardson, CSBA No. 210511
    Email: kelly.richardson@lw.com
    12670 High Bluff Drive
    San Diego, CA 92130
    *Attorneys Admitted Pro Hac Vice for Defendants, Monsanto Company, Solutia Inc., and Pharmacia LLC*

STIPULATED MOTION TO EXTEND STAY - 3
(2:16-cv-00107-RSL)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**ORDER**

It is so ordered.

Dated this 23rd day of April, 2020.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

STIPULATED MOTION TO EXTEND STAY - 4
(2:16-cv-00107-RSL)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200