THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, *et al.*,<br><br>　　　　Defendant. | Case No. 2:16-CV-00107-RSL<br><br>JOINT STIPULATED MOTION AND ORDER AMENDING ORDER SETTING TRIAL DATE AND RELATED DATES |

## I.　INTRODUCTION

Plaintiff City of Seattle ("Plaintiff") and Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC (collectively "Defendants") (collectively, "Parties"), respectfully submit this Joint Motion to Amend the Second Amended Order Setting Trial Date & Related Dates ("Motion"). There is a stay currently in place which expires on July 31, 2020. Pursuant to the Court's Order on the Parties' Stipulated Motion to Extend Stay of Case, the Parties jointly submit this proposed Order Setting Trial and Related Dates. *See* Dkt. #154.

## II.　RELEVANT FACTS

As pertinent to this Motion, on March 11, 2020, the Parties filed a Stipulated Motion to Stay the Case. *See* Dkt. #150. The stay was set to expire on April 24, 2020. The Parties agreed to propose a modification to the trial schedule once the stay was lifted. *See* Dkt. #150. The Parties further agreed that "the schedule they will propose will provide for

AMENDED SCHEDULING ORDER - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

Defendants to complete a CR 30(b)(6) deposition of the Plaintiff at least thirty days before the deadline for exchange of expert reports." *See* Dkt. #150.  On March 16, 2020, this Court granted the stay.  *See* Dkt. #152.

On April 22, 2020, the Parties filed a Stipulated Motion to Extend Stay of Case until July 31, 2020.  *See* Dkt. #153.  This Stipulation included the same agreement to confer and propose a schedule that "will provide for Defendants to complete a 30(b)(6) deposition of the Plaintiff at least thirty days before the deadline for exchange of expert reports."  *See* Dkt. #153. On April 23, 2020, this Court granted the extension of the stay.  *See* Dkt. #154.

In order to accommodate the Parties' agreement regarding the timing between the FRCP 30(b)(6) deposition of Plaintiff and the provision of expert reports, the Parties submit a proposed Order which contains staggered dates for the close of fact discovery and expert discovery.  Additionally, based on previous experience, the Parties included additional time at the end of the proposed Order Setting Trial and Related Dates to allow adequate time for briefing pre-trial motions and adequate time for rulings on those motions.

The Parties are requesting an extended schedule for reasons that include the current situation with Covid-19. The review of hard copy documents and in-person depositions are likely delayed for months. The City of Seattle is transitioning to new outside counsel and new counsel needs to get up to speed on this complex case.  The City's former outside counsel did not provide the City with the database of documents the City had already produced until the end of June. The City's new counsel needs to become familiar with the tens of thousands of documents already produced.  These are some of the factors that led the Parties to request the attached schedule.

### III.   CONCLUSION

The Parties respectfully request that this Court enter the Parties proposed Order Setting Trial and Related Dates filed concurrently herewith.

AMENDED SCHEDULING ORDER  - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

1    Dated this 31st day of July, 2020.

                            SCHWABE WILLIAMSON & WYATT

                            By: /s/ Jennifer L. Campbell
                            Jennifer L. Campbell, WSBA No. 31703
                            Connie Sue M. Martin, WSBA No. 26525
                            1420 5th Avenue, Suite 3400
                            Seattle, WA 98101
                            Phone: (206) 622-1711
                            Email: jcampbell@schwabe.com
                                     csmartin@schwabe.com

                            CAPES SOKOL
                            Adam E. Miller, Bar No. 40945
                            (Admitted Pro Hac Vice)
                            Lisa N. DeBord, Bar No. 61658
                            (Admitted Pro Hac Vice)
                            8182 Maryland Avenue, Fifteenth Floor
                            St. Louis, MO 63105
                            Phone: 314.721.7701
                            Email: miller@capessokol.com
                                     debord@capessokol.com

                            KING & SPALDING LLP
                            Donald F. Zimmer, CSBA No. 34371
                            (Admitted Pro Hac Vice)
                            Nicholas D. Kayhan, CSBA No. 129878
                            (Admitted Pro Hac Vice)
                            Megan Nishikawa, CSBA No. 271670
                            (Admitted Pro Hac Vice)
                            101 Second Street, Suite 2300
                            San Francisco, CA 94105
                            Phone:  (415) 318-1200
                            Email: FZimmer@kslaw.com
                                     NKayhan@kslaw.com
                                     MNishikawa@kslaw.com

AMENDED SCHEDULING ORDER  - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

LATHAM & WATKINS LLP
Robert M. Howard, CSBA No. 145870
(Admitted Pro Hac Vice)
Kelly E. Richardson, CSBA No. 210511
(Admitted Pro Hac Vice)
12670 High Bluff Drive
San Diego, California 92130
Phone: (858) 523-5400
Emails: robert.howard@lw.com
kelly.richardson@lw.com
andrea.hogan@lw.com
*Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC*

OFFICE OF THE CITY ATTORNEY

By: /s/ Laura B. Wishik
Peter S. Holmes, WSBA #15787
Laura B. Wishik, WSBA #16682
Office of the City Attorney
701 Fifth Avenue, Suite 2010
Seattle, WA 98104-7097
Phone: 206.684.8200
Emails: Laura.Wishik@seattle.gov
*Attorneys for Plaintiff City of Seattle*

**REVISED SCHEDULING ORDER**

| Deadlines | Current Dates[1] | Proposed Amended Dates |
|---|---|---|
| **TRIAL DATE (the Parties do not agree on the likely length of trial)**<br><br>**Plaintiff's estimate: 3 weeks**<br><br>**Defendants' estimate: 8-12 weeks** | November 2, 2020 | March 7, 2022 |
| Fact Discovery Completed By[2] | | May 14, 2021 |
| Deadline for amending pleadings | May 13, 2020 | May 14, 2021 |
| Reports from expert witnesses under FRCP 26(a)(2) due | May 13, 2020 | June 18, 2021 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | | |
| Expert Discovery Completed By | July 15, 2020 | September 3, 2021 |
| Settlement conference held no later than | July 22, 2020 | October 1, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | August 4, 2020 | October 7, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | October 5, 2020 | December 2, 2021 |
| Agreed pretrial order due Pretrial conference to be scheduled by the Court | October 21, 2020 | January 28, 2022 |

---

[1] Some of these deadlines occurred during the stay, and therefore, the Parties request that the new proposed dates be entered.

[2] The current case schedule includes a single date for discovery cutoff. The Parties request two separate dates: a fact discovery cutoff and an expert discovery cutoff, as this will assist the Parties in sequencing and streamlining discovery.

AMENDED SCHEDULING ORDER - 5

| Deadlines | Current Dates[1] | Proposed Amended Dates |
|---|---|---|
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | October 28, 2020 | February 11, 2022 |

## I. ORDER

It is so ordered.

Dated this 3rd day of August, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

AMENDED SCHEDULING ORDER - 6

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711