The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>                              Plaintiff,<br><br>    v.<br><br>MONSANTO COMPANY, et al.,<br><br>                              Defendants. | No. 2:16-cv-00107-RSL<br><br>JOINT MOTION TO REVISE<br>SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR:<br>April 20, 2021 |

   Plaintiff, the City of Seattle, and Defendants, Monsanto Company et al. (collectively, the "Parties") respectfully submit this joint motion to revise the scheduling order.  The Parties are in agreement that litigation delays stemming from the COVID-19 pandemic and scheduling conflicts arising from an upcoming trial involving the same counsel in a related matter in state court in Oregon make necessary a revised schedule for the completion of fact and expert discovery, as well as the corresponding trial date.  The Court last revised the scheduling order, based on the Parties' joint request, on August 3, 2020.

   The parties respectfully ask that the Court enter the below scheduling order.

JOINT MOTION TO REVISE SCHEDULING
ORDER (2:16-cv-00107-RSL) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| Deadline | Current Schedule | Parties' Proposed Amended Schedule |
|---|---|---|
| Parties to complete document production in response to requests for production served as of March 19, 2021; amended pleadings filed | 5/14/2021 | 6/14/2021 |
| Fact witness and Rule 30(b)(6) depositions complete; Written discovery complete | | 8/12/2021 |
| Reports from expert witnesses under FRCP 26(a)(2) due | 6/18/2021 | 9/16/2021 |
| Rebuttal expert witness reports due[1] | | 12/16/2021 |
| Expert discovery completed by | 9/3/2021 | 3/30/2022 |
| Settlement conference held no later than | 10/1/2021 | 4/15/2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)). *Daubert* motions due (see LCR 16(b)(4)). | 10/7/2021 | 4/22/2022 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | 12/2/2021 | 6/3/2022 |
| Deposition designations due. | | 6/3/2022 |
| Objections to deposition designations and counter designations due | | 7/1/2022 |
| Agreed pretrial order due; Pretrial conference to be scheduled by the Court | 1/28/2022 | 7/29/2022 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | 2/11/2022 | 8/12/2022 |
| Objections to trial exhibits due | | 8/19/2022 |
| Trial Date (parties do not agree on the likely length of trial) Plaintiff's estimate: 3 weeks Defendants' estimate: 8-12 weeks | 3/7/2022 | 9/12/2022 [based on Court's availability] |

[1] The parties propose this delay in the otherwise expected exchange of expert reports because the same counsel and law firms representing Plaintiff here, and the same counsel and law firms representing Defendants here, also represent parties in a similar action that is set for trial in Multnomah County, Oregon from October 4 – November 12, 2021.

JOINT MOTION TO REVISE SCHEDULING ORDER (2:16-cv-00107-RSL) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    PRESENTED this 20th day of April 2021.

2                                          KELLER ROHRBACK L.L.P.

3                                          By: *s/ Lynn L. Sarko*
                                           By: *s/ Michael D. Woerner*
4                                          By: *s/ Amy Williams-Derry*
                                           By: *s/ Daniel P. Mensher*
5                                          By: *s/Elizabeth A. Leland*
                                           By: *s/ Alison S. Gaffney*
6                                          By: *s/ Rachel E. Morowitz*
                                           By: *s/ Adele A. Daniel*
7                                              Lynn L. Sarko, WSBA 16569
                                               Michael D. Woerner, WSBA #15452
8                                              Amy Williams-Derry, WSBA #28711
                                               Daniel P. Mensher, WSBA #47719
9                                              Elizabeth A. Leland, WSBA #23433
                                               Allison S. Gaffney, WSBA #45565
10                                             Rachel E. Morowitz, WSBA #53371
                                               Adele A. Daniel, WSBA #53315
11                                             1201 Third Avenue, Suite 3200
                                               Seattle, WA 98101
12                                             Telephone: (206) 623-1900
                                               Fax: (206) 623-3384
13                                             Email: lsarko@kellerrohrback.com
                                               Email: mwoerner@kellerrohrback.com
14                                             Email: awilliams-derry@kellerrohrback.com
                                               Email: dmensher@kellerrohrback.com
15                                             Email: bleland@kellerrohrback.com
                                               Email: agaffney@kellerrohrback.com
16                                             Email: rmorowitz@kellerrohrback.com
                                               Email: adaniel@kellerrohrback.com
17

