THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SEATTLE, | CASE NO. 2:16-CV-00107 RSL |
| Plaintiff, | STIPULATION AND ORDER REGARDING PARTIES' USE OF PRIVATE DISCOVERY MASTER |
| v. | |
| MONSANTO COMPANY, et al., | |
| Defendants. | |

## I.   STIPULATION

Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC ("Defendants") and Plaintiff City of Seattle ("Plaintiff") (collectively, the "Parties") stipulate and agree to the use of the Honorable Paris Kallas of Judicial Dispute Resolution as a private Discovery Master to assist in resolving in a timely and cost-effective manner certain discovery disputes between the Parties.

The Parties stipulate and agree as follows:

1.      The Parties shall submit their discovery disputes to a private Discovery Master as provided in this Stipulation. Although the engagement will be modeled after the appointment of a Master under FRCP 53, in the interests of time the parties will not seek the formal appointment of the Master by the Court, nor provide for a report or recommendations by the Master to the Court for adoption.

2. The Parties will jointly engage Judge Paris Kallas as a private Discovery Master, for which she will be compensated at her usual and customary rates.

3. The Discovery Master's fees and costs will be divided equally, with Defendants bearing 50% and Plaintiff bearing 50%.

4. The parties will jointly provide Judge Kallas with a single set of the following materials: 1) Plaintiff's First Amended Complaint (without exhibits) (Dkt. # 31); 2) Defendants' First Amended Answer and Counterclaims (without exhibits) (Dkt. # 91); 3) Order on Defendants' Motion to Dismiss (Dkt. # 60); 4) Order on Plaintiff's Motion to Dismiss (Dkt. # 116); 5) Stipulated Order dismissing Defendants' remaining counterclaims (Dkt. # 132); 5) Order on Plaintiff's Motion for a Protective Order (regarding mediation privilege) (Dkt. # 169); and 6) Plaintiff's Damages Disclosure dated August 9, 2021 (Dkt. # 210-4). Each Party will also provide the Discovery Master (and copy the other side) with its summary of the case, consisting of no more than eight pages, by Friday, August 27, 2021.

5. The Discovery Master will have the authority to rule on: i) Plaintiff's Motion for Protective Order with Respect to Monsanto's FRCP 30(b)(6) Deposition Notice (Dkt. # 185 (May 27, 2021)); ii) Defendants' Motion for Leave to Take Additional Depositions in Light of Plaintiff's Late Designated Witnesses Under RFCP 26, Or in the Alternative to Strike the Late Designated Witnesses (Dkt. # 198 (July 28, 2021)); and iii) Defendants' Motion for Protective Order with Respect to Plaintiff's FRCP 30(b)(6) Deposition Notice (Dkt. # 205 (Aug. 11, 2021)); and iv) future discovery disputes that may arise between the Parties.

6. Within one day of referring issues (i) through (iii) described in ¶ 5 to the Discovery Master, the Parties will notify the Court that that they are taking the pending motions off calendar, to be re-noted in the future if necessary.

7.     The Discovery Master will also have authority to assist the Parties in resolving discovery disputes without resort to motions practice, where reasonably feasible.

8.     The Discovery Master shall consider the Parties' pending motions described in (i) through (iii) of ¶ 5 in a single hearing, to the extent reasonably feasible.

9.     The Discovery Master will have the authority to assist the Parties in negotiating other discovery-related scheduling issues, including future modifications to discovery-related deadlines in the revised case scheduling order.  Notwithstanding this authority of the Discovery Master, all requests to modify the case schedule must be submitted to the Court for approval, whether by stipulation or by motion.

10.    The Discovery Master will not have authority to adjudicate the applicability, reach, or scope of any claims or defenses, any liability or damages issues, or the presentation of any witnesses or evidence at trial, all of which would be reserved for the exclusive province of the Article III judge assigned to this matter.  In ruling on Defendants' Motion for Leave to Take Additional Depositions in Light of Plaintiff's Late Designated Witnesses Under FRCP 26, Or in the Alternative to Strike the Late Designated Witnesses the Discovery Master will not have the authority to grant Defendants' requested alternative relief, but Defendants reserve the right to seek that relief from the Court, and Plaintiff reserves its rights to oppose such a request.

11.    The Discovery Master's rulings will not be submitted as recommendations for adoption by the Court, nor will the Discovery Master prepare a report for submission to the Court.  Absent the grant of a stay by the district court, no appeal of a Discovery Master's ruling to the district court will stay implementation of that ruling, nor will it modify the case schedule.

12.    As provided in FRCP 53(f)(2), the parties reserve the right to object to the Discovery Master's rulings, in whole or in part, and submit the issue(s) to which the party objects to the Court for resolution.  In addition, any notice of objection to a Discovery Master's

ruling shall be provided to the opposing party, with a copy to the Discovery Master, within five (5) business days of receipt of the ruling. Any notice of objection shall specify whether the ruling is objected to in whole or in part, and identify the scope of the objection. The Parties agree to submit the issue(s) to the Court pursuant to the Expedited Joint Motion Procedure established in LCR 37(a)(2), which will require the objecting party to timely prepare and submit its LCR 37(a)(2)(B) submission to the opposing party in order to satisfy the deadlines of both LCR 37(a)(2) and FRCP 53(f)(2). The Discovery Master's ruling on the issue(s) submitted to the Court may be offered by a Party as evidence in such a proceeding, but may not be characterized as a recommendation to the Court. A party's objection to a ruling of the Discovery Master shall have no effect on any other rulings.

