The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:16-cv-00107-RAJ |
| v. | ) |
| | ) NOTICE OF APPEARANCE |
| MONSANTO COMPANY, et al., | ) |
| | ) **(CLERK'S ACTION REQUIRED)** |
| Defendants. | ) |

TO:      THE CLERK OF COURT;

AND TO:      ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that ANN DAVISON, WSBA #35776, Seattle City Attorney, enters her appearance in this action and requests that all future papers and pleadings in this matter, be served on this attorney at the address stated below.

NOTICE OF APPEARANCE - 1
(2:16-cv-00107-RAJ)

**Ann Davison**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

DATED this 15th day of March, 2022.

          Respectfully submitted,

          ANN DAVISON
          Seattle City Attorney

          By: *s/ Ann Davison*
              ANN DAVISON, WSBA # 35776

          **SEATTLE CITY ATTORNEY'S OFFICE**
          701 Fifth Avenue, Suite 2050
          Seattle, Washington 98104-7095
          Telephone: (206) 684-8200
          Email: Ann.Davison@seattle.gov

NOTICE OF APPEARANCE - 2
(2:16-cv-00107-RAJ)

**Ann Davison**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on March 15, 2022, in accordance with an electronic service agreement, I served a true and correct copy of the foregoing upon the following parties by electronic means to the e-mail addresses below:

| | |
|---|---|
| Jennifer Campbell, WSBA No. 31703<br>Connie Sue M. Martin, WSBA No. 26525<br>**SCWABE, WILLIAMSON & WYATT, P.C.**<br>1425 Fifth Avenue, Suite 3400<br>Seattle, WA 98101<br>Phone: (206) 622-1711<br>Fax:    (206) 292-0460<br>E-mail: jcampbell@schwabe.com<br>            csmartin@schwabe.com | Donald F. Zimmer, CSBA No. 34371<br>Nicholas D. Kayhan, CSBA No. 129878<br>Megan Nishikawa, CSBA No. 271670<br>Troy D. McMahan, CSBA No. 148694<br>**KING & SPALDING LLP**<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Phone: (415) 318-1200<br>E-mail: fzimmer@kslaw.com<br>            nkayhan@kslaw.com<br>            mnishikawa@kslaw.com<br>            tmcmahan@kslaw.com |
| Robert M. Howard, CSBA No. 145870<br>Kelly E. Richardson, CSBA No. 210511<br>**LATHAM & WATKINS LLP**<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>Phone: (858) 523-5400<br>E-mail: Robert.howard@lw.com<br>            Kelly.richardson@lw.com | Adam E. Miller, Bar No. 40945<br>Lisa DeBord, Bar No. 61658<br>Michael W. Cromwell (admitted *pro hac vice*)<br>**SHOOK, HARDY & BACON LLP**<br>7777 Bonhomme Avenue, Suite 1800<br>St. Louis, MO 63105<br>Phone: (314) 690-0200<br>E-mail: amiller@shb.com<br>            ldebord@shb.com<br>            mcromwell@shb.com |
| Richard Campbell, Bar No. 663934<br>Stephen I. Hansen (admitted *pro hac vice*)<br>**SHOOK HARDY & BACON LLP**<br>125 Summer Street, Suite 1220<br>Boston, MA 02110<br>Phone: (617) 531-1671<br>E-mail: rcampbell@shb.com<br>            sihansen@shb.com | Thomas M. Goutman, Br No. 60236<br>**SHOOK HARDY & BACON LLP**<br>2001 Market Street, Suite 3000<br>Philadelphia, PA 19103<br>Phone: (215) 575-3136<br>E-mail: tgoutman@shb.com |

NOTICE OF APPEARANCE - 3
(2:16-cv-00107-RAJ)

**Ann Davison**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

| Peter Hsiao, CSBA No. 119881<br>**KING & SPALDING LLP**<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Phone: (213) 443-4379<br>E-mail: phsiao@kslaw.com | Keil M. Mueller (admitted *pro hac vice*)<br>Madeleine C. Holmes (admitted *pro hac vice*)<br>**STOLL STOLL BERNE LOKTING &<br>  SHLACHTER P.C.**<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br>Phone: (503) 227-1600<br>E-mail: kmueller@stollberne.com<br>         mholmes@stollberne.com<br>         smoon@stollberne.com |
|---|---|

DATED this 15th day of March, 2022.

>   */s/ Ianne T. Santos*
>   IANNE T. SANTOS
>   Legal Assistant

NOTICE OF APPEARANCE - 4
(2:16-cv-00107-RAJ)

**Ann Davison**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200