THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation, located in the County of King, State of Washington<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION,<br><br>Defendants. | CASE NO. 2:16-cv-00107-RAJ<br><br>**DECLARATION OF LISA N. DEBORD IN SUPPORT OF DEFENDANTS'** ***DAUBERT*** **MOTION TO EXCLUDE THE EXPERT TESTIMONY OF LISA RODENBURG**<br><br>**Noted for: August 26, 2022**<br><br>**Oral Argument Requested** |

DECL. OF L. DEBORD ISO *DAUBERT* M. TO EXCL. EXPERT TEST. OF L. RODENBURG
CASE NUMBER: 2:16-CV-00107-RAJ

Shook, Hardy & Bacon L.L.P.
190 Carondelet Plaza, Suite 1350
St. Louis, MO 63105
Tel: (314) 690-0204

1   Lisa N. DeBord declares and states under penalty of perjury:

2   1.   I am over the age of 18 and competent to be a witness herein. I am an attorney for Defendants Pharmacia LLC ("Pharmacia" or "Old Monsanto"), Monsanto Company ("New Monsanto") and Solutia Inc. ("Solutia") (collectively, "Defendants") in the above-captioned action. I make this declaration in support of Defendants' Motion to Exclude the Expert Testimony of Lisa Rodenburg filed concurrently herewith. Except where indicated otherwise, I make this declaration based on my own personal knowledge and the books and records of my firm Shook, Hardy & Bacon LLP.

2.   Attached hereto as **Exhibit A** is a true and correct copy of the expert report of Lisa Rodenburg dated November 18, 2021, submitted by Plaintiff in this captioned-action.

3.   Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of Lisa Rodenburg taken on April 7, 2022 in the above-captioned proceedings. Exhibit B includes the following pages from the transcript: 1, 49, 53, 58-59, 66-67, 77-78, 80-83, 85-92, 96, 98-101, 109-110, 120-122, 138, 153-154, 193-194, 198-201, 205-206, 210, 223-224, 229, 234-240, 243-244, 251-253, 256, 259, 261-262, 264-265, 301-302, 307, 311-312, 314.

4.   Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the deposition of Lisa Rodenburg in *City of Spokane v. Monsanto Co. et al.*, No 2:15-cv-00201-SMJ, U.S.D.C. E.D. Wash. Exhibit C includes the following pages from the transcript: 1, 16-18, 43, 51, 57-58, 61-63, 127-128, 132, 135-136, 138-142, 146, 295.

5.   Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of the deposition of Lisa Rodenburg in *City of San Diego et al. v. Monsanto Co. et al.*, Case No. 3:15-cv-00578-WQH-AGS, U.S.D.C. S.D. CA. Exhibit D includes the following pages from the transcript: 1, 18-25, 28-37, 44, 55-58, 193.

6.   Attached hereto as **Exhibit E** is a true and correct copy of Exhibit 15 to the deposition of Lisa Rodenburg dated April 7, 2022, the Green-Duwamish River Watershed

DECL. OF L. DEBORD ISO *DAUBERT* M. TO
EXCL. EXPERT TEST. OF L. RODENBURG
CASE NUMBER: 2:16-CV-00107-RAJ

1

Shook, Hardy & Bacon L.L.P.
190 Carondelet Plaza, Suite 1350
St. Louis, MO 63105
Tel: (314) 690-0204

1  PCB Congener Study, prepared by Leidos dated April 2016.

2    7.    Attached hereto as **Exhibit F** is a true and correct copy of Exhibit 29 to the
3  deposition of Lisa Rodenburg dated April 7, 2022, the paper *Source Apportionment of*
4  *Polychlorinated Biphenyls in Atmospheric Deposition in the Seattle, WA, USA Area*
5  *Measured with Method* 1668 dated June 5, 2019.

6    8.    Attached hereto as **Exhibit G** is a true and correct copy of Exhibit 33 to
7  the deposition of Lisa Rodenburg dated April 7, 2022, a demonstrative of $r^2$ values across
8  various environmental compartments considered by Rodenburg.

9    I certify under the penalty of perjury of the law of the United States that the
10  foregoing is true and correct to the best of my knowledge.

11    Executed this 11th day of August 2022, at St. Louis, Missouri.

        By: /s/ Lisa N. DeBord
            Lisa N. DeBord

DECL. OF L. DEBORD ISO *DAUBERT* M. TO
EXCL. EXPERT TEST. OF L. RODENBURG           2
CASE NUMBER: 2:16-CV-00107-RAJ

Shook, Hardy & Bacon L.L.P.
190 Carondelet Plaza, Suite 1350
St. Louis, MO 63105
Tel: (314) 690-0204