# EXHIBIT B

1              UNITED STATES DISTRICT COURT

2            WESTERN DISTRICT OF WASHINGTON

3                     AT SEATTLE

4
   CITY OF SEATTLE, a municipal        )
5  corporation, located in the         )
   County of King, State of            )
6  Washington,                         )
                                       )
7                                      )
          Plaintiff,                   )
8                                      )
       vs.                             )  2:16-CV-00107-RAJ
9                                      )
   MONSANTO COMPANY, SOLUTIA INC.,     )
10 and PHARMACIA CORPORATION, and      )
   DOES 1 through 100,                 )
11                                     )
          Defendants.                  )
12 _____    )

13

14

15           DEPOSITION OF LISA RODENBURG PhD

16               Via Zoom Videoconference

17                Thursday, April 7, 2022

18

19

20

21

22

23     Reported by:

24     GWEN S. BRASS, CCR 1908, CSR 5784

25     JOB NO. 208348

```
1                    LISA RODENBURG PhD
2          A.    Yes.
3          Q.    And you agree that PCBs have been
4    commercially produced in numerous countries,
5    right?
6          A.    Yes.
7          Q.    Monsanto is not the only entity
8    which historically produced commercial PCBs,
9    right?
10         A.    Correct.
11         Q.    And commercial PCBs are different
12   than byproduct or inadvertent PCBs, right?
13              ATTORNEY WOERNER:  Object to form.
14              THE WITNESS:  It depends on what
15        you mean by "different."
16   BY ATTORNEY SORENSON:
17         Q.    Okay.  Well, let me rephrase the
18   question.
19              Byproduct PCBs were not produced by
20   Monsanto as Aroclors, right?
21              ATTORNEY WOERNER:  Object to form.
22              THE WITNESS:  Correct.
23   BY ATTORNEY SORENSON:
24         Q.    And you've previously testified
25   that with regard to commercial PCBs
```

1          LISA RODENBURG PhD

2   different number of congeners that have been

3   identified as byproduct in nature today than

4   when you gave your testimony in the Spokane

5   lawsuit?

6        A.   I'm not sure what you mean by

7   "identified as byproduct."  There's a large

8   number of congeners which can be either

9   byproduct or Aroclor.  It depends on the

10  situation.

11       Q.   Okay.  And up to 130 different

12  congeners; is that right?

13       A.   I believe that that's what Keri

14  Hornbuckle has said in some of her papers,

15  yes.

16       Q.   Do you have any reason to dispute

17  those numbers?

18       A.   No.

19       Q.   Have your opinions changed since

20  your Spokane law- -- or since your deposition

21  in the Spokane lawsuit with regard to the

22  concentration of those congeners found in

23  products such as pigments?

24       A.   Only if there was new data that

25  became available since then.

```
 1                LISA RODENBURG PhD
 2   does not contain PCBs.
 3        Q.   And flipping ahead to the next
 4   page, this is discussing that yellow pigment
 5   and PCB 11 specifically, slide 9 here; is that
 6   correct?
 7        A.   Yes.
 8        Q.   And at the bottom here, pigment
 9   yellow 12, 13, 17, 83, and it says they all
10   have been all listed on EPA's toxic
11   substances -- it says they're all listed on
12   EPA's Toxic Substances Control Act inventory;
13   is that correct?
14        A.   Correct.
15        Q.   And that is -- is that true today
16   that those are all listed on the inventory?
17        A.   I believe so.
18        Q.   Looking ahead to slide number 10,
19   it says:  PCB 11 is everywhere... in the water
20   column.
21             Do you see that?
22        A.   Yes.
23        Q.   And then it lists some locations
24   such as Spokane, Portland Harbor, Chicago,
25   San Francisco Bay, et cetera.  Do you see
```

1                    LISA RODENBURG PhD

2    those?

3         A.    Yes.

4         Q.    And that -- to your knowledge, is

5    that still true today?

6         A.    Yes.

7         Q.    And PCB 11 is largely not found in

8    Monsanto's Aroclors; is that right?

9         A.    Yes.

10        Q.    You use PCB 11 as an indicator of a

11   byproduct PCB source, correct?

12        A.    Yes.

13        Q.    If we look on slide 11, the bullet

14   points say that:  PCB 11 ink -- inks used in

15   printing paper, plastic, and fabric, as well

16   as pigments in plastics.

17             Are those products in which PCB 11

18   is found?

19        A.    Yes.

20        Q.    And it says:  From 26 countries on

21   five continents.

22             And then you can see here above

23   those bullet points a graph.  Is that graph

24   from the Guo 2014 publication?

25        A.    I believe so, yes.

1                    LISA RODENBURG PhD

2          Q.   And then there's a chart.  I'll

3     zoom in.  And it has a line at the Federal --

4     is that the Federal Water Quality Standard?

5     Is that what that line is representing?

6          A.   Yes.

7          Q.   And so these various locations,

8     New Mexico, Portland Harbor, Delaware River,

9     New York, New Jersey Harbor, and San Francisco

10    Bay, each of those locations have demonstrated

11    PCB 11 concentrations exceeding the Federal

12    Water Quality Standard; is that correct?

13                ATTORNEY WOERNER:  Object to form.

14                THE WITNESS:  That shows that the

15          Delaware River is just below --

16    BY ATTORNEY SORENSON:

17          Q.   Okay.

18          A.   -- the water quality standard.  But

19    the other four, yes.

20          Q.   The other four are.  They --

21    their --

22                (Stenographer clarification.)

23          Q.   Sure.  I'll go back.

24                So for New Mexico, Portland Harbor,

25    New York, and New Jersey Harbor, and the San

1        LISA RODENBURG PhD

2    Francisco Bay, the 64 -- is that picogram per

3    liter?  Is -- water quality standard has been

4    exceeded by PCB 11 alone; is that correct?

5        A.   Yes.  In those four water systems

6    and some of the samples.

7        Q.   Okay.  Slide 12 here is titled:

8    PCB 11 in Printed Materials.

9             And we can see one of these here is

10   a yellow plastic bag, and it looks like it's

11   saying that 38 parts per billion has been

12   detected in that product; is that correct?

13       A.   Yes.

14       Q.   And these were -- that was

15   collected in the United States; is that right?

16       A.   Yes.

17       Q.   And some other products with PCB 11

18   detections were a black-and-white printed

19   newspaper; is that right?

20       A.   Yes.

21       Q.   Brown unprinted cardboard?

22       A.   Yes.

23       Q.   A color glossy magazine?

24       A.   Yes.

25       Q.   A color newspaper?

1               LISA RODENBURG PhD

2    in an attempt to determine whether the PCBs in

3    these samples arose from Aroclors produced by

4    Monsanto and, if so, to quantify the fraction

5    of the total PCBs in each sample that is

6    attributable to Monsanto's Aroclors versus the

7    fraction attributable to non-Aroclor

8    (inadvertent or byproduct) sources.

9               Did I read that correctly?

10        A.    Yes.

11        Q.    And that was the purpose of your

12   work in this case, correct?

13        A.    Yes.

14        Q.    Okay.  We're going to move around a

15   little bit here on your report, and if -- I

16   think you have a copy there.  If there is some

17   time I need to zoom in or change what I'm

18   looking at so you can read mine correctly,

19   please let me know.  I understand you have a

20   copy as well, so hopefully that won't be an

21   issue.

22               I'm moving to page 10 now.

23        A.    Yeah.

24        Q.    And at the top here it says:

25   Background on PMF.

1        LISA RODENBURG PhD

2            Do you see that?

3      A.   Yes.

4      Q.   And PMF stands for positive matrix

5   factorization; is that right?

6      A.   Yes.

7      Q.   And is -- that's a statistical

8   technique, correct?

9      A.   Yes.

10     Q.   And that's one of the statistical

11   techniques that you use to form your opinions

12   in this case, right?

13     A.   Yes.

14     Q.   And another one that you use would

15   have been regression; is that right?

16     A.   Yes.

17     Q.   Okay.  If we go ahead to page 12

18   here, the middle paragraph, you can see

19   there's a reference here to regressions.  Do

20   you see that?

21     A.   Yeah.  Yes.

22     Q.   Refers to R-squared values and

23   that's -- R-squared value is something that

24   you discuss extensively in your report, right?

