# EXHIBIT C

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
 2    _____
                              )
 3    CITY OF SPOKANE, a      )
      municipal corporation   )
 4    located in the County of )
      Spokane, State of       )
 5    Washington,             )   Case No.
                              )   2:15-cv-00201-SMJ
 6              Plaintiff,     )
                              )
 7         -vs-               )
                              )
 8    MONSANTO COMPANY, et al., )
                              )
 9              Defendants.    )
      _____  )
10
11
12              SHOOK HARDY & BACON
            2001 MARKET STREET - SUITE 3000
13         PHILADELPHIA, PENNSYLVANIA  19103
                 DECEMBER 18, 2019
14                  10:14 A.M.
15
16
                VIDEOTAPED DEPOSITION OF
17              LISA A. RODENBURG, PH.D.
18
19
20
21
22
23    REPORTED BY:
24    DEBRA SAPIO LYONS, RDR, CRR, CRC, CCR, CLR, CPE
25    JOB NO. 173395
```

1           Lisa A. Rodenburg, Ph.D.

2    to ask you all the same questions that I asked

3    you in those depositions or can we assume that

4    they accurately reflect the opinions that you

5    hold in this case?

6                MR. LAND:  Objection, vague.

7                MR. GOUTMAN:  Okay.  Let me -- let

8         me be more specific.

9    BY MR. GOUTMAN:

10           Q.   I asked you a series of questions

11   concerning the identity of congeners that have

12   been described as byproduct PCBs.

13                Have your opinions changed on that

14   since June of 2019, several months ago, since

15   we last took your deposition?

16        A.   No.

17        Q.   Same question with respect to the

18   concentration of those congeners.

19                MR. LAND:  Objection, vague.

20        Concentration in general products, in

21        stormwater?

22   BY MR. GOUTMAN:

23        Q.   The questions that I asked

24   concerning the reported concentrations of

25   byproduct congeners in pigments in particular,

1           Lisa A. Rodenburg, Ph.D.

2    has your -- have your opinions changed since

3    June?

4           A.   No, not that I know of.

5           Q.   Okay.  The types of products in

6    which byproduct PCBs are found, have your

7    opinions changed?

8           A.   No.

9           Q.   The ubiquity of byproduct PCBs in

10   the environment, have your opinions changed?

11          A.   No.

12          Q.   The lack of enforcement as

13   described in your last deposition by the EPA

14   of the 50 ppm standard with respect to

15   byproduct PCBs?

16          A.   As described in my deposition, I

17   answered that question truthfully and my

18   opinion has not changed.

19          Q.   Okay.  The fact that the -- over

20   the past couple decades virtually all of the

21   pigments are being imported from China and

22   India, your opinions haven't changed

23   concerning that; correct?

24          A.   As far as --

25               MR. LAND:  Objection, assumes facts

1           Lisa A. Rodenburg, Ph.D.

2           and vague.

3                   Go ahead.

4                   THE WITNESS:  As far as I know, no,

5           my opinions have not changed.

6    BY MR. GOUTMAN:

7           Q.   Yeah.  And, in fact, you've

8    written on that; correct?

9           A.   Yes, and I haven't written

10   anything since that last deposition, so there

11   would be no -- nothing new to contradict what

12   I said in the deposition.

13          Q.   The fact that by -- we asked you

14   questions concerning the fact that byproduct

15   PCBs have been detected in numerous bodies of

16   water, which by themselves exceed the Federal

17   Water Quality Standard, your opinions haven't

18   changed with respect to those questions that

19   we asked you?

20          A.   Correct.

21                  MR. GOUTMAN:  There, we accomplished

22          something.

23                  MR. LAND:  All right.

24                  MR. GOUTMAN:  This will dispense

25          with about 20 pages of questions.

Page 43

1              Lisa A. Rodenburg, Ph.D.

2          in a sample.

3    BY MR. GOUTMAN:

4          Q.    So your answer is yes?

5          A.    Yes.

6          Q.    In addition, of course, there are

7    other manufacturing processes that produce

8    byproduct PCBs.  You're aware of that; right?

9          A.    Yes.

10         Q.    And the EPA in 1983, when they

11   passed regulations on this, listed some 200

12   manufacturing processes that could potentially

13   create byproduct PCBs.  You're aware of that?

14         A.    Yes.

15         Q.    And that list was collected in a

16   paper that Mr. Coghlan, one of Plaintiff's

17   experts, was brought to our attention, which

18   I'm about to show you.

19         A.    Okay.

20         MR. GOUTMAN:  We'll mark this as

21   Exhibit 9.

22         (Exhibit Rodenburg-9, multipage

23   document entitled Pollution Prevention and

24   Management Strategies for Polychlorinated

25   Biphenyls in the New York/New Jersey

1          Lisa A. Rodenburg, Ph.D.

2     River watershed; correct?

3          A.    That is correct.

4          Q.    Would you agree that combustion

5     reactions can create PCBs?

6          A.    Yes.

7               MR. GOUTMAN:  Why don't we go to

8          Ishikawa.  Just give me all of those.

9               (Exhibit Rodenburg-10, multipage

10         document entitled PCB decomposition and

11         formation in thermal treatment of plant

12         equipment, is marked for identification.)

