# EXHIBIT D

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3    ---------------------------------------X

4    SAN DIEGO UNIFIED PORT DISTRICT, a

5    public corporation; and CITY OF

6    SAN DIEGO, a municipal corporation,

7                  Plaintiff,     Case No.

8      vs.                    3:15-cv-00578-

9                             WQH-AGS

10   MONSANTO CORPORATION, SOLUTIA INC.

11   and PHARMACIA CORPORATION,

12                  Defendant.

13   ---------------------------------------X

14

15       DEPOSITION OF LISA A. RODENBURG, Ph.D.

16            Parsippany, New Jersey

17             June 14, 2019

18

19

20   Reported by:

21   MARY F. BOWMAN, RPR, CRR

22   JOB NO. 161636

23

24

25

1    recall specifically withholding?

2        A.    No.

3        Q.    I take it then that the documents

4    provided, if you know, the documents

5    provided to us by counsel yesterday --

6    yesterday or Wednesday?  Wednesday --

7    constitute all of the documents that you

8    turned over to him?  Do you know that?

9        A.    I don't really know that for a

10   fact.

11           MR. LAND:  They are, I will

12       attest that they are.

13       Q.    Did you agree with me that there

14   are PCBs present in the environment that

15   were not manufactured by Monsanto?

16       A.    Yes.

17       Q.    And would you agree with me that

18   some of those PCBs are sometimes referred

19   to as inadvertent or byproduct PCBs?

20       A.    Yes.

21       Q.    And if I referred to those PCBs

22   as byproduct PCBs, you will understand that

23   that's the same thing as an inadvertent

24   PCBs?

25       A.    Yes.

1      Q.    So we don't misunderstand each

2  other.

3           Those PCBs are created during

4  various manufacturing processes, correct?

5      A.    Yes.

6      Q.    And the necessary conditions

7  include the presence of chlorine carbon and

8  heat, correct?

9      A.    I think there may be other

10  conditions, but those conditions will

11  produce PCBs.

12      Q.    Now, as a result of these

13  miscellaneous chemical processes that

14  produce byproduct PCBs, they're found in

15  numerous products, correct?

16      A.    Yes.

17      Q.    Including products that are

18  routinely sold to consumers, correct?

19      A.    Yes.

20      Q.    And one of the main sources of

21  these PCBs are dyes, correct?

22      A.    Pigments.

23      Q.    Pigments, excuse me.

24           And most of those pigments for

25  the past few decades have been manufactured

1    in India and China, correct?

2        A.    I believe that's true.

3        Q.    And there have been various

4    studies of PCBs, for example, in municipal

5    products correct?

6        A.    That's correct.

7        Q.    And one was performed by the City

8    of Spokane in 2015, correct?

9        A.    Correct.

10       Q.    And we will mark this as 4

11   please.

12              (Exhibit 4, document entitled

13       "PCBs in Municipal Products" marked for

14       identification, as of this date.)

15              MR. GOUTMAN:  Did you want a

16       copy?

17              MS. YANOCHIK:  That would be

18       great.

19       Q.    We have placed before you Exhibit

20   4, document entitled "PCBs in Municipal

21   Products"?

22       A.    Yes.

23       Q.    We showed it to you last time?

24       A.    Yes.

25       Q.    If you turn to page 3, table 1,

1    there is a list of various chemicals with

2    associated products in which byproduct PCBs

3    have been found, correct?

4         A.    These are examples of chemicals

5    associated with inadvertent PCB production.

6    I'm not familiar with specific studies

7    where they found PCBs in these products.

8         Q.    That wasn't my question.  Please

9    listen to my question.

10        A.    OK.

11        Q.    Is this a table that purports to

12   represent chemicals in which byproduct PCBs

13   have been found and associated products?

14        A.    That's what this table purports

15   to be, yes.

16        Q.    Am I correct that the authors of

17   this study stated that byproduct PCBs are

18   found in surfactants, correct?

19        A.    That's what it says.

20              MR. LAND:  Objection, misleading.

21              You can -- you already responded.

22        Q.    And what is an surfactant?

23        A.    A surfactant is typically a soap

24   that is used to decrease the surface

25   tension in water and make it a better

1    solvent for dirt.

