# EXHIBIT G

| PMF Factor | r2 | Byproduct Contribution (100-[r2*100]) | Percentage of Total Mass | Byproduct Mass in compartment (Byproduct contribution * Percentage of total mass) |
|---|---|---|---|---|
| Air1 | 0.79 | 21.0% | 25.0% | 5.25% |
| Air2 | 0.73 | 27.0% | 21.0% | 5.67% |
| Air3 | 0.00 | 100.0% | 9.0% | 9.00% |
| Air4 | 0.00 | 100.0% | 4.0% | 4.00% |
| Air5 | 0.90 | 10.0% | 18.0% | 1.80% |
| Air6 | 0.88 | 12.0% | 24.0% | 2.88% |
| **Total** | | | | **28.60%** |

| PMF Factor | r2 | Byproduct Contribution (100-[r2*100]) | Percentage of Total Mass | Byproduct Mass in compartment (Byproduct contribution * Percentage of total mass) |
|---|---|---|---|---|
| Sed1 | 0.42 | 58.0% | 10.0% | 5.80% |
| Sed2 | 0.84 | 16.0% | 15.0% | 2.40% |
| Sed3 | 0.94 | 6.0% | 21.0% | 1.26% |
| Sed4 | 0 | 100.0% | 1.5% | 1.50% |
| Sed5 | 0.99 | 1.0% | 53.0% | 0.53% |
| **Total** | | | | **11.49%** |

| PMF Factor | r2 | Byproduct Contribution (100-[r2*100]) | Percentage of Total Mass | Byproduct Mass in compartment (Byproduct contribution * Percentage of total mass) |
|---|---|---|---|---|
| Water1 | 0.74 | 26.0% | 9.0% | 2.34% |
| Water2 | 0.43 | 57.0% | 14.0% | 7.98% |
| Water3 | 0.84 | 16.0% | 32.0% | 5.12% |
| Water4 | 0.92 | 8.0% | 45.0% | 3.60% |
| **Total** | | | | **19.04%** |

| PMF Factor | r2 | Byproduct Contribution (100-[r2*100]) | Percentage of Total Mass | Byproduct Mass in compartment (Byproduct contribution * Percentage of total mass) |
|---|---|---|---|---|
| Tissue1 | 0.43 | 57.0% | 8.0% | 4.56% |

Deposition Exhibit # 33
Name Rodenburg

| | | | | |
|---|---|---|---|---|
| Tissue2 | 0.70 | 30.0% | 25.0% | 7.50% |
| Tissue3 | 0.75 | 25.0% | 8.0% | 2.00% |
| Tissue4 | 0.61 | 39.0% | 41.0% | 15.99% |
| Tissue5 | 0.84 | 16.0% | 18.0% | 2.88% |
| **Total** | | | | **32.93%** |

| PMF Factor | r2 | Byproduct Contribution (100-[r2*100]) | Percentage of Total Mass | Byproduct Mass in compartment (Byproduct contribution * Percentage of total mass) |
|---|---|---|---|---|
| Storm1 | 0.96 | 4.0% | 3.0% | 0.12% |
| Storm2 | 0.86 | 14.0% | 15.0% | 2.10% |
| Storm3 | 0.78 | 22.0% | 2.0% | 0.44% |
| Storm4 | 0.86 | 14.0% | 36.0% | 5.04% |
| Storm5 | 0.98 | 2.0% | 36.0% | 0.72% |
| Storm6 | 0.00 | 100.0% | 8.0% | 8.00% |
| **Total** | | | | **16.42%** |

| PMF Factor | r2 | Byproduct Contribution (100-[r2*100]) | Percentage of Total Mass | Byproduct Mass in compartment (Byproduct contribution * Percentage of total mass) |
|---|---|---|---|---|
| Storm1 | 0.96 | 4.0% | 15.0% | 0.60% |
| Storm2 | 0.86 | 14.0% | 18.0% | 2.52% |
| Storm3 | 0.78 | 22.0% | 4.0% | 0.88% |
| Storm4 | 0.86 | 14.0% | 31.0% | 4.34% |
| Storm5 | 0.98 | 2.0% | 26.0% | 0.52% |
| Storm6 | 0.00 | 100.0% | 6.0% | 6.00% |
| **Total** | | | | **14.86%** |

| PMF Factor | r2 | Byproduct Contribution (100-[r2*100]) | Percentage of Total Mass | Byproduct Mass in compartment (Byproduct contribution * Percentage of total mass) |
|---|---|---|---|---|
| GW1 | 0.75 | 25.0% | 73.0% | 18.25% |
| GW2 | 0.53 | 47.0% | 11.0% | 5.17% |
| GW3 | 0.75 | 25.0% | 3.0% | 0.75% |

| PMF Factor | r2 | Byproduct Contribution (100-[r2*100]) | Percentage of Total Mass | Byproduct Mass in compartment (Byproduct contribution * Percentage of total mass) |
|---|---|---|---|---|
| GW4 | 0.94 | 6.0% | 13.0% | 0.78% |
| **Total** | | | | **24.95%** |
| Scat1 | 0.67 | 33.0% | 2.0% | 0.66% |
| Scat2 | 0.86 | 14.0% | 8.0% | 1.12% |
| Scat3 | 0.81 | 19.0% | 14.0% | 2.66% |
| Scat4 | 0.40 | 60.0% | 9.0% | 5.40% |
| Scat5 | 0.53 | 47.0% | 59.0% | 27.73% |
| Scat6 | 0.33 | 67.0% | 8.0% | 5.36% |
| **Total** | | | | **42.93%** |