The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation, located in the County of King, State of Washington,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION,<br><br>Defendants. | No. C16-107-RAJ-MLP<br><br>ORDER GRANTING KING COUNTY'S MOTION TO INTERVENE |

This matter came before the undersigned Judge of the above-entitled Court upon King County's Unopposed Motion to Intervene ("Motion to Intervene").

The Court, having considered King County's Motion, the parties lack of opposition, and all other papers submitted in support of King County's Motion, it is hereby ORDERED:

1. King County's Unopposed Motion to Intervene (dkt. # 337) is GRANTED. King County is permitted intervene in this matter solely to oppose Defendants' Motion to Clarify Protective Order (dkt. # 322). King County shall file its opposition to Defendants' Motion by the existing response date of **August 22, 2022**.

506012260.2
ORDER GRANTING MOTION TO INTERVENE
CASE NUMBER C16-107-RAJ-MLP - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE +1 206 623 7580
FACSIMILE: +1 206 623 7022

DATED: this 18th day of August, 2022.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

K&L GATES LLP

By *s/ John C. Bjorkman*
  John C. Bjorkman, WSBA # 13426
  Danny Kelly-Stallings, WSBA 44445
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
T: 206-623-7580
F: 206-623-7022
John.Bjorkman@klgates.com
Danny.kelly-stallings@klgates.com

Attorneys for King County

506012260.2
ORDER GRANTING MOTION TO INTERVENE
CASE NUMBER C16-107-RAJ-MLP - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022