UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE,

    Plaintiff,

v.

MONSANTO COMPANY, *et al.*,

    Defendants.

Case No. C16-107-RAJ-MLP

ORDER

This matter comes before the Court on the parties' stipulated motion to re-note Defendants' "*Daubert* Motion to Exclude Expert M. Trapp's Testimony Regarding Fourth Opinion (dkt. # 300)" ("Defendant's Motion"), and to extend the associated response deadlines. (Dkt. # 336.) Accordingly, pursuant to the parties' stipulation (dkt. # 336), the Clerk is directed to RE-NOTE Defendants' Motion (dkt. # 300) for this Court's consideration on **September 2, 2022**.

As a result, the parties' response deadlines are amended as follows:

- Plaintiff shall have up to and including **August 26, 2022**, to file Plaintiff's Response; and

- Defendants shall up to and including **September 2, 2022**, to file Defendants' Reply.

ORDER - 1

Dated this 18th day of August, 2022.

*MJPeterson*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2