# EXHIBIT A

RUTGERS    rodenburg@envsci.rutgers.edu

# PCB fingerprinting made possible by:



- Measuring most or all congeners
  - EPA method 1668 (all 209 congeners)

- Sophisticated tools such as:
  - Factor analysis:
    - Polytopic Vector Analysis (PVA)
    - Positive Matrix Factorization (PMF) ♥
  - GIS

- GOOD DATA MANAGEMENT

Page 2

RUTGERS

rodenburg@envsci.rutgers.edu

# Data management

- Good data management is...
  - Much more than just an Excel spreadsheet
  - All data is transmitted and maintained (inc. metadata, blanks, etc.)
  - Use an EDD (electronic data delivery) format
- Metadata
  - Detection limits and surrogate recoveries
- Public availability of data
  - And metadata  (Ex: STORET doesn't include surrogate recoveries)
  - Query is easy, output makes sense!
- Good project planning
  - Using the same method for all media
  - Measuring all analytes in all samples
  - Making sure all partners follow the same procedures (USACE, USFWS, state, federal agencies)

**RUTGERS**

rodenburg@envsci.rutgers.edu

# Method 1668: special considerations

- **Not all labs can do 1668 well!**

- 1668 allows two columns
  - -- Very different coelution patterns
  - -- DB-5 more rugged
  - -- SPB-octyl ♥ resolves all the dioxin-like congeners
  - -- Pick one and stick with it!

- Reporting standards are important!
  - -- Congener names – IUPAC♥ (i.e. PCB 11) or name ☹ (i.e. 3,3'-dichlorobiphenyl)
  - -- Co-elutions – leave blank♥ or report same concentration for all ☹
  - -- BDL values – leave blank♥ or report detection limit ☹
  - -- Report LOD for each analyte and surrogate recoveries for each sample

RUTGERS

rodenburg@envsci.rutgers.edu

# Not an expert in data management?

- Just use the DRBC's protocols:
  - http://www.state.nj.us/drbc/quality/toxics/pcbs/monitoring.html



**Delaware River Basin Commission**

- These guidelines were developed so that dischargers (who know very little about PCB measurement) could send their samples to any one of a variety of contract labs and get a consistent, homogeneous data set.

rodenburg@envsci.rutgers.edu

RUTGERS

# OK, I have some data. What now?

RUTGERS

rodenburg@envsci.rutgers.edu

# Low-tech fingerprinting (first steps)

- Check for specific non-Aroclor congeners
  - 11, 206/208/209, 44/45

- Check for dechlorination congeners
  - 4, 19, 44+47+65, and 45+51

- Correlation matrix




Low MW congeners are correlated with each other

Red row-/-columns indicate that some congeners are not correlated with anything: 11, 77, 123, 155, 184, 200. Except for PCB11, none of those are in the top 50 congeners is effluent.

High MW congeners are correlated with each other

Page 7

RUTGERS    rodenburg@envsci.rutgers.edu

# Known inadvertent non-Aroclor PCB sources

Page 8







- Organic pigments, especially diarylide yellow, contains primarily PCB 11, among others (like 12?, 13?, 35, 77, 52 etc)

- Titanium dioxide (white pigment) may contain PCBs 206, 208, and 209

- Silicone rubber tubing produces PCBs 68, 44 and 45, etc. (Perdih and Jan Chemosphere 1994)
  - Don't sample using silicone rubber tubing!