18                                         OFFICE OF THE CITY ATTORNEY

19                                         By: *s/ Laura B. Wishik*
                                           By: *s/ Peter S. Holmes*
20                                             Peter S. Holmes, WSBA #15787
                                               Laura B. Wishik, WSBA #16682
21                                             Office of the City Attorney
                                               701 Fifth Avenue, Suite 2010
22                                             Seattle, WA 98104-7097
                                               Phone: 206.684.8200
23                                             Email: Laura.Wishik@seattle.gov

24                                         *Attorneys for Plaintiff City of Seattle*

25

26

JOINT MOTION TO REVISE SCHEDULING
ORDER (2:16-cv-00107-RSL) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SCHWABE WILLIAMSON & WYATT

By: *s/ Jennifer L. Campbell*
Jennifer L. Campbell, WSBA No. 31703
Connie Sue M. Martin, WSBA No. 26525
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Phone: (206) 622-1711
Email: jcampbell@schwabe.com
           csmartin@schwabe.com

CAPES SOKOL

Adam E. Miller, Bar No. 40945
(Admitted Pro Hac Vice)
Lisa N. DeBord, Bar No. 61658
(Admitted Pro Hac Vice)
8182 Maryland Avenue, Fifteenth Floor
St. Louis, MO 63105
Phone: 314.721.7701
Email: miller@capessokol.com
           debord@capessokol.com

KING & SPALDING LLP

Donald F. Zimmer, CSBA No. 34371
(Admitted Pro Hac Vice)
Nicholas D. Kayhan, CSBA No. 129878
(Admitted Pro Hac Vice)
Megan Nishikawa, CSBA No. 271670
(Admitted Pro Hac Vice)
101 Second Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 318-1200
Email: FZimmer@kslaw.com
           NKayhan@kslaw.com
           MNishikawa@kslaw.com

LATHAM & WATKINS LLP

Robert M. Howard, CSBA No. 145870
(Admitted Pro Hac Vice)
Kelly E. Richardson, CSBA No. 210511
(Admitted Pro Hac Vice)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

12670 High Bluff Drive
San Diego, California 92130
Phone: (858) 523-5400
Emails: robert.howard@lw.com
       kelly.richardson@lw.com
       andrea.hogan@lw.com

SHOOK HARDY & BACON LLP

Richard Campbell, Bar No. 663934
(Admitted Pro Hac Vice)
125 Summer Street, Suite 1220
Boston, MA 02110
Phone: (617) 531-1671
Email: rcampbell@shb.com

SHOOK HARDY & BACON LLP

Thomas M. Goutman, Br No. 60236
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 575-3136
Email: tgoutman@shb.com

*Attorneys for Defendants Monsanto Company,*
*Solutia Inc., and Pharmacia LLC*

**[PROPOSED] ORDER**

IT IS SO ORDERED.  The Court enters the following scheduling order:

| Deadline | Current Schedule | Parties' Proposed Amended Schedule |
|---|---|---|
| Parties to complete document production in response to requests for production served as of March 19, 2021; amended pleadings filed | 5/14/2021 | 6/14/2021 |
| Fact witness and Rule 30(b)(6) depositions complete; Written discovery complete | | 8/12/2021 |
| Reports from expert witnesses under FRCP 26(a)(2) due | 6/18/2021 | 9/16/2021 |
| Rebuttal expert witness reports due | | 12/16/2021 |
| Expert discovery completed by | 9/3/2021 | 3/30/2022 |
| Settlement conference held no later than | 10/1/2021 | 4/15/2022 |

| Deadline | Current Schedule | Parties' Proposed Amended Schedule |
|---|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)). *Daubert* motions due (see LCR 16(b)(4)). | 10/7/2021 | 4/22/2022 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | 12/2/2021 | 6/3/2022 |
| Deposition designations due. | | 6/3/2022 |
| Objections to deposition designations and counter designations due | | 7/1/2022 |
| Agreed pretrial order due; Pretrial conference to be scheduled by the Court | 1/28/2022 | 7/29/2022 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | 2/11/2022 | 8/12/2022 |
| Objections to trial exhibits due | | 8/19/2022 |
| Trial Date (parties do not agree on the likely length of trial)<br><br>Plaintiff's estimate: 3 weeks<br>Defendants' estimate: 8-12 weeks | 3/7/2022 | 9/12/2022 [based on Court's availability] |

DATED:_____

_____

Robert S. Lasnik
United States District Court Judge

**KELLER ROHRBACK L.L.P.**

1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384