13. Each party reserves the right to terminate the Discovery Master's engagement upon ten (10) days' written notice to the other party and the Discovery Master. However, to the extent the Discovery Master has any motion or issue under consideration at the time a party elects to terminate the Discovery Master's engagement, any termination will be deferred until, at the earliest, the Discovery Master rules on the motion or issue.

Dated: August 19, 2021

SHOOK HARDY & BACON LLP (STL)

By: s/ *Susan L. Werstak*
    Adam E. Miller, 40945
    Susan L. Werstak, 55689
    Lisa N. DeBord, 61658
    7777 Bonhomme Avenue, Suite 1800
    St. Louis, MO 63105
    Telephone: (314) 690-0200
    Emails:   amiller@shb.com
                 swerstak@shb.com
                 ldebord@shb.com

Jennifer L. Campbell, WSBA No. 31703
Connie Sue M. Martin, WSBA No. 26525
SCHWABE WILLIAMSON & WYATT
1420 5th Avenue, Suite 3400

|   |   |
|---|---|
| 1 | Seattle, WA 98101 |
| 2 | Telephone: (206) 622-1711<br>Emails:  jcampbell@schwabe.com |
|   | csmartin@schwabe.com |
| 3 |   |
| 4 | Donald F. Zimmer Jr., CSBA No. 112279<br>*(Admitted Pro Hac Vice)* |
|   | Troy McMahan, CSBA No. 148694 |
| 5 | *(Admitted Pro Hac Vice)*<br>KING & SPALDING LLP |
| 6 | 50 California Street, Suite 3300<br>San Francisco, California  94111 |
| 7 | Phone:  (415) 318-1200<br>Emails:    fzimmer@kslaw.com |
| 8 | tmcmahan@kslaw.com |
| 9 | Peter Hsiao |
|   | *(Admitted Pro Hac Vice)* |
| 10 | KING & SPALDING LLP<br>633 West Fifth St. Suite 1600 |
| 11 | Los Angeles, CA  90071<br>Email: phsiao@kslaw.com |
| 12 |   |
| 13 | Richard L. Campbell<br>SHOOK HARDY & BACON LLP (MA) |
| 14 | 125 Summer Street, Suite 1220<br>Boston, MA 02110 |
|   | Email: rcampbell@shb.com |
| 15 |   |
| 16 | Thomas M. Goutman<br>SHOOK HARDY & BACON LLP (PA) |
| 17 | Two Commerce Square<br>2001 Market Street, Suite 3000 |
|   | Philadelphia, PA 19103 |
| 18 | Email: tgoutman@shb.com |
| 19 | *Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC* |
| 20 |   |

STIPULATION AND ORDER REGARDING
DISCOVERY MASTER (2:16-cv-00107-RSL) – 5

```
                                    KELLER ROHRBACK L.L.P.

                                    By: s/ Michael D. Woerner
                                    By: s/ Amy Williams-Derry
                                    By: s/ Daniel P. Mensher
                                    By: s/ Alison Gaffney
                                    By: s/ Rachel E. Morowitz
                                    By: s/ Adele A. Daniel
                                    Michael D. Woerner, WSBA #15452
                                    Amy Williams-Deify, WSBA #28711
                                    Daniel P. Mensher, WSBA #47719
                                    Alison Gaffney, WSBA #45565
                                    Rachel E. Morowitz, WSBA #53371
                                    Adele A. Daniel, WSBA #53315
                                    1201 Third Avenue, Suite 3200
                                    Seattle, WA 98101
                                    Tel.: (206) 623-1900
                                    Fax: (206) 623-3384
                                    Email: mwoerner@kellerrohrback.com
                                    Email: awilliams-derry@kellerrohrback.com
                                    Email: dmensher@kellerrohrback.com
                                    Email: agaffney@kellerrohrback.com
                                    Email: nnorowitz@kellerrohrback.com
                                    Email: adaniel@kellerrohrback.com

                                    OFFICE OF THE CITY ATTORNEY
                                    By: s/ Peter S. Holmes
                                    By: s/ Laura B. Wishik
                                    Peter S. Holmes, WSBA #15787
                                    Laura B. Wishik, WSBA #16682
                                    701 Fifth Avenue, Suite 2010
                                    Seattle, WA 98104-7097
                                    Tel.: (206) 684-8200
                                    Email: Laura.Wishik@seattle.gov

                                    STOLL BERNE
                                    Keith Ketterling, OSB No. 913368
                                    Yoona Park, OSB No. 077095
                                    Jennifer S. Wagner, OSB No. 024470
                                    Steve D. Larson, OSB No. 863540
                                    Elizabeth K. Bailey, OSB No. 172956

                                    209 SW Oak Street, Suite 500
                                    Portland, OR 97204
                                    Telephone: (503) 227-1600
                                    Facsimile: (503) 227-6840
                                    Email:   kketterling@stollberne.com
                                    Email:   ypark@stollberne.com
                                    Email:   jwagner@stollberne.com
                                    Email:   slarson@stollberne.com
                                    Email:   ebailey@stollberne.com
```

*Attorneys for Plaintiff City of Seattle*

STIPULATION AND ORDER REGARDING
DISCOVERY MASTER (2:16-cv-00107-RSL) – 6

**ORDER**

It is so ORDERED.  Judge Paris Kallas shall act as a private Discovery Master in accordance with the foregoing stipulation of the parties.

Dated August 23, 2021.

*Mrt S Lasnik*
_____
The Honorable Robert S. Lasnik