25     A.   Yes.

```
 1                LISA RODENBURG PhD

 2   analyses, you needed raw data to input into

 3   those; is that fair?

 4          A.   Yes.

 5          Q.   And that was sampling data that was

 6   collected as part of the -- what you refer to,

 7   the GD reports, right?  It's the

 8   Green-Duwamish reports.

 9          A.   Now I forgot the question.

10          Q.   Okay.  I'll restart.  It's no

11   problem.

12               So in your report you refer to the

13   Green-Duwamish congener study, correct?

14          A.   Yes.

15          Q.   And you refer to certain

16   publications as the GD, standing for

17   Green-Duwamish, reports, correct?

18          A.   Correct.

19          Q.   And as part of those -- as part of

20   those publications, data were generated and --

21   and from sampling various environmental

22   compartments; is that fair?

23          A.   Data were generated.  They weren't

24   generated for the purpose of my report.  But,

25   yes, data were generated.
```

1          LISA RODENBURG PhD

2          Q.   Right.

3               They were generated as part of the

4     GD report, correct?

5          A.   No.  They were not generated for the

6     purpose of my writing the GD report.  They

7     were generated for many other reasons.

8          Q.   Sure.  That's a good distinction.

9               And that data was used in both the

10    GD reports as well as in forming your opinions

11    for your report in the Seattle case, correct?

12         A.   Yes.

13         Q.   Okay.  And we'll talk a bit more

14    about the data sampling in a bit here.  I just

15    want to get a little bit more background

16    information on the PMF and regression

17    analyses.

18               So the data is collected, and then

19    it has to go through a processing step before

20    it can be input into the PMF or regression

21    analysis; is that fair?

22         A.   Yes.

23         Q.   And you used PMF2 software for your

24    PMF analysis, right?

25         A.   Yes.  I used PMF2 for the main

1                LISA RODENBURG PhD

2    conclusions of the Green-Duwamish reports and

3    the expert opinion.

4            I also did use PMF5 for some of the

5    conclusions of the Green-Duwamish reports, but

6    the conclusions there were that PMF5 just

7    didn't work very well and couldn't be relied

8    upon.

9            Q.   Okay.  And as a general -- I want,

10   you know, the jury to be able to understand

11   this technical topic we're discussing.

12           As a general point, as part of the

13   PMF analysis, you essentially load data into

14   the software and then it generates a model

15   which we call factors or fingerprints; is that

16   fair?

17           A.   Correct.

18           Q.   And then those factors, those

19   represent the PCB patterns within a given

20   sample, right?

21           A.   Within a given set of samples, yes.

22           Q.   Okay.  So within a given

23   environmental compartment; is that fair?

24           A.   That's the way that I broke up the

25   data was by environmental compartment.  So

1            LISA RODENBURG PhD

2    each input represented one environmental

3    compartment.

4        Q.   Okay.  And then the PMF determines

5    the contribution of each factor to that

6    compartment, right?

7        A.   Yes.

8        Q.   The PMF analysis does not itself

9    identify the PCB sources, right?

10       A.   It generates fingerprints, and it's

11   up to the operator, the scientist, to identify

12   them.

13       Q.   Okay.  And then the scientist or

14   the operator of the PMF software, they choose

15   a number of factors to be used in each

16   analysis, correct?

17       A.   Based on the output of the PMF

18   model, they look and see which number of

19   factors does the best job of explaining the

20   data.  And then they choose that number of

21   factors as their model solution that they're

22   going to interpret.

23       Q.   And for this case, that was you,

24   correct, choosing the number of factors?

25       A.   Yes.

1                    LISA RODENBURG PhD

2  an Aroclor, it is often an inadvertent or

3  byproduct, but it could also be the product

4  of, for example, microbial dechlorination of

5  an Aroclor or the metabolism of an Aroclor by

6  an organism.

7       Q.   Sure.

8            And you set that out in your report

9  with your R-squareds, correct?  You would

10 distinguish between an Aroclor, a weathered

11 Aroclor which might be due to

12 dechlorinization, and byproduct sources,

13 right?

14      A.   I'm not sure I understand the

15 question.

16      Q.   Okay.  That's fine.

17           The -- you draw a -- you

18 distinguish between Aroclors, weathered

19 Aroclors, and byproduct sources, correct?

20      A.   Yes.

21      Q.   And I just want to make sure that

22 we're tracking.

23           Aroclors and weathered Aroclors are

24 different in the sense -- strike that.

25           You used R-squared values in

1        LISA RODENBURG PhD

2   cutoffs to distinguish between those three

3   categories, correct?

4        A.   That was only one line of evidence,

5   and I would not call them cutoffs because they

6   were rough categories.  They weren't hard and

7   fast numbers.

8        Q.   Okay.  And your analysis involved

9   comparing the PMF factors, the congener

10  profile within the factor against an array of

11  known source profiles; is that fair?

12            ATTORNEY WOERNER:  Object to form.

13            THE WITNESS:  Some of them I would

14       call known source profiles.  Some of

15       them I would just -- I don't think

16       they're known in the sense that, for

17       example, when you're comparing with the

18       inadvertent congener patterns, they

19       could vary really widely.  So it's hard

20       to know -- it's hard to call them known

21       source patterns.

22  BY ATTORNEY SORENSON:

23       Q.   Well, but you took what we do know

24  about pigments and silicone, right, to

25  inadvertent PCB sources --

1          LISA RODENBURG PhD

2          (Stenographer clarification.)

3          ATTORNEY SORENSON:   Certainly.

4    BY ATTORNEY SORENSON:

5          Q.   You compared the PMF fingerprints

6    to Aroclor profiles, correct?

7          A.   Yes.

8          Q.   You also compared them to byproduct

9    profiles for silicone and pigments, right?

10         A.   Yes.

11         Q.   And silicone and pigments are --

12    they have byproduct PCB congeners such as

13    PCB 11 in them, right?

14         A.   Often, yes.

15         Q.   Okay.  Let's look at -- still on

16    your report.  We'll turn to page 13 here.

17    It's a very long paragraph.  I'm trying to --

18    okay.  There we go.

19              Do you see what I highlighted here

20    on page 13 of your report?

21         A.   Yes.

22         Q.   And that's describing what we've

23    been talking about.  You compared the

24    PMF-derived fingerprints with those of iPCBs,

25    and that's referring to inadvertent or

1                    LISA RODENBURG PhD

2   byproduct PCBs, correct?

3        A.   Yes.

4        Q.   And so you compared the PMF

5   fingerprints to the byproduct PCBs taken from

6   literature sources representing silicone and

7   pigments, and then it lists a number of

8   publications here; is that right?

9        A.   Yes.

10       Q.   And so that's what you did to

11  compare the PMF to byproduct PCBs in forming

12  your opinions for this case, right?

13       A.   Yes.

14       Q.   Okay.  And then your linear

15  regression would output an R-squared value; is

16  that correct?

17       A.   Yes.

18       Q.   And that R-squared value would

19  range from zero to 1.0 theoretically, correct?

20       A.   Yes.

21       Q.   Okay.  Turn to page 12 here of your

22  report.  And it says -- you've used an

23  interpretation that when R-squared between the

24  fingerprint produced by the PMF program and

25  the single Aroclor is greater than

1                    LISA RODENBURG PhD

2   approximately 0.8, the factor was considered

3   to represent an unweathered single Aroclor,

4   correct?

5          A.   Correct.

6          Q.   And unweathered, that's referring

7   to the dechlorination you referred to earlier,

8   correct?

9          A.   That is only one of many weathering

10  processes that can occur.

11         Q.   Okay.  And then the next sentence

12  says:  When the R-squared value was between

13  approximately 0.4 and 0.8, the factor was

14  interpreted as representing a weathered

15  Aroclor.

16              Correct?

17         A.   Correct.

18         Q.   And this is the same set of

19  criteria that was used in the GD reports.

20  Those are the Green-Duwamish publications

21  we've been referring to and we'll take a look

22  at in a bit here.  Right?

23         A.   Yes.

24         Q.   Okay.  You write that:  The

25  R-squared value is used in this case as a

1          LISA RODENBURG PhD

2    measure of similarity.