13    BY MR. GOUTMAN:

14         Q.    We've marked as Exhibit 10 a paper

15    by Ishikawa, et al. called, "PCB decomposition

16    and formation in thermal treatment of plant

17    equipment."

18               Are you familiar with this paper?

19         A.    It's not ringing a bell, no.

20         Q.    Okay.  What this papers shows, and

21    you can take a second and read it, I'm just

22    going to direct your attention to a few

23    passages, but they basically -- excuse me for

24    coughing -- they basically ran combustion

25    experiments, just looking at the top of the

1              Lisa A. Rodenburg, Ph.D.

2    BY MR. GOUTMAN:

3         Q.   Why don't we go back to this paper

4    by Ishikawa.  It says, "PCB concentration" --

5    this is the second paragraph, the conclusion.

6    "PCB concentration and the number of congeners

7    increased at the kiln exit.  While this

8    behavior was common to RDF and ASR, the

9    increase in PCB concentration at the kiln exit

10   was greater with the combustion of ASR than

11   KDF."

12              So what they're saying there is

13   that different types of refuse produce

14   different types of PCBs or different amounts

15   of PCBs; correct?

16         A.   Yes, that's what they're saying.

17         Q.   And they say later that it

18   produced different types of PCBs; correct?

19         A.   That -- yes, that is what it says.

20         Q.   It says a couple sentences down,

21   [as read]:  "And, the predominate homologues

22   were higher PCBs such as hepta-C -- CB and

23   deca-CB with the combustion of ASR, while the

24   lower chlorinated PCBs, such as DiPCB and

25   penta-PCB were with the combustion of RDF";

Page 58

1                    Lisa A. Rodenburg, Ph.D.

2    right?

3              A.    That's what it says, yes.

4              Q.    So here they're saying that it was

5    producing PCBs with different degrees of

6    chlorination depending upon the kind of refuse

7    that was being incinerated; correct?

8              A.    That's what it's saying, yes.

9              Q.    And they give, in fact, later

10   identify specific congeners.  Going to the

11   first full paragraph on the right column, a

12   few lines down, [as read]:  "The combustion

13   marker congeners for RDF were numbers 13/12,

14   35, 77, 126, while those for ASR were 170,

15   189, 194, 195, 196, 206, and 209.  In

16   combustion of RDF, non-ortho-PCB were

17   predominantly formed, whereas ortho-PCB or

18   symmetric chlorine substituted by PCB were

19   destroyed.  Higher chlorinated PCB were more

20   readily formed by combustion of ASR than RDF.

21   The high-chlorination might be caused -- might

22   be cause the amount of more chlorine in ASR

23   than RDF."

24              Did I read that correctly?

25              A.    Yes.

1          Lisa A. Rodenburg, Ph.D.

2          Did I read that correctly?

3     A.   Yes.

4     Q.   So what they're finding is that
5  when they are burning refuse with PVC in it,
6  they are creating dioxin-like PCBs; right?

7          MR. LAND:  And take your time to
8     read through the document if you need to to
9     confirm that.

10         THE WITNESS:  (Reviewing document.)

11         Yeah, I mean they say that
12    dioxin-like PCBs were generated during
13    pyrolysis.

14         (Reporter clarification.)

15         THE WITNESS:  Sorry.  Sorry.  Sorry.

16         They -- they do say that dioxin-like
17    PCBs were generated during pyrolysis
18    reactions with PVC present, so that is what
19    they concluded.  Again, I haven't read the
20    paper carefully, so I don't know if I agree
21    with those conclusions, but that's what
22    they concluded.

23         MR. LAND:  Whenever you read, read
24    slow --

25         THE WITNESS:  Yeah, sorry.

1          Lisa A. Rodenburg, Ph.D.

2              MR. LAND:  -- that way she can take

3      it.

4              THE WITNESS:  I tend to talk fast.

5      Sorry.

6              MR. GOUTMAN:  Why don't we mark as

7      Exhibit 12...

8              (Exhibit Rodenburg-12, multipage

9      document entitled Formation of PCDDs,

10     PCDFs, and Coplanar PCBs from Incineration

11     of Various Woods in the Presence of

12     Chlorides, is marked for identification.)

13             MR. GOUTMAN:  Ready?

14   BY MR. GOUTMAN:

15      Q.   Marked as Exhibit 12 a paper by

16   Yasuhara, Y-A-S-U-H-A-R-A, titled, "Formation

17   of PCDDs, PCDFs, and Coplanar PCBs from

18   Incineration of Various Woods in the Presence

19   of Chlorides."

20             Did I read that correctly?

21      A.   Correct.

22      Q.   Are you familiar with this paper?

23      A.   Again, not ringing a bell.  I may

24   have read it, but if so, I don't remember it.

25      Q.   But it just -- I just want to

Page 63

1                  Lisa A. Rodenburg, Ph.D.

2    direct your attention to the right column

3    halfway down the first paragraph there,

4    "Therefore, there are many reports on the

5    formation of dioxins and dioxin-like compounds

6    from various woods upon combustion."

7                  And you're familiar with that

8    literature, the burning of wood can create

9    dioxin and dioxin-like compounds --

10          A.    Yes.

11          Q.    -- is that correct?

12          A.    Yes.

13          Q.    And dioxin-like compounds would

14   include dioxin-like PCBs; correct?

15          A.    Usually, yes.

16          Q.    And if you turn to Table 3, which