2         Q.     Fungicides?

3         A.     Those are used to kill fungi.

4         Q.     Fuel additives?

5         A.     Fuel additives can be added to

6    fuel for a variety of reasons.

7         Q.     EDTA, what is that?

8         A.     Ethylenediaminetetraacetic acid

9    is the correct name.

10        Q.     In what products do you find

11   that?

12        A.     That's used to bind metals so

13   used frequently as a preservative.

14        Q.     Hair care products?  We know what

15   that means, correct?

16        A.     Yes, we know what that means.

17        Q.     Soaps?

18        A.     Soap.

19        Q.     Byproduct PCBs have been found in

20   those products, correct?

21        A.     Again, I don't remember

22   specifically finding them in those

23   products.  I don't remember whether this

24   report found them specifically in those

25   products.

1    Q.    Polyvinyl chloride?

2    A.    Yeah, that's a plastic material.

3    Q.    Solvents?

4    A.    Solvents are solvents.

5    Q.    Yup.  Silicons, such as

6    lubricants, adhesives, coatings, hoses, as

7    I say, silicons used or in lubricants,

8    adhesives, coatings and hoses.  Is that

9    what it says?

10    A.    Yes.

11    Q.    And certainly you would agree

12    that byproduct PCBs have been found in

13    silicons?

14    A.    Yes.

15    Q.    Pigments?

16    A.    Yes.

17    Q.    PCBs, byproduct PCBs have been

18    found in pigments, have they not?

19    A.    Yes.

20    Q.    Flame retardants in plastics,

21    paints, adhesives, sealants and caulks.  Is

22    that what it says?

23    A.    Yes.

24    Q.    Byproduct PCBs have been found in

25    those products, correct?

1    A.    I actually don't remember those
2  studies.  I think you're probably correct.
3    Q.    Toothpaste, just again reading
4  from table 1, toothpaste, numerous personal
5  care products, antifreeze, resins, are
6  those the products listed?
7    A.    Yes.
8    Q.    And byproduct PCBs have been
9  found in those products, correct?
10   A.    Some of those, yes.
11   Q.    Which of those have they not, as
12 far as your memory serves?
13   A.    I don't remember.
14   Q.    Am I correct that inadvertent
15 PCBs are ubiquitous?
16        MR. LAND:  Objection, vague.
17        You can answer.
18   A.    Yes.
19   Q.    And "ubiquitous" means that they
20 are pretty much anywhere, correct?
21   A.    Correct.
22   Q.    That would mean they are in your
23 house, where you work, in schools, et
24 cetera?
25   A.    Yes.

1    Q.    Found in your clothes?

2    A.    Yes.  Possibly.

3    Q.    Found, you find them in boxes

4    that contain food?

5    A.    Yes.  I have found them there.

6    Q.    Paper that kids write on?

7    A.    I don't remember finding them in

8    paper that kids write on.

9    Q.    Post-Its?

10   A.    As I recall, Post-Its if, they

11   had PCB 11 in them, they were very low.  I

12   can't remember if they were low detected or

13   not.

14   Q.    We can refresh your recollection.

15        MR. GOUTMAN:  Off the record.

16        THE VIDEOGRAPHER:  The time is

17   9:29 a.m. we are off the record.

18        (Recess)

19        THE VIDEOGRAPHER:  The time is

20   9:30 a.m. we are back on the record.

21   Q.    We are marking as Exhibit 5 a

22   PowerPoint that you did, created.

23        (Exhibit 5, document Bates

24   stamped HARTROD 2277 through 2309

25   marked for identification, as of this

Page 28

1    pigments in plastics."  Correct?

2         A.    Yes.

3         Q.    "From 26 countries and five

4    continents," correct?

5         A.    Correct.

6         Q.    "Washing of clothing introduces

7    PCBs to waste water," is that what you

8    wrote?

9         A.    Correct.

10        Q.    And that's a fact, isn't it?

11        A.    As far as I know, yes.

12        Q.    All of this is as far as you

13   know, you understand that?

14        A.    Yes.

15        Q.    If you look at the figure on this

16   slide, it indicates that PCBs, byproduct

17   PCBs have been found in brown cardboard,

18   right?