RUTGERS

rodenburg@envsci.rutgers.edu

# PCB 11 from Diarylide Yellows



3,3'-dichlorobenzidine

PCB 11

Diarylide yellow

| | |
|---|---|
| $R_1, R_2, R_3 = H$ | Pigment yellow 12 |
| $R_1, R_2 = CH_3, R_3 = H$ | Pigment yellow 13 |
| $R_1 = OCH_3, R_2, R_3 = H$ | Pigment yellow 17 |
| $R_1, R_3 = OCH_3, R_2 = Cl$ | Pigment yellow 83 |

All listed in EPA's Toxic Substances Control Act (ToSCA) inventory

(Basu et al. 2009)

# PCB 11 is everywhere...

in the water column



RUTGERS

rodenburg@envsci.rutgers.edu

Spokane

Portland Harbor

San Francisco Bay

Santa Fe River

Rio Grande

Chicago

Great Lakes

NY/NJ Harbor

Delaware River

Houston Ship Channel

BTW, much of this data from STORET

Page 10

RUTGERS   rodenburg@envsci.rutgers.edu

# PCB 11 is everywhere, continued



Guo et al. EST 2014

- PCB 11 inks used in printing on paper, plastic, and fabric, as well as pigments in plastics
- From 26 countries on five continents
- Washing of clothing introduces PCBs to wastewater

Page 11

RUTGERS

rodenburg@envsci.rutgers.edu

# PCBs 206, 208, 209

Produced inadvertently during the making of titanium tetrachloride




$$2\ FeTiO_3 + 7\ Cl_2 + 6\ C \rightarrow 2\ TiCl_4 + 2\ FeCl_3 + 6\ CO$$

This carbon is chlorinated to form PCBs

Often sold to water treatment plants as a flocculant

Most TiCl$_4$ is then used to make titanium dioxide (white pigment)



$$TiCl_4 + O_2 \rightarrow 2\ TiO_2 + 2\ Cl_2$$

Page 12



**Various dechlorination profiles**

- Seen in dischargers, groundwater, sewers, landfills
- Always contain lots of PCBs 4 and 19
- Sometimes 44 & 45 sort out separately

RUTGERS

rodenburg@envsci.rutgers.edu

RUTGERS

# What if I want to get more sophisticated?

# Factor Analysis Equation

Applies to Principle Components Analysis, PMF, PVA etc.

$$X = G F + E$$

$$(m \times n) \quad (m \times p) \quad (p \times n)$$

X = input data matrix
G = matrix of conc of each factor in each sample generated by model
F = matrix of fingerprint of each factor (p) generated by model
E = leftover or residual
n = number of analytes
m = number of samples
p = number of factors (sources)

Use this equation to predict concentrations, then minimize the sum of squared residuals between measured and predicted concentrations (E) until a stable solution is found.

You do NOT need any information about the sources, such as their fingerprints, or even how many there are!

Note: in all forms of factor analysis, the user has to decide what is the 'correct' number of sources based on model output.

Page 15

RUTGERS

rodenburg@envsci.rutgers.edu

# PMF input matrixes

- **For all matrixes:**
  - 209 congeners measured in ~160 peaks
  - Usually use about 90 peaks (others usually BDL)
  - Iterative process.  Remember the Rodenburg principle:

    "Smaller data sets often yield more factors"

- **Concentration matrix:**
  - Replace missing data with geometric mean
  - Replace BDL data with random number between 0 and **LOD**

- **Uncertainty matrix:**
  - RSD of **surrogate recoveries** for detected concentrations
  - 3X this uncertainty for BDL and missing data (x,3x)

- **LOD matrix:**
  - Use actual **LOD** for every data point when possible
  - If LODs all similar, then you can use an average

**Metadata matters!**

When LOD and unc matrix are not correct, the model blows up and the output is not useful.