3              Correct?

4         A.   Yes.

5         Q.   Okay.  And then for the Seattle

6    report here, you write:  One way to interpret

7    this is to say that when the R-squared is

8    0.80, the fingerprint is 80 percent similar to

9    Monsanto's Aroclor.

10             Correct?

11        A.   Yes.

12        Q.   And an R-squared that is less than

13   0.4, that would signify a non-Aroclor source,

14   right?

15             ATTORNEY WOERNER:  Object to form.

16             THE WITNESS:  Not necessarily.

17   BY ATTORNEY SORENSON:

18        Q.   Okay.  What would that signify?

19        A.   Well, first of all, I said

20   approximately 0.4 to 0.8.  So, you know,

21   that's approximate.

22             But, for example, in the otter scat,

23   there was extremely weathered pattern due to

24   the metabolism of PCBs.  So you can sometimes

25   have patterns that have low R-squareds, and

```
 1                    LISA RODENBURG PhD

 2   yet they can represent a fingerprint that

 3   started out life as an Aroclor, then underwent

 4   a great deal of weathering.

 5        Q.   Okay.  So certainly you would agree

 6   in your report that when you had an R-squared

 7   of less than 0.4, you would attribute it at

 8   times to a non-Aroclor source, correct?

 9        A.   At times, yes.

10             ATTORNEY WOERNER:  Object to form.

11   BY ATTORNEY SORENSON:

12        Q.   Okay.  I know you just described

13   the otter scat.

14             All right.  Let's go back to page 4

15   of your report here.

16             Okay.  I'm highlighting part of

17   your introduction section.  Can you see that?

18        A.   Yes.

19        Q.   This says:  In this report, I have

20   specifically addressed the issue of

21   inadvertent versus Monsanto's Aroclor PCB

22   sources and focused on only the Lower Duwamish

23   Waterway or LDW.

24             Correct?

25        A.   Yes.
```

1                LISA RODENBURG PhD

2         Q.   And so if I refer to LDW during

3    your deposition today, will you understand I'm

4    referring to the Lower Duwamish Waterway?

5         A.   Yes.

6         Q.   And your opinions in this case are

7    limited to that LDW waterway, correct?

8         A.   I'm not quite sure how to answer

9    that because I'm not a lawyer and I don't

10   totally understand all the boundaries of the

11   lawsuit.  But it was my intention that this

12   report would focus on the LDW.

13        Q.   Okay.  That's perfectly fine.  I

14   think that's an important distinction to make.

15   Thank you.

16             And so is it your understanding

17   that the LDW consists of the lower 5 miles of

18   the Duwamish River?

19        A.   Yes.

20        Q.   And you understand that's measured

21   from the southern tip of what's called Harbor

22   Island?

23        A.   Yes.

24        Q.   And the LDW is contained within

25   river mile zero to river mile 5.0; is that

1          LISA RODENBURG PhD

2          Q.   And then if we zoom in, we can see

3    there what appear to be river mile markers

4    from zero to 5.0 -- or 4.9, and then it looks

5    like this would be 5.0 here.  Do you see that?

6          A.   Yes.

7          Q.   So appears to me to be a map of the

8    Lower Duwamish Waterway study area.  Does that

9    seem fair to you?

10         A.   Yes.

11         Q.   And is that consistent with your

12   understanding of how you use the term "LDW"

13   within your report?

14         A.   Yes.

15         Q.   Okay.  I want to go back to your

16   report, Exhibit 1 on page 5.  You write at the

17   top of page 5:  As explained in more detail

18   below, I use positive matrix factorization,

19   PMF, to analyze data from the following

20   compartments.

21              And then you list out seven

22   compartments there.  Do you see that?

23         A.   Yes.

24         Q.   And those compartments include:

25   Air deposition, sediment, surface water,

```
 1                LISA RODENBURG PhD

 2        A.   Reports.

 3        Q.   Reports.

 4             Those reports, those GD reports,

 5   they concern the Green-Duwamish River

 6   Watershed, right?

 7        A.   Yes.

 8        Q.   And the Green-Duwamish River

 9   Watershed, that extends beyond the LDW; is

10   that fair?

11        A.   Yes.

12             ATTORNEY SORENSON:  Let's go ahead

13        and mark here Exhibit 15.

14             (Exhibit 15, Green-Duwamish River

15        Watershed PCB Congener Study: Phase 1,

16        April 2018, was marked for

17        identification.)

18   BY ATTORNEY SORENSON:

19        Q.   Can you see what I'm sharing on my

20   screen that has been marked --

21        A.   Yes.

22        Q.   -- as Exhibit 15?  Okay.

23             And you're familiar with this

24   report, correct?

25        A.   Yes.
```

1                LISA RODENBURG PhD

2          Q.   I want to skip ahead here.  First

3    off, this is titled:  Green-Duwamish River

4    Watershed PCB Congener Study Phase 1.

5               Correct?

6          A.   Yes.

7          Q.   Okay.  On page 13, PDF page 13,

8    which appears to be page 3 of this report,

9    this document describes the Green-Duwamish

10   River Watershed in the first paragraph.  Do

11   you see that here?

12         A.   Yes.

13         Q.   This says:  The Green-Duwamish

14   River Watershed is located in Water Resource

15   Inventory Area (WRIA) 9, which is located

16   within King County, Washington.  The watershed

17   comprises a drainage area of approximately

18   470 square miles of varied terrain and land

19   use, from forested headwater areas at the

20   crest of the Cascade Mountains to industrial

21   and port facilities of the Duwamish Estuary

22   (King County 2002).  The Green River flows

23   more than 90 miles from its headwaters near

24   Stampede Pass on the Cascade Range crest to

25   Elliot Bay in the City of Seattle.

1              LISA RODENBURG PhD

2              And then it references figure 2-1.

3    Did I read that correctly?

4         A.   Yes.

5         Q.   And is that consistent with your

6    understanding of the Green-Duwamish River

7    Watershed?

8         A.   Yes.

9         Q.   And looking at the third paragraph

10   here, this states that:  The Duwamish River

11   begins at the confluence of the Green and

12   Black Rivers at approximately RM 11.

13             Do you understand RM 11 referring

14   to river mile 11?

15        A.   Yes.

16        Q.   And it says:  The LDW SuperFund

17   Site consists of the lower 5 miles of the

18   Duwamish River.

19             And that is consistent with how you

20   use LDW within your report, correct?

21        A.   Yes.

22        Q.   Then it continues:  The LDW flows

23   into the east/west waterways on either side of

24   Harbor Island and then into Elliott Bay in

25   Seattle.

1        LISA RODENBURG PhD

2            Correct?

3        A.    Yes.

4        Q.    Okay.  And you don't disagree with

5    any of those statements, do you?

6        A.    No.

7        Q.    Okay.  And go back to your report

8    here.  And so in addition to data that was

9    generated and analyzed as part of the GD

10   reports, in forming your opinions for this

11   case, you also considered data obtained from

12   the Lower Duwamish Waterway Group that was

13   published in its online project library; is

14   that correct?

15       A.    Yes.

16       Q.    And that concerned the surface

17   water environmental compartment discussed in

18   your report, right?

19       A.    Can you repeat the question.

20       Q.    Yeah.

21            The supplemental data from the

22   Lower Duwamish Waterway Group, that concerned

23   the surface water environmental compartment

24   discussed in your report, correct?

25       A.    I believe that's one of the

1            LISA RODENBURG PhD

2            Correct?

3       A.   Yes.

4       Q.   So 4 of those 6 samples between

5  river mile 0.7 and 5, that would only be about

6  4 percent of the 146 total samples, correct?

7       A.   Yes.

8       Q.   So 96 percent of the data that was

9  included in the PMF analysis would be based on

10 samples collected outside of the LDW for your

11 sediment compartment, correct?

12            ATTORNEY WOERNER:  Object to form.

13            THE WITNESS:  So the samples from

14       Harbor Island were labeled, as I recall,

15       as river mile zero.  And I was led to

16       understand that, you know, the Duwamish

17       was between river mile zero and river

18       mile 5.

19            And because of that, that's why I

20       specifically noted that some of these --

21       these 18 were from Harbor Island.  They

22       were labeled as Harbor Island in the

23       data set, but they were also labeled as

24       river mile zero.