17   is on -- couple pages in, it does note

18   analytical results from exhaust gases from

19   combustion of samples.  And on the bottom it

20   does indicate the formation of what they call

21   coplanar PCBs; correct?

22          A.    Correct.

23          Q.    And those are dioxin-like PCBs;

24   right?

25          A.    I believe so, yeah.

1              Lisa A. Rodenburg, Ph.D.

2    Kentucky, Minnesota, or Florida, it's all

3    mixed together?

4         A.   Well, I'm assuming your samples

5    are all tagged with latitude and longitude.

6         Q.   Yeah, I understand that, but in

7    the PMF analysis in this hypothetical, you're

8    mixing them all together, you're including

9    them in the same analysis, right, and you're

10   identifying factors; correct?

11        A.   Yes.

12        Q.   So isn't it true that geographic

13   heterogeneity might limit the extent to which

14   a PMF analysis can give you useful

15   information?

16             MR. LAND:  Objection, misleading,

17        incomplete hypothetical.

18             THE WITNESS:  As long as your

19        samples are tagged with latitude and

20        longitude, you can back out the spacial

21        information, so I don't think it limits

22        you.

23   BY MR. GOUTMAN:

24        Q.   Okay.  Going back, you put -- you

25   put this -- load this data into your computer

1               Lisa A. Rodenburg, Ph.D.

2    and you ask your computer model to generate

3    factors, what's called factors; correct?

4          A.    Correct.

5          Q.    And you compared those factors to

6    certain Aroclors; correct?

7          A.    Correct.

8          Q.    And in your report you identify

9    specifically your methodology, and you -- if I

10   can find it -- I believe compared it to 1016,

11   Aroclor 1242, 1248, 1254, and 1260; correct?

12         A.    Correct.

13         Q.    So that was your methodology.  And

14   you did not compare the factors to byproduct

15   profiles; correct?

16         A.    When I found factors that were not

17   similar to any of the Aroclors, I did compare

18   them with what I knew about inadvertent PCBs.

19         Q.    That wasn't my question and I

20   think you know it wasn't my question.

21               You did not design this by -- by

22   comparing by way of PMF analysis any

23   non-Aroclor profiles, you used only Aroclor

24   profiles; correct?

25               MR. LAND:  Objection, misleading,

1           Lisa A. Rodenburg, Ph.D.

2       asking the question I asked.

3   BY MR. GOUTMAN:

4       Q.   In fact, there are by -- there are

5   byproduct profiles for numerous products that

6   are -- that you are not aware of that are, for

7   example, listed in products in Exhibit 9 that

8   we discussed in some detail; correct?

9           MR. LAND:  Objection, vague,

10          incomplete hypothetical.

11          THE WITNESS:  Presuming that the

12          products listed in that table really do

13          have PCBs in them, then, yes, there may be

14          other fingerprints that I'm not aware of.

15  BY MR. GOUTMAN:

16      Q.   And for purposes of preparing your

17  report, you did not go out and research any of

18  these products that are listed in Exhibit 9 to

19  determine what, if any, information there is

20  on byproduct PCB profiles in these products;

21  correct?

22      A.   Only for the pigments in the -- in

23  the silicones.

24      Q.   And you certainly didn't compare

25  them to any byproduct profiles from the

1          Lisa A. Rodenburg, Ph.D.

2          MR. LAND:  Objection, misleading.

3          Go ahead.

4    BY MR. GOUTMAN:

5          Q.   By the very design of your

6    analysis; correct?

7          A.   The R2 shows you how similar it is

8    to an Aroclor, yes.

9          Q.   And not how similar it is to a

10   byproduct PCB; correct?

11         A.   Correct.

12         Q.   And we've discussed in some detail

13   in your previous deposition these cutoffs, and

14   I asked you the following question at Page 133

15   of your deposition:

16         "I couldn't look in a handbook,

17   textbook, or peer-reviewed article which will

18   tell me that a sample with an R2 value of .5 is

19   either a weather -- weathered Aroclor,

20   something that never was an Aroclor, or

21   something that always was an Aroclor?"

22         And you answered, "Correct."

23         A.   Yes, that's what I answered.

24         Q.   And that would be your answer

25   today; correct?

1          Lisa A. Rodenburg, Ph.D.

2          A.    Correct.

3          Q.    And I asked you:

4          "If I were to say -- tell you that

5    in my opinion the upper cutoff limit of .8

6    should be .9, how would you disprove that?"

7          And you answered, "I couldn't

8    disprove it."

9          MR. LAND:  Right real quick.  If you

10       remember that from memory, then go ahead

11       and answer, but if you need to review --

12          MR. GOUTMAN:  Yeah, we'll --

13          MR. LAND:  -- the document to make

14       sure --

15          MR. GOUTMAN:  -- we can waste

16       everyone's time.

17          MR. LAND:  Well, I'm saying you can

18       ask in different ways.  If she agrees with

19       it now, that's one thing, but if we're

20       going to ask if that's exactly what she

21       said --

22          MR. GOUTMAN:  Well, I'm going to ask

23       it the way I want to --

24          MR. LAND:  -- I think we should --

25          MR. GOUTMAN:  -- and you can make