19        A.    Yes.

20        Q.    Color glossy magazine, right?

21        A.    Yes.

22        Q.    Color newspaper?

23        A.    Yes.

24        Q.    Yellow cereal box?

25        A.    Yes.

1       Q.      Yellow plastic bag?

2       A.      Yes.

3       Q.      Yellow sticky note?

4       A.      Yes.

5       Q.      It's been found in all kinds of

6    countries, right?   Georgia?

7       A.      Yes.

8       Q.      Which used to be part of the

9    Soviet Union?

10      A.      Yes.

11      Q.      It's not like Atlanta, Georgia,

12   correct?

13      A.      Yes.

14      Q.      Moldova, M-O-L-D-O-V-A, right?

15      A.      Yes.

16      Q.      China?

17      A.      Yes.

18      Q.      In fact, there is a lot of recent

19   literature on the existence of byproduct

20   PCBs in various environmental matrices in

21   China, correct?

22      A.      Correct.

23      Q.      You're familiar with the papers?

24      A.      I don't know which specific

25   papers you are referring to, but I'm

1    familiar with some of them.

2        Q.    Costa Rica, correct?

3        A.    Is that -- what's the question?

4        Q.    I'm just reading your slide.

5    Does it say Costa Rica?

6        A.    Yes.

7        Q.    Does that say, was it put there

8    because byproduct PCBs have been found

9    there?

10       A.    In the paper there, yes.

11       Q.    So I'm listing these because you

12   indicated, at least as I interpret this

13   slide, that these are countries where

14   byproduct PCBs have been measured, correct?

15       A.    They are places where I received

16   paper materials and the PCBs were measured

17   in those paper materials.

18       Q.    OK.  Czech Republic?

19       A.    Yes.

20       Q.    Ukraine?

21       A.    Yes.

22       Q.    Thailand?

23       A.    Yes.

24       Q.    Netherlands?

25       A.    Yes.

1    Q.    Italy?

2    A.    Yes.

3    Q.    Uzbekistan?

4    A.    Yes.

5    Q.    Argentina?

6    A.    Yes.

7    Q.    Switzerland?

8    A.    Yes.

9    Q.    Spain?

10   A.    Yes.

11   Q.    United Kingdom?

12   A.    Yes.

13   Q.    South Korea?

14   A.    Yes.

15   Q.    Taiwan?

16   A.    Yes.

17   Q.    Sweden?

18   A.    Yes.

19   Q.    India?

20   A.    Yes.

21   Q.    Finland?

22   A.    Yes.

23   Q.    Myanmar?

24   A.    Yes.

25   Q.    Japan?

1       A.      Yes.

2       Q.      Kyrgyzstan,

3    K-Y-R-G-Y-S-Z-S-T-A-N?

4       A.      Yes.

5       Q.      Greece?

6       A.      Yes.

7       Q.      Brazil?

8       A.      Yes.

9       Q.      New Zealand?

10      A.      Yes.

11      Q.      And Monsanto never manufactured

12   PCBs in most of these countries, right?

13      A.      Correct.

14      Q.      In fact, virtually any of them,

15   right?

16      A.      That's my understanding, yes.

17      Q.      Byproduct PCBs have been found in

18   kid's socks, right?

19      A.      Yes.

20      Q.      A woman's tank top?

21      A.      Excuse me?

22      Q.      Yes?

23      A.      Sorry.  Yes.

24      Q.      Woman's tank top.

25              Kid's white sweatshirt?

1       A.      Yes.

2       Q.      Kid's pink knit shirt?

3       A.      Yes.

4       Q.      Kid's pink sock?

5       A.      Yes.

6       Q.      Kid's yellow sock?

7       A.      Yes.

8       Q.      Kid's green sock?

9       A.      Yes.

10      Q.      A dishwash cloth?

11      A.      Yes.

12      Q.      Kid's pajama back?

13      A.      Yes.

14      Q.      What's a pajama back?

15      A.      The child's pajamas typically

16   have a front and back, and the front will

17   frequently have some sort of printing on it

18   whereas the back will just be a solid color

19   so that's why we tested them separately.

20      Q.      And you found PCBs -- byproduct

21   PCBs on both the front and back?

22      A.      Correct.

23      Q.      You found byproduct PCBs in

24   napkins?

25      A.      Yes.

1    Q.    Kids' handkerchief?

2    A.    Yes.

3    Q.    Kids magic towel?

4    A.    Yes.

5            (Exhibit 6, document entitled

6            "Inadvertent PCB Production and Its

7            Impact on Water Quality" marked for

8            identification, as of this date.)