Page 16

RUTGERS

## Case Study:

# Delaware River

Du et al. ES&T 2008
Rodenburg et al. ES&T 2010
Praipipat et al. 2014

RUTGERS

rodenburg@envsci.rutgers.edu



Delaware River Basin Commission

# Delaware discharger database

- Chose to use 89 peaks
- 546 effluent samples from 100 dischargers (identified by NPDES permits)
- 99 influent samples from 21 dischargers

7 factors resolved

- Q best match
- Low RSD (0.8%) compared to 85% for 8 factors
- $R^2$ between measured and modeled concentrations was 0.986 for the sum of PCBs and was greater than 0.8 for 61 congeners of the 87 congeners
- Easily interpretable factors

Page 18

RUTGERS

rodenburg@envsci.rutgers.edu

7 factors:

3 look like Aroclors

Aroclor 1242/1016 is often missing... not sure why



A1248
$R^2 = 0.92$

A1254
$R^2 = 0.81$

A1260
$R^2 = 0.97$

RUTGERS

# Two Non-Aroclor factors



Production of TiO$_2$ at Edgemoor

PCBs 206/208/209

PCB 11

PCB 11 from pigments – tracer for treated wastewater/ stormwater runoff

the cheese stands alone.

# Two factors are dechlorination signals

Factor 2 – advanced dechlorination to di/tri congeners, esp. PCBs 4 & 19

Prevalent in combined sewers, contaminated groundwater, and landfills

Note: no PCB 11!

Factor 4 – partial dechlorination to tetra congeners (mostly PCBs 44+47+65 & 45+51) Prevalent in all sewers, esp. force mains



RUTGERS

**RUTGERS**

Top emitters of advanced dechlorination factor are WWTPs, contaminated groundwater, and landfill leachate

Facilities in **green** are WWTPs

Facilities in **black** are sites with contaminated groundwater

(Not on this list:  GROWS landfill leachate treatment plant)

| Rank | Facility | F2 load (g/y) |
|---|---|---|
| 1 | US Steel Fairless | 216 |
| 2 | PWD-SW | 198 |
| 3 | PWD-NE | 156 |
| 4 | City of Wilmington | 137 |
| 5 | PWD-SE | 92 |
| 6 | CCMUA | 39 |
| 7 | Bridgeport Disposal | 16 |
| 8 | Dupont-Repauno | 15 |
| 9 | Metro Machine (Navy Yard) | 10 |
| 10 | Dupont-ChamberWorks 001 | 4.8 |
| 11 | Dupont-ChamberWorks 662 | 4.7 |
| 12 | US Steel Fairless | 3.0 |
| 13 | Bridgeport Disposal | 2.6 |
| 14 | Hamilton Township | 2.4 |
| 15 | GCUA | 2.1 |
| 16 | Rohm&Haas-Philadelphia | 1.7 |
| 17 | Morrisville WWTP | 1.7 |
| 18 | Aker Shipyard (Navy Yard) | 1.7 |
| 19 | LBCMUA | 1.6 |
| 20 | DELCORA | 1.3 |
| 21 | Ferro Delaware River Plant | 1.1 |
| 22 | Trenton | 0.79 |
| 23 | Dupont-Edgemoor  001 | 0.48 |

# Composition of total PCBs loads by factor

Dechlorination products make up about 18% of total PCB loads to the Delaware River from NPDES dischargers



■ A1248
■ A1254
■ A1260
○ PCB 11
○ PCB 209
■ Full dechlor
■ PCBs 47 & 51

That's a lot of transformation for a chemical that is considered "persistent"!

Page 23

RUTGERS



Delaware River Source Profiles

# Still resemble Aroclors, but not as strong

| | A1242 | A1248 | A1254 | A1260 |
|---|---|---|---|---|
| Factor 1 | **0.79** | **0.84** | 0.55 | 0.14 |
| Factor 2 | 0.69 | 0.56 | 0.47 | 0.40 |
| Factor 3 | 0.40 | 0.72 | 0.82 | 0.38 |
| Factor 4 | 0.37 | 0.56 | **0.84** | 0.71 |
| Factor 5 | 0.10 | 0.16 | 0.22 | 0.22 |
| Factor 6 | 0.01 | 0.02 | 0.38 | **0.97** |

RUTGERS



# Spatiotemporal variability

Large source of unweathered Aroclor 1260 near RM 122

- Spatial variability by river mile

- Temporal variability by low/medium/high flow

# Sediment



- Aroclors still discernible
- Factor with lots of PCB 11 is probably atmospheric deposition (evenly spread across estuary)
- PCBs 206/208/209 localized around the source