25            So it's a little bit unclear the

1                    LISA RODENBURG PhD

2          way that the data was labeled.

3    BY ATTORNEY SORENSON:

4          Q.   Okay.  So if those 6 -- if we

5    exclude those 18, and then about 4 percent of

6    the data would have been from within the LDW,

7    correct?

8               ATTORNEY WOERNER:  Object to form.

9               THE WITNESS:  Correct.

10   BY ATTORNEY SORENSON:

11         Q.   But if we include the 18, so we've

12   got 24 samples, then about 16 percent of the

13   data set would have been derived from within

14   the LDW; is that fair?

15         A.   Yes, that's fair.

16         Q.   Okay.  And you're aware that the

17   LDW study area has been the subject of two

18   phase -- two phases of remedial

19   investigations, correct?

20         A.   I do not know all the details of the

21   remedial investigations.

22         Q.   Okay.  Let's go ahead and mark --

23   oh, we've already marked it.

24               We've got Exhibit 15 back up here,

25   and this was the Phase 1 PCB Congener Study,

1           LISA RODENBURG PhD

2        you okay to continue going or did you

3        want to take another short break?

4             THE WITNESS:  Let's take another

5        break.

6             ATTORNEY SORENSON:  Okay.  We can

7        go off the record.

8             THE VIDEOGRAPHER:  The time is

9        11:16 a.m.  We're off the record.

10            (Recess taken from 11:16 a.m. to

11        11:26 a.m.)

12            THE VIDEOGRAPHER:  The time is

13        11:26 a.m.  We're on the record.

14   BY ATTORNEY SORENSON:

15        Q.  All right, Dr. Rodenburg.  We're

16   going to switch gears a little bit here.  I

17   want to talk about the data preparation phase

18   of your analyses.

19            So as part of the PMF and MLR that

20   you performed for the GD reports that form the

21   basis of your opinions in this case, you

22   processed datasets from various environmental

23   compartments before they were input into your

24   PMF analysis, correct?

25            ATTORNEY WOERNER:  Object to form.

```
 1                  LISA RODENBURG PhD

 2                  THE WITNESS:  Yes.

 3   BY ATTORNEY SORENSON:

 4        Q.   Okay.  So, for example, you would

 5   remove congeners from a data set so there

 6   would be at least as many samples as congener

 7   peaks, right?

 8        A.   Yes.  Usually.

 9        Q.   And this step could result in the

10   removal of byproduct congeners, right?

11             ATTORNEY WOERNER:  Object to form.

12             THE WITNESS:  I tried to avoid that

13        whenever possible.

14   BY ATTORNEY SORENSON:

15        Q.   But certainly it happened, right?

16             ATTORNEY WOERNER:  Object to form.

17             THE WITNESS:  I can't say that it

18        happened because I can't say which --

19        can't always say which congeners were

20        byproduct.  However I know I explained

21        that for the water compartment,

22        certainly, that happened.  There were

23        congeners that were taken out that could

24        have been inadvertent.

25        ///
```

LISA RODENBURG PhD

1

2    BY ATTORNEY SORENSON:

3         Q.   Right.  And that's a good

4    clarification because up to 130 congeners have

5    been associated with byproduct sources, right?

6         A.   According to Keri Hornbuckle, yes.

7         Q.   And you don't dispute that number,

8    right?

9         A.   No.

10        Q.   Okay.  So as part of the data

11   processing step before the PMF was

12   performed—that's what we're focusing on

13   here—at times you removed samples from a

14   data set where you believe the congener

15   profile was an outlier relative to other

16   congener profiles within the compartment,

17   correct?

18        A.   I don't remember doing that for any

19   of the Green-Duwamish data sets.

20        Q.   Okay.

21        A.   I remember occasionally removing

22   samples because they had very few detections.

23   I don't remember taking --

24             (Stenographer clarification.)

25             THE WITNESS:  Very few detections.

1                    LISA RODENBURG PhD

2           A.    Yes.

3           Q.    And they can be used to visually

4    represent data; is that correct?

5           A.    Yes.

6           Q.    I'll share my screen again.  We'll

7    go to your report, Exhibit 1.  If we turn to

8    page 21 here, we can see an example of a bar

9    chart at the top, right?

10          A.    Yes.

11          Q.    And so in this instance it looks

12   like you have used the bar chart to represent

13   PCB peaks across the X axis and your relative

14   amount of each peak on the Y axis; is that

15   right?

16          A.    Yes.

17          Q.    And in forming your opinions, you

18   used bar charts to perform the visual

19   inspections we discussed, right?

20          A.    Yes.

21          Q.    And you performed those visual

22   inspections of PMF factors against the Aroclor

23   profiles and byproduct profiles you

24   considered, right?

25          A.    Could you repeat that question.

1            LISA RODENBURG PhD

2   is to do exactly that.  It's to determine, for

3   example, in this case, how much of the 45 plus

4   51 was truly in the water sample and how much

5   of it might have come from the silicone rubber

6   tubing.

7            So we didn't do that in this

8   specific case.  But, for example, in Spokane,

9   we spent a lot of time thinking very carefully

10  about how could we use the PMF model to tease

11  out what may have been inadvertent PCBs

12  introduced from blank contamination.

13       Q.   Okay.  Let's go a little bit

14  further down here.  So I just want to make

15  sure I understand.

16            PCBs 11, 206, 208, and 209, they

17  were not included in the PMF model for the

18  surface water, correct?

19       A.   Correct.

20       Q.   And those are specifically

21  congeners that you call out in your report as

22  byproduct in nature, right?

23       A.   They can sometimes be byproduct.

24  PCB 11 I think is pretty much always a

25  byproduct PCB, but 206, 208, and 209 can go

1                    LISA RODENBURG PhD

2    either way.

3         Q.   You use them in your analyses as

4    indicators of byproduct sources, right?

5         A.   Yes.  As one indicator that

6    byproduct sources might be present.

7         Q.   And then if we go further down

8    along the same page, page 19, it says:  6

9    samples from Harbor Island were not included

10   in the PMF input because less than 20 peaks

11   were detected in them, i.e. their PCB levels

12   were extremely low.

13            Correct?

14        A.   Yes.

15        Q.   So the six samples that had very

16   low PCBs samples were not included in the PMF

17   input, right?

18        A.   Correct.

19            ATTORNEY SORENSON:  Okay.  We're

20            about to switch gears a little bit again

21            here.  Do you want to take a lunch now

22            or do you want to keep on going?

23            THE WITNESS:  This is probably a

24            good time to take lunch, if that's okay

25            with everybody --

1              LISA RODENBURG PhD

2         THE WITNESS:  I am getting 78.57

3    percent.  So not more than 79 percent,

4    no.

5  BY ATTORNEY SORENSON:

6         Q.   10.3 divided by 13 is 79.23.

7         A.   Okay.  I know what's happening here.

8  This is a rounding problem.  Okay.

9         Q.   Are you using the actual cells

10  for --

11         A.   Yes, so --

12              (Parties speaking simultaneously.)

13         THE STENOGRAPHER:  One at a time,

14    please.

15  BY ATTORNEY SORENSON:

16         Q.   Your number will be more accurate

17  than mine then.  What number are you getting?

18         A.   I was getting 78.566 percent.

19         Q.   Okay.  Great.  So I'll ask my

20  question.

21              In your investigation of the

22  groundwater compartment you excluded from your

23  PMF analysis samples comprised of more than

24  78 percent byproduct PCB 11, correct?