```
 1              Lisa A. Rodenburg, Ph.D.

 2         Q.   I'm at Page 133, and we'll do this

 3    the hard way.  Okay?

 4              Question Page -- Line 3:

 5              "Let me ask it this way -- in this

 6    way -- let me ask it this way.  I couldn't

 7    look in a handbook, textbook, or peer-reviewed

 8    article which will tell me that a sample with

 9    an R2 value of .5 is either weather -- a

10    weathered Aroclor, something that never was an

11    Aroclor, or something that always was an

12    Aroclor?"

13              And your answer was what --

14         A.   Correct.

15         Q.   -- and that is true today;

16    correct?

17         A.   Correct.

18         Q.   And I asked you:

19              "If I were to tell you that in my

20    opinion the upper cutoff limit of .8 should be

21    .9, how could you disprove that?"

22              And what was your answer under

23    oath?

24         A.   "I couldn't disprove it."

25         Q.   And that is true today; correct?
```

Page 139

1           Lisa A. Rodenburg, Ph.D.

2       A.    Correct.

3       Q.    And then I asked:

4             "If I were to say the lower cutoff

5    should be -- instead of .4, it should be .5,

6    .6, .7, how would you scientifically disprove

7    that?"

8             And your answer was?

9       A.    "I can't disprove it."

10      Q.    And that answer is true today?

11      A.    Yes.

12      Q.    And am I correct that these

13   cutoffs that you used here have never been

14   subjected to a peer review in a peer-reviewed

15   journal?

16      A.    Correct.

17           (Counsel confer.)

18           MR. GOUTMAN:  I'd like to show you a

19       Exhibit 19, which is a paper that you cite

20       in your report.

21           (Exhibit Rodenburg-19, two-page

22       document entitled Determination of

23       Polychlorinated Biphenyls Using Multiple

24       Regression With Outlier Detection and

25       Elimination, is marked for identification.)

1          Lisa A. Rodenburg, Ph.D.

2               MR. GOUTMAN:  For the record, this

3          is a paper by Burkhard, B-U-R-K-H-A-R-D,

4          and Weininger, W-E-I-N-I-N-G-E-R, titled

5          "Determination of Polychlorinated Biphenyls

6          Using Multiple Regression With Outlier

7          Detection and Elimination."

8     BY MR. GOUTMAN:

9          Q.   And you're familiar with this

10    article; right?

11         A.   Yes.

12         Q.   And just if you go to the second

13    page, they're talking about COMSTAR; is that

14    correct?

15         A.   Yes.

16         Q.   And that's a PMF program similar

17    to the one that you use?

18         A.   No, COMSTAR is different.

19         Q.   It is a -- it is a method of PMF

20    analysis; correct?

21         A.   No, as I understand it, COMSTAR is

22    more of a MLR, similar to MLR.

23         Q.   It -- I understand.  Okay.  Fair

24    enough.

25               But what it sets forth here, and

1              Lisa A. Rodenburg, Ph.D.

2    this is, again, a paper that you cited, it

3    sets forth R2 values that the authors deem

4    acceptable.  And it says, and I'm quoting in

5    the second page right here (indicating) --

6         A.    Uh-huh.

7         Q.    -- "From our experiences with

8    COMSTAR, acceptable COMSTAR solutions are

9    obtained when the following conditions occur:

10   First, R2 for the analysis is greater than .9."

11             Is that what it says?

12        A.    That's what it says.

13        Q.    And right above that it says, the

14   fourth table, Table 1, a turtle sample -- by

15   the way, this is about analysis of PCBs;

16   right?

17        A.    Yes.

18        Q.    "The fourth sample, a turtle