9    Q.    So we have placed in front of you

10   another one of your PowerPoints, correct?

11   A.    Correct.

12   Q.    Once again, in this PowerPoint --

13   do you know who you were addressing here?

14   A.    I don't remember.

15   Q.    In any event, when you present

16   information in this area, inadvertent or

17   byproduct PCBs, you make every effort to

18   ensure that the information you are giving

19   is accurate and correctly reflects the

20   opinions that you hold, correct?

21   A.    Correct.

22   Q.    So in this PowerPoint, if I can

23   direct your attention to page 5, once again

24   it's titled, "PCB 11 concentration and

25   consumer goods."  Correct?

Page 35

1      A.     Yes.

2      Q.     And that reflects the same sort

3   of information that was reflected in the

4   PowerPoint that was Exhibit 4, correct?

5      A.     Yes.  This appears to be an older

6   version because it doesn't have all the

7   information.

8      Q.     OK, but once again, you're

9   stating -- and this will be a compound

10   question to which, I'm just trying to save

11   time, to which your attorney might

12   object -- you found byproduct PCBs in

13   printed newspaper?

14      A.     Yes.

15      Q.     Cardboard?

16      A.     Yes.

17      Q.     Magazine?

18      A.     Yes.

19      Q.     Newspaper?

20      A.     Yes.

21      Q.     Cereal box?

22      A.     Yes.

23      Q.     Yellow sticky note?

24      A.     Yes.

25      Q.     Is that a PostIt?

1      A.      Yes.

2      Q.      Newspaper print from countries

3   around the world?

4      A.      Yes.

5      Q.      As well as food boxes from

6   Czechoslovakia and Ukraine, correct?

7      A.      I think that's the Czech

8   Republic.

9      Q.      Czech Republic, sorry, I'm dating

10  myself.

11     A.      Correct.

12     Q.      And Ukraine?

13     A.      Yes, correct.

14     Q.      And you indicate that, on the

15  right box, you say, "One cereal box can

16  contaminate approximately 2000 liters of

17  water at a water quality standard of 95

18  picograms per liter.  Is that what you

19  write?

20     A.      Yes.

21     Q.      What's that based on?

22     A.      That's based on calculating the

23  partitioning, so estimating the

24  concentration of mass of PCB 11 in a cereal

25  box and calculating its partitioning into

1    water and how much water you would have to

2    have that concentration equal 64 picograms

3    per liter which is the -- or at least at

4    that time was the federal water quality

5    standard for the sum of PCBs.

6        Q.    So are you indicating that one

7    cereal box can contaminate a volume of

8    water such that it reaches the federal

9    water quality standard of 64 picograms?

10            MR. LAND:  Objection, misleading.

11            You can answer.

12       A.    Under ideal conditions, yes.

13       Q.    Just one cereal box, is that

14   correct?

15       A.    Yes, in my calculations, yes.

16       Q.    And that would be a byproduct

17   PCBs?

18       A.    Yes.

19       Q.    If you can skip to page 7, you

20   are familiar with Hu and Hornbuckle study,

21   is that correct?

22       A.    Yes.

23       Q.    And you've reproduced figure 2

24   from their 2010 paper.

25       A.    Correct.

Page 44

1    Q.    187?

2    A.    Yes.

3    Q.    And 206, 7, 8, 9?

4    A.    Yes.

5    Q.    And then on page 9, you talk

6    about various locations in which

7    inadvertent PCBs were detected in various

8    bodies of water above the federal water

9    quality standard of 63 picograms per liter,

10   correct?

11   A.    Correct.

12   Q.    That included Halifax Harbor?

13   A.    Yes.

14   Q.    New York/New Jersey Harbor?

15   A.    Yes.

16   Q.    Delaware River?

17   A.    Yes.

18   Q.    Houston Ship Channel?

19   A.    Yes.

20   Q.    San Francisco Bay?

21   A.    Yes.

22   Q.    So if Monsanto had never invented

23   PCBs, just because of inadvertent PCBs,

24   those bodies of water would not meet the

25   federal water quality standard, is that

1   get Exhibit 8 back out, Dr. Rodenburg.

2           MS. YANOCHIK:   It's this one --

3       A.    With the no cover page?  I wonder

4   what happened to the cover page.