Page 27

RUTGERS



RUTGERS

rodenburg@envsci.rutgers.edu

# Air at Camden, NJ

- Used ECD detector
- Congener patterns very different
- Not necessarily declining

Page 28

# RUTGERS

rodenburg@envsci.rutgers.edu

## Compare across media



Could add fish, biota to this

What is YOUR endpoint?

rodenburg@envsci.rutgers.edu

RUTGERS

# Case Study:

# Portland Harbor Superfund Site

(unpublished)





# Portland Harbor superfund site

- Water column contains dechlorinated PCBs

- Sediment does not

- Spatial pattern suggests dechlorination occurs in groundwater

- Ergo: proof that groundwater is a source of PCBs to the water column

RUTGERS

Page 31



RUTGERS

rodenburg@envsci.rutgers.edu

# Case study:

# Fish from Hanford Nuclear Site

In press with ES&T

# Hanford Nuclear Site fish data

rodenburg@envsci.rutgers.edu

RUTGERS

Factors look less like Aroclors, with signature changes such as accumulation of PCB 153

Compare Factors 5 and 6 with the parent Aroclor

| Factor | Single Aroclors Cos Θ | | | | |
|---|---|---|---|---|---|
| | 1242 | 1248 | 1254 | 1260 | |
| F1 | 0.60 | 0.87 | 0.74 | 0.28 | |
| F2 | 0.16 | 0.37 | 0.94 | 0.58 | |
| F3 | 0.17 | 0.36 | 0.90 | 0.63 | |
| F4 | 0.10 | 0.21 | 0.62 | 0.59 | |
| F5 | 0.06 | 0.14 | 0.61 | 0.91 | |
| F6 | 0.04 | 0.08 | 0.44 | 0.73 | |



# Species differences



Very different bioaccumulation patterns across species

What is YOUR endpoint?

RUTGERS

rodenburg@envsci.rutgers.edu

RUTGERS

rodenburg@envsci.rutgers.edu

# Case study:

# Influent and effluent to Spokane County Regional Water Reclamation Facility

unpublished

RUTGERS

# Check for specific non-Aroclor congeners

PCB 11 is significant in influent, but *most abundant* congener in effluent due to excellent solids removal.

**Pigments** are a major source of PCBs in this system.

Reducing legacy PCB sources will not fix this problem.

What is YOUR endpoint?



Page 37



# Correlation matrix

Red = low R
Green = high R

PCB 11 (3,3')
correlated
with PCB 35
(3,3',4)
and PCB 77
(3,3',4,4')
(see also Litten et al. 2002)

PCB 77 is dioxin-like and accounts for 0-25% (median 1.8%) of TEQ.

Low MW congeners correlated with each other

PCB 11

Red rows/columns indicate congeners such as 11 that are not correlated with much of anything

High MW congeners correlated with each other

RUTGERS

Page 38

RUTGERS

# PMF results

- Not yet enough data to do a full PMF analysis (will be soon)
- Factors 2, 3, and 6 look like Aroclors



Lots of PCB 153 might indicate bioaccumulation (i.e. food)

RUTGERS

rodenburg@envsci.rutgers.edu



# Conclusions

- 1668 yields powerful data but...
  - It has to be collected and managed carefully
  - And analyzed with powerful tools

- Fingerprinting can help track down sources and processes

- Non-Aroclor sources are showing up everywhere (more than just PCB 11)

- Dechlorination (with its weird congener pattern) can happen in more places than you think

- Fingerprints look more like Aroclors close to the source in time and space, but less and less as they move away

# Acknowledgements:

**Money ± Data:**







Rutgers Office of Technology Commercialization
Spokane County, WA

**Data:**



rodenburg@envsci.rutgers.edu