25              ATTORNEY WOERNER:  Object to form.

```
 1                 LISA RODENBURG PhD

 2              THE WITNESS:  Correct.  Sorry.

 3         Correct.

 4    BY ATTORNEY SORENSON:

 5         Q.    Thank you.

 6               Okay.  Let's go back to Exhibit 13,

 7    which is the Phase 2 Source Evaluation.  Do

 8    you see that?

 9         A.    Yes.  That's Exhibit 13.  Okay.

10         Q.    And you produced this as one of

11    your reliance materials in this case, correct?

12         A.    Yes.

13         Q.    And this is one of the two GD

14    reports referenced in your Seattle report,

15    which has been marked as Exhibit 1; is that

16    correct?

17         A.    Correct.

18         Q.    Okay.  I want to turn to page 4,

19    which is actually on PDF page 14.  And the

20    first bullet point under "Available Samples by

21    Medium," you have an "Air Deposition"

22    category.  Do you see that?

23         A.    Yes.

24         Q.    And the last sentence of this

25    bullet states:  This data set included about
```

```
 1                 LISA RODENBURG PhD
 2   except keeping in mind the additional
 3   data sets that you had on the surface water
 4   and that you received from that public
 5   library, correct?
 6        A.   Correct.
 7        Q.   You did not rerun any PMF analysis
 8   except for the water column, and you reran
 9   that one because of that new sampling,
10   correct?
11        A.   Correct.
12        Q.   And for -- on Exhibit 13 here,
13   staying on this exhibit, for the air
14   deposition environmental compartment you state
15   that 88 percent of the total PCB mass was
16   included in the PMF, correct?
17        A.   Correct.
18        Q.   So 12 percent of the PCB mass
19   within the air deposition category or
20   compartment was removed before running your
21   PMF analysis, right?
22        A.   Correct.
23        Q.   And for surface water, you state
24   that the PMF analysis included approximately
25   60 percent of the total measured PCB mass in
```

1                LISA RODENBURG PhD

2   all available surface water samples.  Did I

3   read that correctly?

4        A.   Correct.

5        Q.   And so you excluded 40 percent of

6   the total PCB mass within the surface water

7   compartment before running your PMF analysis,

8   true?

9        A.   Correct.

10        Q.   Turning to the tissue compartment,

11   you write that the data set included

12   approximately 96 percent of the total measured

13   PCB mass in all available tissue samples.  Do

14   you see that?

15        A.   Yes.

16        Q.   So you excluded 4 percent of the

17   PCB mass within the tissue compartment before

18   running your PMF analysis, correct?

19        A.   Yes.

20        Q.   And for sediment, which runs into

21   the next page here, PDF page 15, it states

22   that the PMF included approximately 94 percent

23   of the PCB mass detected in all available

24   sediment samples.  Do you see that?

25        A.   Yes.

1                    LISA RODENBURG PhD

2          Q.    So 6 percent of the total PCB mass

3    was excluded from your PMF analysis of the

4    sediment environmental compartment, correct?

5          A.    Correct.

6          Q.    For storm drains you write that the

7    congeners included approximately 92 percent of

8    the total PCB mass detected in all available

9    storm drain samples.  Do you see that?

10          A.    Yes.

11          Q.    So you excluded 8 percent of the

12    total PCB mass within the storm drain

13    compartment before running your PMF analysis;

14    is that true?

15          A.    Yes.

16          Q.    Okay.  Let's go back to your

17    report, Exhibit 1, and we're on page 22 here,

18    and if we go -- we're on groundwater.  Under

19    "Factors," you write:  The PMF input --

20                Sorry.  I need to --

21          A.    Down, scroll down.

22          Q.    Well, I wanted to see groundwater

23    here.

24          A.    Yeah, I think that's further down.

25          Q.    Oh, perfect.  Thank you.

1            LISA RODENBURG PhD

2            Here we are.

3            (Reading:)  The PMF input was

4    limited to 58 peaks which comprised 76 percent

5    of the total PCB mass detected in these

6    samples.

7            Do you see that?

8        A.  Yes.

9        Q.  So you excluded 24 percent of the

10   total PCB mass within the groundwater

11   compartment before running your PMF analysis,

12   correct?

13       A.  Yes.

14       Q.  And otter scat is up -- starting on

15   page 21 here, spilling on to page 22 of

16   Exhibit 1, and we can see you write under

17   "Factors" that 73 peaks in 74 samples were

18   included in the PMF analysis for otter scat,

19   correct?

20       A.  Yes.

21            ATTORNEY SORENSON:  Let's go ahead

22       and mark Exhibit 26 here.

23            (Exhibit 26, Raw data Excel

24       spreadsheet, was marked for

25       identification.)

1                  LISA RODENBURG PhD

2    more than one congener that come out at the

3    same time on the gas chromatograph.  And,

4    therefore, they cannot be quantified

5    separately by the mass spec method.  They

6    would also have to have the same mass.

7          Q.   Okay.  So we can say, then, that

8    there were at least 162 congeners within this

9    data set because of coelutions?

10         A.   You -- there were 162 peaks in the

11   data set.

12         Q.   Okay.  That's fine.

13              Now, the original data set had

14   162 peaks per -- that's what we're looking at

15   here, right?

16         A.   Correct.

17         Q.   And if we go back to Exhibit 1, for

18   otter scat you ran PMF on 73 peaks, correct?

19         A.   Correct.

20         Q.   Okay.  So if we divide 73 by 162,

21   that means only 45 percent of the unique peaks

22   in this data set were used in your MLR of the

23   otter scat, correct?

24         A.   This was PMF.

25         Q.   Oh, I'm sorry.  I misspoke.  The

1            LISA RODENBURG PhD

2    PMF of the otter scat only included about

3    45 percent of the unique peaks that were

4    reported in the original data set, correct?

5          A.    Correct.

6          Q.    And the removal of PCB mass from

7    the input data was part of the data processing

8    you performed before PMF, correct?

9          A.    Correct.

10         Q.    And so your analysis did not

11   consider the full mass of all possible

12   byproduct PCB congeners in each environmental

13   compartment, true?

14             ATTORNEY WOERNER:  Object to form.

15             THE WITNESS:  Could you repeat the

16         question.

17   BY ATTORNEY SORENSON:

18         Q.    Your analysis did not consider the

19   full mass of all possible byproduct PCB

20   congeners in each environmental compartment,

21   correct?

22             ATTORNEY WOERNER:  Object to form.

23             THE WITNESS:  It did not include

24         the full mass of each congener.  Whether

25         those congeners are inadvertent or

1                    LISA RODENBURG PhD
2          your question.
3     BY ATTORNEY SORENSON:
4          Q.   You excluded PCB mass from the
5     environmental compartment data before you ran
6     PMF, correct?
7          A.   Correct.
8          Q.   Therefore, your methodology cannot
9     quantify the fraction of the total PCBs in
10    each sample, correct?
11              ATTORNEY WOERNER:  Object to form.
12              THE WITNESS:  Again, I believe that
13         my method does account for all of the
14         PCBs, the total PCBs in the sample, by
15         clearly stating how much of that mass
16         was included in the PMF model and how
17         much of it was not.
18    BY ATTORNEY SORENSON:
19         Q.   By stating it was not included in
20    the model, you agree that certain percentages
21    were actually excluded from the PMF, correct?
22         A.   Yes.
23              ATTORNEY SORENSON:  Okay.  All
24         right.  And I want to switch gears a
25         little bit here.  Are you okay to keep

1        LISA RODENBURG PhD

2        Q.    Okay.  So your testimony is that

3    you did not compare fingerprints to mixtures

4    of byproduct sources in the GD reports but you

5    did in the Seattle report in forming your

6    opinions for this case, correct?

7        A.    For the Seattle expert report I

8    compared the fingerprints to individual

9    fingerprints of non-Aroclor sources.

10       Q.    Okay.  So you did not compare to

11   mixtures of non-Aroclor sources, correct?

12       A.    Correct.

13       Q.    But you did compare to mixtures of

14   Aroclor sources, right?

15       A.    Yes.

16       Q.    Okay.  And when you compared to a

17   mixture, you were looking at whether the

18   fingerprint represented a linear combination

19   of Aroclors 1242, 1248, 1254, and 1260; is

20   that right?