19   sample, illustrates the behavior of COMSTAR

20   with severely imperfect input data.  For this

21   sample, COMSTAR analysis failed, i.e., COMSTAR

22   was unable to find a subset of PCB peaks which

23   forms a self-consistent PCB population.  This

24   failure is shown by the smaller R2 value, 725";

25   correct?

1          Lisa A. Rodenburg, Ph.D.

2          A.   That is what it says.

3          Q.   Now, I don't know if I asked you

4    this, but these cutoffs that you include in

5    this report, do they appear -- I think I asked

6    you whether you've ever published in the

7    peer-reviewed literature.

8              Have you ever seen it anywhere

9    else in a study in a peer-reviewed journal?

10         A.   No.

11         Q.   The second criterion that you

12   used, it says -- this is on Page 14 of your

13   report, the second full paragraph.

14         A.   Hold on.  I lost my report.  Is

15   it -- yeah, here we go.  Okay.  What page?

16         Q.   Page 14.

17         A.   Okay.

18         Q.   Second full paragraph, the second

19   criteria is that -- I'm just quoting from your

20   report -- is that, "When the agreement between

21   Aroclor and the factor is less than .4, the

22   differences between the Aroclor and the factor

23   cannot be explained by any known weathering

24   phenomenon."

25              Is that what it says?

1      Lisa A. Rodenburg, Ph.D.

2      dechlorination of -- of Aroclors.

3  BY MR. GOUTMAN:

4      Q.   But -- but my question is:  Some

5  of those same congeners that are, quote, as

6  you say, typically produced by dechlorination

7  may also be congeners created as byproduct

8  PCBs; correct?

9      A.   That's correct.

10      Q.   And so how can you tell them

11  apart?  Like what scientific test can you do

12  so that another scientist can say, "Oh, yeah,

13  that is dechlorinated as opposed to a congener

14  that was created as a byproduct PCB and was

15  never an Aroclor"?

16      A.   Well, again, you compare the

17  fingerprint that's generated to known

18  weathering processes; and if it is similar to

19  a known weathering process that you know is

20  based on a weathering result of an Aroclor,

21  then you can make the -- the conclusion that

22  that PCB came from the Aroclor -- you know,

23  it's just been weathered, but it originally

24  came from an Aroclor.

25      Q.   So that sounds circular to me.

```
 1            Lisa A. Rodenburg, Ph.D.
 2                 CERTIFICATE
 3  COMMONWEALTH OF PENNSYLVANIA     )
 4                           ) ss:
 5  COUNTY OF PHILADELPHIA           )
 6         I, Debra Sapio Lyons, a Registered
    Diplomat Reporter, a Certified Realtime Reporter,
 7  a Certified Realtime Captioner, an Approved
    Reporter of the United States District Court for
 8  the Eastern District of Pennsylvania, a Certified
    Court Reporter for the State of New Jersey; and
 9  Notary Public within and for the States of New
    Jersey, New York and the Commonwealth of
10  Pennsylvania do hereby certify:
11         That Lisa A. Rodenburg, Ph.D., the
    witness whose deposition is hereinbefore set
12  forth, was duly sworn by me and that such
    deposition is a true record of the testimony
13  given by such witness, to the best of my ability
    and thereafter reduced to typewriting under my
14  direction.
15         I further certify that I am not related
    to any of the parties to this action by blood or
16  marriage and that I am in no way interested in
    the outcome of the matter.
17
           In witness whereof, I have hereunto set
18  my hand this 23rd day of December, 2019.
19
20
           _____
21         DEBRA SAPIO LYONS
           CRR, RDR, CRC, CCR, CPE
22
23
24
25
```