5       Q.    Could you go to page 2169?

6       A.    Yes.

7       Q.    One bullet I would like to read

8   from you, you were talking about PCB 11,

9   correct?

10      A.    Yes.

11      Q.    And you say virtually all of it

12  gets out into the environment, is that what

13  you say here?

14      A.    Yes.

15      Q.    Would you agree with me that

16  inadvertent PCB concentrations in pigments

17  have been identified up to 2500 PPM, parts

18  per million?

19      A.    I'm sorry, wait until we deal

20  with the noise.

21      Q.    Sure.

22      A.    Could you repeat the question?

23      Q.    Sure.  Would you agree with me --

24  and again we went over this with you in

25  Hartford, but we will go over it again.

1            Would you agree with me in the
2    literature, byproduct PCB concentrations
3    have been documented as being up to 2500
4    parts per million?
5        A.    That sounds about right, yes.
6        Q.    Why don't we mark this as next
7    exhibit.
8              (Exhibit 11, transcript dated
9              September 25, 2017 marked for
10             identification, as of this date.)
11       Q.    So we went over this with you in
12   Seattle.  Do you recall that?  Excuse me,
13   in Seattle?
14       A.    In New Jersey.
15       Q.    That's what it seems like.
16             In New Jersey in another -- in a
17   case that we took your deposition with last
18   year, correct?
19       A.    That's correct.
20       Q.    We took your deposition last year
21   I should say.
22             And this was a transcript of a
23   webinar you gave in September of 2017,
24   right?
25       A.    Yes.

1          Q.     And if you turn to page 52, I
2     would like you to read, since this is a
3     transcription of what you said, starting at
4     line 13 and continue to read until page 53,
5     line 10.  Fair enough?
6          A.     Yes.
7          Q.     Go ahead.
8          A.     I'm sorry, from line 13.
9          Q.     Line 13 on page 52 on down
10    through page 53, line 10.
11         A.     Right.
12                "And the one PCB congener that
13    is now dominant in the effluent is PCB 11
14    which is the one that comes from pigments.
15    And so this is a problem for the City of
16    Spokane or the County of Spokane because
17    they can go after the Aroclor type sources.
18    They are one of the cities suing Monsanto,
19    for example.  They can try to remove all
20    transformers and capacitors.  You know,
21    they can try to do to remove the
22    Aroclor-type PCBs from their system.
23                "But that's not their main
24    problem.  Their main problem is PCB 11 for
25    pigments and what are they going to do

1   about that?  That's quite difficult because

2   people are always going to use color

3   printed, you know, paper and they are

4   always going to wear printed clothing and

5   they are always going to have these

6   pigments in their system.  There is not

7   much that Spokane County can do about their

8   worst PCB problem."

9      Q.    And that was in reference to work

10  you did on behalf the County of Spokane,

11  correct?

12     A.    Yeah, let me clarify.  When I say

13  City of Spokane, I corrected myself to

14  County of Spokane because at that point I

15  had not seen data from the City of Spokane.

16     Q.    Why don't you turn to, I'm sorry,

17  page 54.  And in the middle of the page,

18  line 10, start reading at -- in the

19  sentence that starts with, "You get to the

20  Delaware River."

21     A.    "You get to the Delaware River

22  and you see the big black bar.  That big

23  black bar is due to the production of

24  titanium dioxide at a plant in Edgemore,

25  Delaware.  So that's a non-Aroclor source

1                      CERTIFICATE

2        STATE OF NEW JERSEY )

                               )ss:

3        COUNTY OF UNION     )

4             I, MARY F. BOWMAN, a Registered

5        Professional Reporter, Certified

6        Realtime Reporter, and Notary Public

7        within and for the State of New Jersey,

8        do hereby certify:

9             That LISA A. RODENBURG, Ph.D.,

10       the witness whose deposition is

11       hereinbefore set forth, was duly sworn

12       by me and that such deposition is a

13       true record of the testimony given by

14       such witness.

15            I further certify that I am not

16       related to any of the parties to this

17       action by blood or marriage and that I

18       am in no way interested in the outcome

19       of this matter.

20            In witness whereof, I have

21       hereunto set my hand this 19th day of

22       June, 2019.

23

24       _____

25       MARY F. BOWMAN, RPR, CRR