21       A.    That's correct for the original GD

22   reports.  I believe that for the expert report

23   I also considered Aroclor 1268.

24       Q.    And did you have to rerun your PMF

25   to do that analysis?

```
 1              LISA RODENBURG PhD

 2        A.   No.

 3        Q.   Okay.  And when you compared your

 4   PMF factors to byproduct PCB profiles, you

 5   only compared them to profiles on silicone and

 6   pigments, correct?

 7             ATTORNEY WOERNER:  Object to form.

 8             THE WITNESS:  I believe that's

 9   correct.  Yes.

10   BY ATTORNEY SORENSON:

11        Q.   And you used an R-squared -- I

12   don't want to use the word "cutoff."  I know

13   you don't like that word.  But you used an

14   R-squared of 0.4 as part of that analysis,

15   correct?

16        A.   Yes.

17        Q.   What did -- strike that.  Let's go

18   to Exhibit 1.  This is your report, and I'm on

19   page 13 here.

20             You write here:  I used the same

21   criteria as for the Monsanto's Aroclors.  Any

22   correlation with an R-squared value greater

23   than 0.4 was examined to determine whether the

24   correlation was based on multiple congeners

25   and not just one or two.
```

```
1                LISA RODENBURG PhD

2   of common congeners, right?  We've discussed

3   that today?

4        A.    They might, yes.

5        Q.    Upwards of 130 PCB congeners are

6   associated with byproduct sources, right?

7        A.    Again, that's what Keri Hornbuckle

8   says, and I have no reason to disagree with

9   her.

10        Q.    Okay.  Well, let's go ahead to

11   Exhibit 29 here.  We're skipping over a

12   couple.  I'm trying to be as efficient as I

13   can with everyone's time.

14             (Exhibit 29, Source Apportionment

15        of Polychlorinated Biphenyls in

16        Atmospheric Deposition in the Seattle,

17        WA, USA Area Measured with Method 1668,

18        was marked for identification.)

19   BY ATTORNEY SORENSON:

20        Q.    Dr. Rodenburg, do you recognize

21   this document?

22        A.    Yes.

23        Q.    This was one of your reliance

24   materials for this case, right?

25        A.    Yes.
```

1                    LISA RODENBURG PhD

2          Q.   Okay.  Let's go to page 26 here.

3               Certainly they're referring to

4    these as inadvertent PCB congener results,

5    correct?

6          A.   Individual PCB congener results.

7          Q.   Oh, I'm sorry.  Individual PCB

8    congener.

9               And it says:  Appendix D presents

10   an evaluation of PCB congener data above 0.5

11   parts per billion for all 216 samples.

12               Do you see that?

13         A.   Yes.

14         Q.   And, again, it says lower here:

15   Table 7 (Appendix D) provides a summary of the

16   individual congeners detected in these 835

17   results.

18               Do you see that?

19         A.   Yes.

20         Q.   Okay.  Let's go ahead and look at

21   table 7.  It's on page 57 -- or, I'm sorry,

22   page 52.  Do you see that here?

23         A.   Yes.

24         Q.   And so going back to our -- between

25   Exhibit 29, which has the Air1 factor data --

1          LISA RODENBURG PhD

2    well, it has all the air factor data, and then

3    table 7 of Exhibit 30, we can see PCB 77 is

4    published as being found in consumer products.

5    Do you see that?

6          A.   Yes.

7          Q.   Okay.  PCB -- PCB 167 is also

8    published as being found in consumer products,

9    correct?

10         A.   Yes.

11         Q.   PCB 156 and 157 is also published

12   as being found in consumer products, correct?

13         A.   Yes.

14         Q.   PCB 118 is included, correct?

15         A.   Yes.

16         Q.   And PCB 128 is included, correct?

17         A.   Well, it's coeluted with 166 in that

18   data set, but yes --

19         Q.   Okay.

20         A.   -- so that means that either that

21   peak, which could be 128, could be 166, or

22   could be a mixture of the two, was found --

23         Q.   Sure.

24         A.   -- in these consumer products.

25         Q.   Okay.  And PCB 105 is published as

1                LISA RODENBURG PhD

2    being presented in consumer products on

3    table 7 of Exhibit 30, correct?

4         A.    Yes.

5         Q.    And so is PCB 114, correct?

6         A.    Yes.

7         Q.    Okay.  So back to Exhibit 29.

8               We can see for the air compartment

9    that air factors -- a number of these

10   congeners have been reported in literature as

11   being found in consumer products, correct?

12        A.    Correct.

13        Q.    And if we go to page 5 of

14   Exhibit 29, we can see a bar chart, a number

15   of bar charts, for the various air factors

16   produced by the PMF, correct?

17        A.    Correct.

18        Q.    And you can see an orange here --

19   the orange bars, those represent Aroclor 1016,

20   correct, for Air1?

21        A.    Correct.

22        Q.    And the blue, the blue bars,

23   represent the PMF factor generated for Air1,

24   correct?

25        A.    Correct.

1              LISA RODENBURG PhD

2          Q.   And there are a number of -- well,

3    let me ask this.

4              As we go from left to right, it's

5    my understanding—we can see the bottom

6    here—that the molecular weight of the PCBs is

7    increasing, correct?

8          A.   Correct.

9          Q.   And this goes like -- it looks like

10   from PCB 4 all the way up to PCB 209; is that

11   correct?

12         A.   Yes.

13         Q.   If we look at factor 1, you note an

14   R-squared of 0.79; is that right?

15         A.   Yes.

16         Q.   And that represents 25 percent of

17   the PCB mass within Air1, correct?

18         A.   Correct.

19         Q.   Okay.  And if we look here, the

20   Air1 bar chart has numerous PCB congeners—it

21   looks like from about 77 all the way up to

22   near 209—which are not explained by Aroclor

23   1016, correct?

24         A.   Correct.

25         Q.   And if we just look at the Y axis,

1                    LISA RODENBURG PhD

2    this gives us the percentages of these various

3    congeners, the percentage they comprise of the

4    factor, correct?

5         A.    Correct.

6         Q.    And if we -- we can estimate the

7    blue from 77 up to 209 -- to me it looks like

8    about 30 percent of the total PCB mass within

9    Air1.  Would you agree?

10              ATTORNEY WOERNER:  Object to form.

11              THE WITNESS:  That seems a little

12         high to me, but I'm not sure it's worth

13         quibbling over.

14   BY ATTORNEY SORENSON:

15        Q.    Okay.  So, I mean, this one right

16   here looks about 5, another 5, these 3 -- so

17   10.  These 3 together are surely 10.  And so

18   I'm sure the rest of this is at least 10.  So

19   to me it looks like about 30.  But sounds like

20   you'll take my word for it.

21              And these more chlorinated

22   congeners, they could not be formed in the

23   environment from less chlorinated congeners

24   present near Aroclor 1016, correct?

25              ATTORNEY WOERNER:  Object to form.

```
 1                   LISA RODENBURG PhD

 2               THE WITNESS:  As far as I know, no.

 3   BY ATTORNEY SORENSON:

 4        Q.   Okay.  And despite that fact, you

 5   nevertheless attribute factor Air1 to

 6   Aroclor 1016 with a R-squared value of 0.79,

 7   right?

 8        A.   I think if you go read the text of

 9   this paper, I talk about the fact that the

10   presence of these other higher molecular

11   weight congeners indicates that there was

12   probably some mixing possibly of other

13   Aroclors.

14               (Stenographer clarification.)

15        A.   Higher molecular weight congeners in

16   this fingerprint probably indicates mixing of

17   different sources during air transport.  If

18   you scroll down to that section, you can see

19   what I wrote.

20               ATTORNEY SORENSON:  I'll move to

21          strike as nonresponsive.

22   BY ATTORNEY SORENSON:

23        Q.   Dr. Rodenburg, I asked whether you

24   attribute air factor 1 to Aroclor 1016 with an

25   R-squared of 0.79.
```

1           LISA RODENBURG PhD

2           ATTORNEY WOERNER:  Object to form.

3      Object to the manner in which you're

4      conducting the deposition.

5           THE WITNESS:  I say that it's

6      similar to Aroclor 1016.  I never said

7      that it was absolutely nothing but

8      Aroclor 1016.

9  BY ATTORNEY SORENSON:

10          Q.   Well, when -- on Exhibit 1 when you

11  published the ultimate conclusion for air,

12  87 percent arise from Monsanto Aroclors,

13  that's attributing 100 percent of Air1 to

14  Aroclors, correct?

15          A.   Correct.

16          Q.   And going back to Exhibit 29, it's

17  possible that these more chlorinated congeners

18  that are not explained by 1016 are not from an

19  Aroclor but are instead from a byproduct

20  source, correct?

21          A.   I would have to read what I wrote

22  later in the paper.  I don't remember.

23          Q.   Let's go ahead and go back to

24  Exhibit 1, page 18, where you discuss the

25  sediment environmental compartment here.

1                    LISA RODENBURG PhD

2      Aroclor 1016, 21 percent Aroclor 1248, and

3      42.5 percent Aroclor 1260, with an R-squared

4      value of 0.75.

5                Did I read that correctly?

6          A.   Yes.

7          Q.   And this Sediment1 factor was

8      attributed -- if we were to go to page 4 where

9      you discuss sediment, that was attributed

10     100 percent to Aroclor source for this opinion

11     on page 4, correct?

12         A.   Correct --

13               ATTORNEY WOERNER:  Object to form.

14               THE WITNESS:  Correct.

15     BY ATTORNEY SORENSON:

16         Q.   Okay.  Let's go ahead and go back

17     to Exhibit 13, which is the PCB Congener Study

18     Phase 2 Source Evaluation.  On PDF page 29 at

19     the top, this is the same Sediment1 -- this is

20     the bar chart for the Sediment1 factor,

21     correct?

22         A.   Yes.

23         Q.   And, again, we see in yellow -- or

24     in orange the fingerprint for Aroclor 1016 and

25     then in blue is the PMF output for Sediment1,

LISA RODENBURG PhD

1

2      correct?

3          A.    Correct.

4          Q.    And there are a number of higher

5      chlorinated congeners between PCB 83 and it

6      looks like PCB 182 that are not explained by

7      Aroclor 1016, correct?

8          A.    Correct.

9          Q.    Visually it looks like about half

10     the PBC mass in Sediment1 is not explained by

11     Aroclor 1016, correct?

12             ATTORNEY WOERNER:  Object to form.

13             THE WITNESS:  Yes.  Correct.

14     BY ATTORNEY SORENSON:

15         Q.    If we go back to your Exhibit 1,

16     your report, on page 12 you discuss -- I'm

17     sorry.  Let's look here.

18             You write:  For example, the

19     R-squared value for the comparison of one of

20     the sediment fingerprints below compared to

21     Monsanto's Aroclor 1242 is 0.42, but the

22     p value is 0.0000000006, highly significant.

23             Did I read that correctly?

24         A.    Yes.

25         Q.    All right.  And this is referring

1          LISA RODENBURG PhD

2    matched the pigment profile published in

3    cell -- we can see the R-squared of 0.57 in

4    cell CC65.  Do you see that?

5          A.    Yeah.  That higher squared was due

6    to literally one detected congener in that

7    pigment sample.

8          Q.    This R-squared is greater than the

9    0.4 cutoff that you employed for byproduct

10   PCBs, correct?

11         A.    Yes.  That's why I then examined the

12   fingerprint carefully, and I noticed that

13   there's only one detected congener in that

14   pigment fingerprint.

15         Q.    Okay.  You can pull this one down.

16               Dr. Rodenburg, when you compared

17   the PMF factors to byproduct PCBs, you did not

18   consider PCB profiles for anything such as

19   caulks or joint compounds, motor vehicle

20   fluids, asphalt, de-icer, or other products

21   like those, did you?

22         A.    Could you repeat the question.

23         Q.    Sure.

24               When you compared your PMF factors

25   to byproduct PCB profiles, you didn't consider

1               LISA RODENBURG PhD

2    profiles other than silicone and paint, right?

3         A.   I didn't consider anything that

4    wasn't in the spreadsheet, correct.

5         Q.   Okay.  And the spreadsheet only

6    contains silicone and pigments, right?

7         A.   That's correct.

8         Q.   Okay.  So you didn't compare the

9    factors to PCB profiles for things such as

10   caulking, joint compounds, motor vehicle

11   fluid, asphalt de-icer -- or de-icer, did you?

12        A.   I didn't consider those to be

13   sources of byproduct PCBs.  I considered those

14   to be sort of secondary.  For example, the

15   caulk might have silicone in it, so that would

16   have been covered underneath the category of

17   silicone.

18        Q.   Okay.  What about things that did

19   not contain silicone in them?  Asphalt, did

20   you compare byproduct -- your factors to

21   congeners present -- byproduct PCB congeners

22   present in asphalt?

23        A.   No.

24        Q.   Okay.  And certainly you agree that

25   asphalt is a product that's been used in the

1          LISA RODENBURG PhD

2   vicinity of the LDW, right?

3          A.   Obviously asphalt can come from many

4   places, and in the report that you are citing,

5   I believe that was the report written by

6   Stone.  That was one example of one asphalt

7   from one place, so it's very difficult to

8   generalize and say that, you know, PCBs and

9   asphalt always have that congener fingerprint.

10  But I certainly agree that asphalt was used

11  throughout the Lower Duwamish Waterway.

12         Q.   And it wasn't considered in your

13  analysis comparing fingerprints to byproduct

14  sources, correct?

15         A.   Correct.

16         Q.   Let's go ahead and go back to

17  Exhibit 19.  This is the -- this concerns the

18  air compartment, correct?

19         A.   Yes.

20         Q.   Okay.  And so we've got a number we

21  went over on the top row here.  These are the

22  first two rows.  The first row has a

23  publication name, correct?

24         A.   Yes.

25         Q.   And the second row, it either says

1                LISA RODENBURG PhD

2        Q.    Does that look like the correct

3    function to you?

4        A.    Yes.

5        Q.    And we get an average of 8.41 peaks

6    within the byproduct profiles published here,

7    correct?

8        A.    Correct.

9        Q.    And these are the same byproduct

10   profiles that you compared all of your factors

11   to, correct?

12       A.    Well, here I'm listing all 209

13   congeners.  And then to compare them to the

14   factors that came out of PMF, I had to pare

15   that down so it was the same congener list.

16       Q.    Sure.

17       A.    So on the tab that says "compare to

18   iPCBs," it's a shorter list than what you're

19   seeing here.

20       Q.    So it definitely would not have

21   been more than this average number when you

22   got to the PM- -- comparing it to the PMF,

23   correct?

24       A.    Shouldn't be.

25       Q.    If anything, data would have been

1                    LISA RODENBURG PhD

2          A.   No, I'm not sure that's correct at

3     all.

4          Q.   Okay.  We can take a look.

5               An easy example for tissues, you

6     said greater than 99 percent is attributed to

7     the Aroclors, correct?

8          A.   Um-hum.

9          Q.   And then on tissues on page 20 of

10    your report:  The sum of PCBs 11, 206, 208,

11    and 209 average 0.2 percent of total PCBs in

12    the tissue samples.

13              Is that correct?

14         A.   Yes.

15         Q.   So the greater than 99 percent was

16    just a 100 percent minus this 0.2 percent,

17    right?

18              ATTORNEY WOERNER:  Object to form.

19              THE WITNESS:  That's one of the

20         ways I considered the question, yes.  I

21         also looked at the fingerprints, but

22         yes.

23    BY ATTORNEY SORENSON:

24         Q.   Okay.  So one of the ways in which

25    you did this analysis to accommodate for the

1                    LISA RODENBURG PhD

2     right now about the tissue compartment.  You

3     equated the mass percentage of four byproduct

4     PCB congeners—11, 206, 208, and 209—with the

5     total percent of byproduct PCB congeners to

6     arrive at your conclusion that greater than

7     99 percent of the compartment is comprised of

8     Aroclor PCBs, correct?

9          A.   No.  That's only one line of

10    evidence that I used.

11               The other line of evidence was the

12    PMF fingerprints.  And in this case, as far as

13    I could determine, none of the PMF

14    fingerprints were related to non-Aroclor PCBs.

15          Q.   Okay.  So I just want to focus on

16    that one line of evidence.

17               You said you used multiple.  Let's

18    focus on the one.  One line of evidence that

19    you used was to take 100 percent and then

20    subtract these four inadvertent congeners from

21    that 100 percent to arrive at your conclusion

22    that greater than 99 percent of the

23    environmental compartment was comprised of

24    Monsanto's Aroclor PCBs, correct?

25          A.   I think that you -- you would say

1          LISA RODENBURG PhD

2    that in this case the 0.2 percent is a lower

3    bound on what the total amount of inadvertent

4    congeners could be.

5          Q.    Okay.  So it could be higher than

6    0.2 percent, correct?

7          A.    Right.  Which is why I described it

8    as greater than 99 percent.

9          Q.    Oh, that was referring to the

10   Aroclor sources, right?

11         A.    Right.  I described the Aroclor

12   sources as greater than 99 percent assuming,

13   based on this calculation, that the

14   non-Aroclor could be 0.2 percent, could be a

15   little bit more, but because none of the

16   fingerprints that I got from the PMF analysis

17   led me to think that there were any other

18   non-Aroclor sources in the biota -- this is

19   the biota, right?

20         Q.    The tissue --

21         A.    Yeah, tissue.  Tissue, biota; I use

22   those terms interchangeably.

23              Because I didn't see any

24   fingerprints in the biota that I couldn't

25   explain as Aroclors, I had no reason to think

1                LISA RODENBURG PhD

2        A.    -- of what could be byproduct

3   sources.

4        Q.    And equating the -- this lower

5   bound to byproduct PCB sources, that could

6   result in an underestimation of byproduct

7   sources in each environmental compartment you

8   considered, right?

9             ATTORNEY WOERNER:  Object to

10        form --

11             THE WITNESS:  It's a lower bound,

12        so by definition it shouldn't be an

13        underestimate.

14   BY ATTORNEY SORENSON:

15        Q.    Well, you only look at four

16   congeners here to represent the byproduct

17   sources, right?

18        A.    Right.

19        Q.    And there have been upwards of 130

20   congeners associated with byproduct PCBs,

21   right?

22        A.    Correct.

23        Q.    And so only considering 4 out of

24   130 could result in an underestimation of

25   byproduct sources within each environmental

```
 1                LISA RODENBURG PhD

 2   compartment, right?

 3        A.   Correct.  That's why I also looked

 4   at the PMF results.

 5              ATTORNEY SORENSON:  Okay.  We're

 6   getting close to wrapping up.  Do you want to

 7   take another quick break and then we can go --

 8              ATTORNEY WOERNER:  Why don't we do

 9        that.

10              ATTORNEY SORENSON:  Let's go off

11        the record.

12              THE VIDEOGRAPHER:  The time is

13        3:18 p.m.  We're off the record.

14              (Recess taken from 3:18 p.m. to

15        3:34 p.m.)

16              THE VIDEOGRAPHER:  The time is

17        3:34 p.m.  We're on the record.

18   BY ATTORNEY SORENSON:

19        Q.   All righty.  Dr. Rodenburg, thanks

20   for bearing with me here.  I know we've gone

21   over quite a bit of stuff, and hopefully we're

22   getting near the end and get this wrapped up.

23              Sorry here.  I misplaced my note.

24              Here we go.  Okay.

25              Go ahead and share my screen again.
```

1                    LISA RODENBURG PhD

2    you determine the byproduct mass within that

3    environmental compartment that is contributed

4    by that factor?

5         A.   No.

6         Q.   Why is that?

7         A.   You can't determine it.  You just

8    said:  Could you determine it?  No.

9              I already said multiple times that

10   the way I applied this methodology was trying

11   to determine an upper bound.  I never said I

12   was actually determining the amount of

13   inadvertent PCBs in the fingerprint.

14             I agree that you as a lawyer can put

15   a bunch of numbers on a spreadsheet and you

16   can do some math and you can come up with some

17   numbers.  I disagree that those numbers

18   represent the amount of byproduct mass in any

19   compartment in any of the tables you're

20   showing me right now.

21        Q.   Does any of the math look incorrect

22   to you in any of these tables?  Is it just the

23   mathematics behind it, whether or not it's

24   applicable here?

25        A.   I have stipulated that you as a

1          LISA RODENBURG PhD

2  lawyer can do math and that these numbers are

3  probably mathematically correct.

4          ATTORNEY SORENSON:  Let's go ahead

5      and take a brief break, and then I can

6      see whatever follow-up I need to do, and

7      then we can go from there.

8          Let's go off the record.

9          ATTORNEY SORENSON:  It's 4:14 p.m.

10      We're off the record.

11          (Recess taken from 4:14 p.m. to

12      4:30 p.m.)

13          THE VIDEOGRAPHER:  Time is

14      4:30 p.m.  We're on the record.

15          ATTORNEY SORENSON:  Dr. Rodenburg,

16      I really appreciate your time today.

17          I don't have any further questions

18      at this time, but defendants reserve the

19      right to keep this deposition open

20      pending further document production in

21      response to our notice of deposition and

22      attendant request for production as well

23      as your refusal to answer questions

24      regarding your Spokane methodology.

25          And with that said, I have nothing

```
1                    LISA RODENBURG PhD
2     and the data.
3                 And consistently across all the
4     compartments, that was true.  The R-squared
5     values were very high, usually in excess of
6     0.9.
7          Q.   And you were asked a lot of
8     questions about the R-squared scale that you
9     use, particularly there was a bunch of
10    questions about the 0.40.
11                With respect to your analysis, once
12    an R-squared is generated, is there further
13    analysis that you perform before you determine
14    whether or not there's a fingerprint match?
15         A.   Yes.  I always -- I use the
16    R-squared as a relatively easy-to-calculate
17    way of determining similarity, but I always
18    then go back and look at the fingerprint and
19    compare it visually to other sources.  In this
20    case, I compared it not only to the Aroclors
21    but also to these non-Aroclor fingerprints
22    that I got from the literature.
23                (Stenographer clarification.)
24         A.   I don't remember.  I think I said
25    from the PMF.  Oh, that I got from the
```

```
 1                LISA RODENBURG PhD

 2         4:45 p.m.)

 3              THE VIDEOGRAPHER:  The time is

 4         4:45 p.m.  We're on the record.

 5                    EXAMINATION

 6   BY ATTORNEY SORENSON:

 7         Q.   Okay.  Dr. Rodenburg, just a couple

 8   more questions.

 9              Your counsel -- counsel for the

10   City asked you a couple questions about the

11   data set that was taken within the LDW and

12   outside of the LDW.  Do you recall that?

13         A.   Yes.

14         Q.   And you testified that you did not

15   rerun your analyses because the data set, the

16   larger broader data set, is within a tidal

17   system; is that right?

18         A.   Right.  Much of it is tidal.

19         Q.   And can you tell what impact the

20   tidal system would have on air deposition

21   data?

22         A.   It doesn't have any impact on the

23   air deposition data.

24         Q.   Okay.  What about storm drain

25   solids and stormwater?
```

Page 312

1              LISA RODENBURG PhD

2        A.    I have seen examples of cases where

3   some storm drains do back up with water during

4   high tide.  I don't know if that occurs in

5   Seattle.

6        Q.    Okay.  And you testified that you

7   performed an analysis to determine whether

8   results of data within the LDW are consistent

9   with the broader data set that includes

10  information outside of the LDW.  Do you recall

11  that?

12       A.    Yes.

13       Q.    And where in your report do you

14  discuss the methodology you employed to

15  perform that analysis?

16       A.    I did not discuss that in the

17  report.

18       Q.    And where in your report do you

19  discuss the results of that analysis?

20       A.    I do not discuss that in the report.

21             ATTORNEY SORENSON:  No further

22       questions.  Thank you.

23             ATTORNEY WOERNER:  Thank you.

24             THE WITNESS:  Thank you.  Thank

25       everybody for accommodating me by

Page 314

1                    LISA RODENBURG PhD

2    C E R T I F I C A T E

3

4    STATE OF WASHINGTON    )

5                          )  SS.:

6    COUNTY OF ISLAND      )

7

8              I, GWEN S. BRASS, a Certified

9    Shorthand Reporter within and for the state of

10   Washington, do hereby certify:

11             That LISA RODENBURG PhD, the witness

12   whose deposition is hereinbefore set forth,

13   was duly sworn by me and that such deposition

14   is a true record of the testimony given by

15   such witness.

16             I further certify that I am not

17   related to any of the parties to this action

18   by blood or marriage; and that I am in no way

19   interested in the outcome of this matter.

20             IN WITNESS WHEREOF, I have hereunto

21   set my hand this 12th day of April, 2022.

22                          *Gwen Brass*

24                          _____

25                          Gwen Brass, CCR 1908