# EXHIBIT C

Dr. Lisa Rodenburg

```
 0    01


 2                       -   -   -

 3                  PCBs: An Update

 4                       -   -   -

 5                   PCB Webinar

 6               September 25, 2017

 7                       -   -   -

 8       Transcription of DR. LISA RODENBURG

 9       Department of Environmental Sciences

10        School of Environmental Sciences

11        Rutgers, the State University of

12                   New Jersey

13

14

15

16

17

18

19

20

21

22

23

24
```

R-5
JM27+8

Dr. Lisa Rodenburg

```
1      THE GENTLEMAN:

2             We are pleased to have Dr. Lisa

3      Rodenburg, professor of environmental

4      science at Rutgers University, as presenter.

5      Dr. Rodenburg is an expert on PCBs in

6      pigments and how they are dispersed into

7      the environment via their use in consumer

8      products.  A lot of her work involves

9      using data sets that involve entire

10     watersheds to understand the sources and

11     fate of persistent organic pollutants.

12     So please welcome Dr. Rodenburg.

13

14     WEBINAR:

15

16     DR. RODENBURG:

17            Thank you.  Hello everybody.

18     Thank you for joining us here today to

19     talk about PCBs.

20            I've been here at Rutgers for 19

21     years.  In those 19 years I've spent

22     studying PCBs and other chemicals --

23     other chemical contaminants of the

24     environment.  So I hope that you'll get
```

Dr. Lisa Rodenburg

1    something out of today's presentation.

2    It's intended, sort of, at the general

3    introductory level.  But even if you know

4    something about PCBs, I think you'll find

5    some new information.  Because I've tried

6    to update this with some of the new stuff

7    that's coming out about PCB sources and

8    toxicity.

9         So PCBs are Polychlorinated Biphenyls.

10   And so you can see the little blue picture

11   there of what a Polychlorinated Biphenyl

12   looks like.  It's just two benzine rings

13   stuck together, and then that leaves ten

14   different positions open where you can

15   add a chlorine or more chlorines to the

16   benzine ring.  So the PCBs can have up to

17   -- anywhere between one to ten chlorines.

18   And because those chlorines can be in

19   different positions in the ring, you end

20   up with the 209 different PCB molecules.

21        So the first lesson to learn from

22   this is that PCBs are not a chemical.

23   They are a class of many chemicals.

24   Again, there's 209 of them.  And this is

Dr. Lisa Rodenburg

1    one of the reasons why measuring PCBs is

2    really tricky.  It could be quite

3    difficult sometimes, because there's 209

4    different chemicals you're trying to

5    measure, and they're very similar in

6    structure and properties.

7          So a group of congeners that all

8    has the same number of chlorines is

9    called a homolog group.  And in the

10   United States PCBs were sold under the

11   trade name Aroclor, by Monsanto.  Monsanto

12   was the only -- virtually, the only

13   manufacturer of PCBs in North America.

14   And they sold them under the trade name

15   Aroclor.  They had many, many uses.  They

16   were used in electrical equipment,

17   primarily, including transformers and

18   capacitors.  But they had many other

19   applications as well, which we'll talk

20   about in another slide or two.

21          They have a very high dielectric

22   property, which is what makes them great

23   in these electrical equipments.  And

24   they're very flame-resistant, which was

Dr. Lisa Rodenburg

1      important.  Because if you did have, for

2      example, a fire at an electrical substation,

3      it was really good that the PCBs were

4      flame-retardant.  So that if all these

5      transformers and capacitors were involved

6      in a fire, the PCBs wouldn't light up.

7      You know, they wouldn't contribute

8      to the problem.

9              So the problem, of course, is that

10     PCBs were found to be toxic.  And you

11     can, very legitimately, ask the question,

12     why were we selling a bunch of chemicals

13     that were toxic?  Why didn't we not sell

14     them in the first place?

15             But, unfortunately, under the rules

16     at the time, the way that the law was written

17     in the United States, it was acceptable

18     to sell chemicals in commerce that were

19     toxic.  And it wasn't until it was discovered

20     how toxic PCBs were that the U.S. Congress

21     moved a bill forward to ban them.  And so

22     they were banned in 1976 under the Toxic

23     Substances Control Act, often called

24     TSCA.  And at that point, their

Dr. Lisa Rodenburg

 1    manufacture ceased and they stopped being

 2    used.  But because they're quite persistent,

 3    here we are in 2017 still talking about

 4    the problem with PCBs 30 years later.

 5         So about 1.3 million metric tons

 6    of PCBs were produced worldwide.  It's

 7    tough to really get a handle on that

 8    number.  But it's a big number.  And the

 9    problem with that number is, that means

10    that there's PCBs all over the United

11    States.  PCBs can travel through the

12    atmosphere.  They can travel with water

13    or soil particles.  And so, unfortunately,

14    PCBs are present pretty much everywhere

15    in the United States.

16         So when PCBs were used, they had

17    -- some of them were used in what were

18    called open applications, meaning that it

19    was easy for the PCBs to get out of that

20    application and into the environment, and

21    that there were other applications that

22    were considered to be closed.

23         So the open applications were banned

24    first, obviously, because those were the

Dr. Lisa Rodenburg

1        ones that had the greatest potential to

2        release PCBs into the environment.  And so

3        that you can see, it's a large list here;

4        flame-retardants, ink, adhesives.  The

5        microencapsulation of dyes for carbonless

6        duplicating paper is a big part of the

7        reason why every recycle paper mill in

8        the United States has a big problem with

9        PCBs, because the PCBs were present in

10       this carbonless copy paper.  And when

11       that paper gets recycled, the PCBs get

12       into the recycle paper stream; paints,

13       pesticides, plasticizers, all kinds of

14       stuff, surface coatings, metal coatings,

15       wire insulators.  Every ship built by the

16       Navy that had any kind of wire in it,

17       which is every ship built by the Navy,

18       had PCBs in it.  So when the Navy goes to

19       break down these old ships, they have to

20       do something about the PCBs.  So those

21       open applications were banned in 1974.

22            The closed applications were

23       allowed to continue for a little bit

24       longer.  That includes, again, capacitors,

Dr. Lisa Rodenburg

1    transformers, and the kinds of hydraulic

2    fluids that are contained within the

3    equipment.  But, unfortunately, for example,

4    transformers, they do leak.  They do leak

5    over time.  And, certainly, transformers

6    that were built in the 1970s and contained

7    PCBs, if they're still in use, they're

8    getting pretty old.  And, unfortunately,

9    that means that they are starting to leak

10   more and more.  So even though these are,

11   quote, unquote, closed applications, they

12   do have the possibility of releasing PCBs

13   back to the environment.

14          So the problem with PCBs is that

15   they have the Trifecta of bad things.

16   Right?  They are persistent, meaning that

17   they don't break down readily in the

18   environment.  They're toxic.  And they

19   bioaccumulate in organisms.  And what we

20   mean by bioaccumulate is that as you go

21   up the food chain -- and that's what the

22   picture is intended to tell you -- at the

23   bottom you have the algae.  Algae might

24   take up PCBs passively through just

Dr. Lisa Rodenburg

1    diffusion into the algae from the water.

2    But then when the shrimp eat the algae,

3    they take everything that was in all the

4    algae that they eat, and the PCBs in

5    algae stay in the shrimp's body.  Even

6    though the rest of the material might get

7    pooped away, the PCBs stay in the organism's

8    body.

9         And so that as you move up the next

10   layer of the food chain, to the fish, and

11   then the seals, and then the polar bears,

12   they're taking large amounts of PCBs

13   consumed in the food and concentrating

14   them in one organism, and the fatty

15   tissues of one organism.  So as you go

16   higher up the food chain, you build up

17   very high levels of PCBs.

18        So these three properties taken

19   together are what makes PCBs such a problem.

20   If they were toxic and bioaccumulative,

21   but they were persistent, maybe they

22   wouldn't be a big deal, because they

23   would have broken down by now.  But it's

24   the fact that you have all three of these

Dr. Lisa Rodenburg

1    things going on in one chemical that makes

2    it such an issue.

3         So we've said many times now that

4    PCBs are persistent.  But it is true that

5    they do have some pathways by which they

6    break down.  The heavy congeners -- and

7    what I mean by "heavy" is that they have

8    a lot of chlorines on them.  The heavy

9    congeners can get dechlorinated by bacteria.

10    Bacteria will pop off the chlorines.  And

11    then once you remove a bunch of chlorines

12    and you get down to the congeners that

13    only have one or two chlorines on them,

14    then they can be degraded aerobically by

15    a bacteria.  And they also then are more

16    volatile because they're less heavy.  They

17    don't have all these chlorines on them

18    anymore, so they're liable to get into

19    the gas phase.  And once they're in the

20    atmosphere, there are hydroxyl radicals

21    and other reactive species in the

22    atmosphere that will break down some of

23    the PCBs.

24         So there are some ways by which

Dr. Lisa Rodenburg

1    PCBs can be destroyed in the environment.

2    But they're just -- they're slow, compared

3    to the large volume of PCBs that's existing

4    out there.  They're not fast enough to

5    really make a big dent in the amount of

6    PCBs circulating out there in the

7    environment.

8         So here's an example of the aquatic

9    food chain.  And this is very similar to

10   the one I just showed where the polar bear

11   was the apex predator.  But this is

12   making very clear that it's really human

13   beings that are the apex predator.

14        So in many of the environments

15   we're talking about, humans are the apex

16   predator, which means that humans can

17   develop very high levels of PCBs in their

18   body tissues.  And that's one of the

19   reasons why PCBs are a problem.

20        So they're a problem for, you know,

21   human health.  They're also a problem for

22   environmental health because the fish and

23   the birds, and all of these things, are

24   also being exposed to PCBs.  So there's a

Dr. Lisa Rodenburg

```
 1     range of environmental and health effects

 2     that we have to worry about with PCBs.

 3            So this is a couple years old now,

 4     but I have no reason to think that the

 5     picture has changed here.  These are the

 6     causes of impairment listed here under

 7     the Clean Water Act for water bodies all

 8     across the United States.  So this is all

 9     of the water bodies in the United States

10     that are considered to be impaired.  This

11     is a list of one of the top reasons for

12     impairment.  And you can see the first

13     few pathogens -- mercury, metals, nutrients,

14     low dissolved oxygen, sediment.  And then

15     you get to PCBs.

16            So in terms of organic chemicals

17     that are problematic, in terms of their

18     environmental impact, PCBs really rise to

19     the top.  They're the top driver of

20     toxicity and problems at superfund sites

21     all over the country, from the Upper

22     Hudson River superfund site, to the

23     Duwamish River, which I've been working

24     in lately, to the Portland Harbor
```

Dr. Lisa Rodenburg

1    superfund site, to the Houston Ship Canal.

2    All over the United States, PCBs are one

3    of the main causes for water quality

4    impairment and toxicity in harbors

5    and waterways all over the U.S.

6         So PCBs are toxic, as I mentioned.

7    In the last -- you know, since PCBs were

8    banned in the '70s, most of the focus,

9    when thinking about the toxicity of PCBs,

10   has been on the PCBs congeners that have

11   four or more chlorines.  And the reason

12   that those were the focus is because

13   they're heavy, and that makes them very

14   hydrophobic.  They like to stick to fatty

15   tissues.  Therefore, they bioaccumulate

16   really readily in your body.

17        And so this list of things -- liver,

18   thyroid, dermal changes, immunological

19   alterations, neurodevelopmental changes,

20   meaning that they affect children -- and

21   children are exposed to PCBs through the

22   placenta and also through breast milk --

23   reduced birth weights, cancer.  So there's

24   a lot of health effects.  Most of the

Dr. Lisa Rodenburg

```
 1        studies of these health effects is really

 2        focused on the heavy congeners with more

 3        chlorines.  It's only in the last, maybe,

 4        10 or 15 years that people have started

 5        to think about the congeners with only

 6        one or two chlorines.  And it turns out

 7        that those don't bioaccumulate, like the

 8        heavy ones do.  They tend to sort of pass

 9        through your body and then pass right out

10        again.  But that what we're discovering

11        is that that, alone, doesn't mean that

12        they're not toxic, and that they don't

13        have real bad effects.  And so they can

14        get into your body.  They can become

15        hydroxylated through the set of 50 system

16        (ph).  And they can get hydroxylated

17        PCBs, which are really, really toxic.

18              So that the health effects of PCBs

19        run the gamut from the high molecular

20        congeners, to the low molecular congeners,

21        affecting many different organ systems in

22        the body, the immune system, the reproductive

23        system.  And they have particularly bad

24        effects on children.  And, again, children
```

Dr. Lisa Rodenburg

1    can be affected through breast milk and

2    through placental transfer.

3            And as we'll see toward the end of

4    this webinar, I'm going to spend a few

5    slides talking specifically about the

6    issue of PCBs at schools, because it's a

7    real big problem right now.  It's

8    emerging as a big public policy problem

9    in the United States.  So we'll talk about

10   that more towards the end.

11           So how do you get exposed?  Most

12   people in the United States, their major

13   route of exposure to PCBs is the eating

14   of fish; fish that have been caught in

15   contaminated waterways.  You know, when

16   you go to the store, you don't always know

17   where your fish are coming from.  And

18   sometimes those fish have been caught in

19   contaminated waterways.  And so you are

20   taking in PCBs as you're eating fish.  And

21   for most people in the United States,

22   that is the major route of exposure.

23           Now, there are -- you can also be

24   exposed to PCBs through inhalation.

Dr. Lisa Rodenburg

```
1    Obviously, that's only going to be a problem
2    if you're, perhaps, working in a building
3    that was built with PCBs in the building
4    material.  And, again, we're going to
5    talk about PCBs in schools toward the end.
6    So inhalation can be an important route
7    of exposure if you happen to work or live
8    in one of these buildings.
9           And there is the possibility for
10   dermal absorption.  And, again, if you
11   happen to work in a building that's
12   contaminated, and you have children who
13   are running around and touching all the
14   contaminated caulk and adhesives and
15   things that were used to build the
16   building, they can absorb PCBs through
17   their skin.
18          The dermal absorption was also a
19   big problem with the carbonless copy
20   paper, because you know how people are
21   always touching their mouth and then
22   leafing through pages of documents.  That
23   hand-to-mouth contact was resulting in a
24   lot of exposure of PCBs through carbonless
```

Dr. Lisa Rodenburg

1      copy paper.

2              So -- and the point here, toward

3      the bottom of the slide, is that because

4      -- I'm using the term here "POPS" --

5      persistent organic pollutants -- of which

6      PCBs are one type of persistent organic

7      pollutant, because they bioaccumulate, it

8      really doesn't matter how you're exposed.

9      Once the PCBs get into your body, they

10     stay there, and it's difficult to get rid

11     of them.  So it doesn't really matter

12     what the route of absorption is.  Once

13     they're in your body you are exposed; and

14     you're probably going to carry that PCB

15     burden around with you for the rest of

16     your life.

17             So in the United States, we have

18     federal water quality standards established

19     for the protection of human health and

20     the environment.  And the federal water

21     quality standard for PCBs is 64 p/g grams

22     per liter.

23             Now, states are allowed to set

24     their own water quality standards.  And

Dr. Lisa Rodenburg

1      if they can prove that, for example, the

2      PCB -- the people who live in that

3      watershed just don't eat very much fish,

4      then they can actually set a higher

5      quality water standard than that.  That,

6      for example, is what happened in the Houston

7      Ship Canal area.  They have a water quality

8      standard, 885 p/g grams per liter.  But

9      in the Delaware River they did a fish

10     consumption survey, and it showed that

11     the people who live in the Delaware River

12     region eat a lot of fish, and so their

13     water quality standard is 64 P -- or,

14     excuse me.  It's only eight p/g grams per

15     liter instead of the 64.  So these can

16     change by location.

17            But this is a very, very low number.

18     In fact, this is almost unmeasurable, it's

19     so low.  And we'll talk about analytical

20     techniques for measuring PCBs.  And this

21     is a really low number that can be quite

22     difficult to measure.  So that's just a

23     function of how toxic the PCBs are.  The

24     amount that is considered, quote, unquote,

Dr. Lisa Rodenburg

```
 1     safe in the water is such a low number

 2     that you can barely measure it.

 3            So here's an example of the Delaware

 4     River.  Remember that the federal water

 5     quality standard is 64 p/g grams per liter.

 6     But in the Delaware River, you know, you're

 7     looking at 2,000 -- sometimes as much as

 8     5,000 p/g grams per liter.  And the

 9     Delaware River is really not even that

10     contaminated, in terms of U.S. rivers.

11     It's kind of a more industrial, you know,

12     river in the United States.  There are

13     other rivers that are much worse.  So I

14     use the Delaware as sort of a general

15     example of the kind of thing you can

16     expect in any urban area.

17            So we are at least two quarters

18     magnitude away from being able to achieve

19     these water quality standards in many

20     urban areas of the United States.  And

21     trying to bring PCBs concentrations down

22     by a factor of a hundred is really tough.

23     It's not easy to get 99 percent source

24     control.  It's really difficult.
```

Dr. Lisa Rodenburg

```
1              So how do you measure PCBs?  The
2       method that has been used the most and
3       has the longest history is called EPA
4       method 8082.  It's been around since the
5       1970s.  And any old documents that you
6       read of PCB measurements that were
7       conducted before the year 2000 would all
8       have been conducted using EPA method
9       8082, or something similar to it, and
10      uses gas chromatography.  It's kind of an
11      old technology.  It's been around for a
12      while.  And, usually, when you measure
13      PCBs by method 8082, you're not -- you're
14      usually not trying to measure individual
15      congeners.
16              Remember we said there's 209
17      congeners?  It's tricky to measure all
18      209.  So instead, with this older method,
19      usually what they do is they measure
20      Aroclors.  I don't know exactly what the
21      congener composition is, but it kind of looks
22      like Aroclor 1260, for example.  And then
23      they'll report a number of concentration on
24      Aroclor 1260.
```

Dr. Lisa Rodenburg

1          The detection limits are in the

2     per billion range.  And that 64 p/g grams

3     that I was talking about before, 64 p/g

4     grams per liter is in the part per

5     quadrillion range.  So this EPA method

6     8082 couldn't get down low enough to even

7     measure the water quality standard that

8     exists these days.  And round these days,

9     you know, it just depends on the lab that

10    you go to.  But you can easily get method

11    8082 run in your samples for maybe $200 a

12    sample.  So it's not cheap, but it's not

13    ridiculously expensive.

14          There are some less sensitive methods,

15    and the main one is called ELISA.  ELISA

16    is an acronym that stands for enzyme-linked

17    immunosorbent assay.  And, essentially,

18    what you do there is you train the bacteria

19    to have an immune response to whatever

20    chemical you're trying to measure.  And

21    they use ELISA kits for all kinds of

22    things; PCBs, dioxins, metal; all kinds of

23    things.  You can train the bacteria to have

24    this immune response.  And the immune

Dr. Lisa Rodenburg

 1     response causes the bacteria to glow, and

 2     then it's just a visual thing.  It's a

 3     spectrometer thing that you can just measure

 4     the intensity of the light coming out of

 5     your sample.  It's quite cheap to do.  It's

 6     quick.  It's kind of a quick and dirty

 7     screening technique to see if you have a

 8     PCB problem.  It will measure total PCBs,

 9     not individual congeners.

10          But the sum of all 209 PCBs could

11     also, in some cases, measure Aroclors.

12     But the detection limits are up in the

13     part per million range, so they're not

14     great.  So this is really just a

15     screening tool.  But the advantage is you

16     can see that it's, roughly, 20 bucks a

17     sample.  So it's quite inexpensive.  So

18     sometimes people use it as a screening

19     tool to rapidly test, you know, hundreds

20     of soil samples, for example, to try to

21     find where the hotspots might be, in terms

22     of PCB contamination.

23          So the new thing that's coming

24     along for the measurement of PCBs is the

Dr. Lisa Rodenburg

1    new EPA method 1668.  That came out in

2    1999, and it has become pretty widely

3    adopted.  EPA is requiring the use of

4    method 1668 at most of the big superfund

5    sites, and, you know, most of the sites

6    where PCBs are a big problem now.  It

7    uses gas chromatography, but it uses a

8    high-resolution mass spectrometer.

9    High-resolution mass spectrometer is a

10   piece of equipment that costs about a billion

11   dollars.  And you need to pay somebody

12   like $80,000 a year just to run it; keep

13   it running effectively.  So it's a very

14   expensive piece of equipment.  But it can

15   individually measure most of the 209

16   congeners.  You can measure all of them.

17   It's just that some of them coalute (ph)

18   with others.  You put them together and

19   say, well, this peak in the chromatogram,

20   it's these five congeners together.  And

21   I don't know how much of that peak is

22   congener A, versus congener B.  But it

23   does much better, in terms of measuring

24   individual congeners than the old 8082

Dr. Lisa Rodenburg

1    method.

2           And, you know, the big advantage

3    is, the detection limits are now getting

4    down into the part per quadrillion range.

5    So that's the range where you can now

6    actually measure PCBs down at the range

7    where the water quality standard has been

8    set.  But the problem is, it's expensive.

9    It's like $900 per sample, depending

10   on -- again, you can probably shop around

11   and get a cheaper contract lab.  But a

12   good contract lab will charge you about

13   $900 per sample.

14          And by the way, not all contract labs

15   can do a great job with this method.  Some of

16   them will take your money and then give you

17   some data that's not so great.  So it's

18   worth it to pay the money and get a good,

19   reliable contract lab.

20          The invention or the development

21   of method 1668 really was a game changer,

22   because now we can start to measure PCBs

23   in places where we didn't even think

24   there were PCBs before.  We can get a lot

Dr. Lisa Rodenburg

```
 1      more information about what the sources
 2      are because we can look at individual
 3      congeners.  And, you know, for me, as a
 4      environmental chemist, I feel that's a
 5      great thing.  I'm really happy about it.
 6      But, you know, if you're running a
 7      contaminated site, you might not be so
 8      happy, because now you're suddenly
 9      finding contamination everywhere.  You
10      were hoping maybe it was localized to one
11      place on the site.  So instead of the
12      two-edge sword, method 1668 has really
13      changed the way people measure and think
14      about PCB contamination.
15           And it's really important to point
16      out that the old Aroclor method -- this
17      is data from the Hudson River, from the
18      U.S. Army Corps of Engineers.  And they
19      did a subset of samples.  There's maybe
20      30 samples here where they measured PCBs
21      in the sample using the Aroclor method,
22      the 8082 method, and, also, using the
23      1668 method.  And when you plot one
24      versus the other, it's not a great
```

Dr. Lisa Rodenburg

 1    agreement between the two methods.  The

 2    R-square is only .4.  And the slope is

 3    not 1.  So if these two methods were

 4    giving you exactly the same data, the

 5    slope would be 1, the intercept would be

 6    0, and the R-square would be, you know,

 7    .9.

 8          So there's a lot of disagreement.

 9    And that's pretty upsetting, because in a

10    place like the Upper Hudson River, General

11    Electric has spent half a billion dollars

12    -- billion with B -- dredging the river,

13    based on data that, you know, we're

14    not really sure how accurate it is.

15          Okay.  So as I mentioned, you have

16    all these individual congeners.  And on

17    this particular plot, those are shown

18    across the bottom.  You know, 8+5 means

19    PCB 8, plus PCB 5.  I can't separate the

20    two, so I'm just going to quantity them

21    together.  And then on the wide access,

22    you have the percent in the Aroclor.  And

23    this is a plot for Aroclor 1254.  It's

24    one of the many formulations that

Dr. Lisa Rodenburg

1        Monsanto was manufacturing.

2               And so the first point is, you see

3        how there's sort of a Gaussian distribution

4        here.  We have a lot of high bars in the

5        middle, and low down at the end.  And in

6        this plot, the numbers are listed from

7        the lowest number to highest number.  And

8        the way the numbering works is, the lowest

9        number has only one chlorine, and the

10       highest number of PCB 209 has ten chlorines.

11       So as you go from left to right, you're

12       increasing the molecular weight of the

13       congeners, and you're increasing the total

14       number of chlorines on the molecule.

15              So Aroclor 1254 has, you know, kind

16       of this rough distribution PCBs, mostly

17       PENTA, you know, PCBs with five chlorines

18       on them.  And what I'm trying to point out

19       here is that the size, the number of

20       chlorines on the molecule, has a big impact

21       on the physical properties of the chemical.

22              So PCBs with only one or two

23       chlorines, they're lighter in the sense

24       that their molecular weight is lower.

Dr. Lisa Rodenburg

1    And, therefore they're quite volatile.

2    Their paper crushes are pretty high.  They

3    can volatilize in the gas phase and blow

4    away with the wind.  They're less likely to

5    bioaccumulate because they're more soluble

6    in water.  You can remove them from your body,

7    through your urine, for example, and they're

8    not as liable to stick to your fatty tissues;

9    whereas on the other end, the heavier

10   congeners with more chlorines, they would

11   prefer to stick to solids or to fatty

12   tissues.  They're not going to, particularly,

13   be in the gas phase.  So it's important

14   to understand that, you know, again, you

15   have 209 congeners, and they run the gamut,

16   in terms of their physical and chemical

17   properties.  Some of them are quite

18   volatile.  Some are them are very, very

19   hydrophobic and stick to fatty tissues.

20          So the main sources of PCBs in

21   most watersheds in the United States are

22   the Aroclors that were produced by Monsanto.

23   Their fingerprints can change a little

24   bit, so sometimes it's hard to identify --

Dr. Lisa Rodenburg

```
 1        you know, if it started out looking exactly

 2        like the Aroclor, and then over time it

 3        might change a little bit and doesn't

 4        exactly look like the Aroclor anymore,

 5        but that is the main source.  Because,

 6        you know, as we said, 1.3 million metric

 7        tons of PCBs produced -- it's a lot of

 8        PCBs out there in the environment.  Most

 9        of those were produced intentionally for

10        sale on the market.  But there are a

11        couple of sources of PCBs that have

12        started to become proportionally slightly

13        more important over time.  Because over

14        time, all of these Aroclor-type PCBs are

15        slowly exiting our environment.  One way

16        or another, they're slowly being buried

17        in deep sediments of the ocean or they're

18        volatilized and blow away with the wind.

19               And so the overall levels of PCBs

20        in the environment are dropping.  And as

21        the Aroclor-type PCBs are starting to go

22        away, we're starting to be able to see,

23        more and more, some of the non-Aroclor

24        sources.  And many -- I'm going to talk
```

Dr. Lisa Rodenburg

1    about what some of the categories of

2    non-Aroclor sources are.  But a lot of

3    them have to do with different pigments.

4           I mentioned earlier that there is

5    one method by which PCBs can be destroyed

6    in the environment, and that is through

7    bacteria that like to remove some of the

8    chlorines.  And so if you go out looking

9    for a PCB source, you might find something

10   that looks like a dechlorination signal.

11   It's the product of the dechlorination in

12   these PCBs and bacteria.  And so it doesn't

13   look like the original Aroclor anymore.

14          Now, it probably started out life

15   as an Aroclor, because that's what the

16   bacteria were feeding on.  But it has

17   altered its fingerprint.  It looks very

18   different than it did from the original.

19          So we're going to talk about each

20   of these in turn.  As I mentioned, the

21   Aroclors -- Aroclor was a trade name used

22   by Monsanto.  It was the only North

23   American producer of PCBs.  And it produced

24   a whole number of different formulations

Dr. Lisa Rodenburg

1    with different numbers.   I mentioned 1254

2    in that previous slide.   They also

3    produced 1242 and 1260.   And the numbering

4    convention was that the 12 stood for the

5    12 carbons on the PCB molecule, and then

6    the 42 or the 60, or whatever, stood for

7    the percent of the formulation that

8    considered the chlorine by weight.   So

9    they would take a big vat of biphenyl and

10   add throw away the 42 two percent

11   chlorine and let it all react.   And then

12   that would be their Aroclor 1242.

13        And then later on, when it started

14   to become clear that PCBs were

15   environmentally problematic, they dreamed

16   up something called Aroclor 1016.   And

17   that name doesn't really have any meaning.

18   But it was very, very similar to Aroclor

19   1242 except that they tried to remove some

20   of the higher molecular weight congeners

21   because they knew some it was bad.

22        So those are some of the typical

23   Aroclor names that you might run into if

24   you're, for example, looking at a

Dr. Lisa Rodenburg

1      contaminated site, or something.  You

2      might run into these.

3              So these PCBs produced by Monsanto,

4      as I mentioned, they were used in all

5      kinds of consumer products and transformers

6      and capacitors, and carbonless copy

7      paper, and building materials.  So

8      they've dispersed all over the environment.

9      And every city in the United States has

10     some kind of PCB problem.  To a greater

11     or lesser extent, we've all got PCBs;

12     every city in the U.S.  And some cities,

13     especially on the West Coast, have spent

14     fair amounts of money trying to combat

15     PCBs.  And they have decided that they

16     shouldn't have to pay for that.  And so

17     they have sued Monsanto over its

18     production of PCBs.  And that includes,

19     you know, again, Spokane, Portland, a

20     bunch of cities in California, and the

21     entire state of Washington.

22              So this is kind of a new development.

23     I believe that this came about in the

24     last two years or so.  And so that's a

Dr. Lisa Rodenburg

1    pretty big change.  In the past, I think

2    Monsanto had kind of gotten away with it,

3    to some extent.  But now there's these

4    different lawsuits pending.

5         So here's an example of what the

6    different Aroclors look like.  These are

7    the four big ones.  Remember, I mentioned

8    that Aroclor 1016 looks a lot like

9    Aroclor 1242.  So they're very similar.

10   So I've lumped those together.  And then

11   there was Aroclor 1248, 1254 and 1260.

12   So these five Aroclors made up 99 percent

13   of all the U.S. production.

14        There are a couple of others.

15   There's Aroclor 1268 and 1272.  But those

16   are very, very minor, rarely used; not

17   the kind of thing that you're typically

18   going to run into when you're doing any

19   kind of site assessment or thinking about

20   PCBs.

21        So this is what they look like.

22   And you can see that Aroclor 1242 was

23   only 42 percent chlorine by weight.  So

24   its congeners were kind of bunched up there

Dr. Lisa Rodenburg

1    on the left, because those are lower

2    molecular weight; whereas Aroclor 1260,

3    you know, was 60 percent chlorine by weight.

4    So it has a lot more of the heavy congeners.

5    So they're all the way over there on the

6    right with the really heavy stuff.

7          And the point here is that if you

8    do measure all these individual congeners

9    and then plot them up in a graph like

10   this, you can compare what you're measuring

11   out of the environment to what was

12   measured in the original Aroclor samples.

13   And you can get a pretty good idea of

14   what Aroclor it is that's out there in

15   the environment.

16          And then based on knowing on which

17   Aroclors were used for which types of

18   applications, which industries, then you

19   can start to figure out who's responsible for

20   the PCB contamination that you're seeing

21   in your local waterways.

22          I mentioned that the PCB congener

23   patterns can change a little bit over

24   time.  And there's a number of ways that

Dr. Lisa Rodenburg

1    this can happen; through evaporation,

2    condensation of PCBs that volatize in the

3    air and then condense it back down.

4          And one of the other ways that

5    they do get altered is by the organisms.

6    So if these PCBs get into the fish, for

7    example, this plot here is supposed to show,

8    on the bottom, just a regular -- the blue is

9    what was measured in some tissue samples.

10   This is from Washington State, I believe.

11   And the orange is the Aroclor, the original

12   Aroclor, unaltered.  And you can see in

13   the bottom figure, the blue and the

14   orange bars really match up really,

15   really well.  But then on the top figure,

16   the blue bars and the orange bars,

17   there's places where they really don't

18   match anymore.  And I've tried to circle

19   some of those.

20         What's happening there is that

21   organisms go after very specific targeted

22   PCB congeners that, for whatever reason,

23   fit perfectly into the enzyme and just

24   get destroyed.  And so some of the PCBs

Dr. Lisa Rodenburg

1   get left behind.  But a few of them just

2   get almost completely removed.

3          I know that the chart here is very

4   hard to see.  But one of the ones that

5   gets removed is PCB 1247 and 172.  Things

6   like that, they just disappear.  So you

7   can get very systematic alteration of the

8   congener fingerprints when you're in

9   BYOTA (ph).  And if you know what to look

10  for, you can relate those fingerprints

11  back to the original Aroclors.  And, again, that

12  can give you an idea of who might have

13  been responsible for the PCB contamination in

14  your system.  So that's what I'm going to

15  say about Aroclors.          The other big

16  source of PCBs in the environment are

17  these non- Aroclor sources.  And under

18  the Toxic Substances Control Act, the

19  inadvertent production of PCBs was

20  allowed.  So if you were running some

21  sort of chemical process and it had,

22  maybe, chlorine in it, and it had some

23  kind of carbon in it, you know, you put

24  chlorine and carbon together in a

Dr. Lisa Rodenburg

1        chemical reaction, you're going to get

2        some PCBs as a bi-product.  And EPA

3        recognized that.  And they made no

4        attempt to ban every process in the world

5        that might accidentally produce PCBs.

6               So PCB concentrations in the

7        products have to average less than 25

8        parts per million.  And, remember, 25

9        parts per million is a high number.

10       Remember back to that slide about

11       measurement methods?  That's the kind of

12       concentration that you can measure just

13       using one of the ELISA kits.  This is a

14       high concentration.  So the average has

15       to be less than 25 parts per million, and

16       no individual sample can be higher than

17       50 part per million.  50 parts per million

18       is a big number for PCBs.  If you find

19       anything in the world, anything that you

20       measure that comes up as higher than 50

21       part per million PCBs is suddenly considered

22       toxic waste and must be remediated.  So

23       this is a big number that you see again

24       and again when you're talking about PCBs.

Dr. Lisa Rodenburg

1          But under TSCA, they did something

2     a little odd.  They put in these discounting

3     factors.  If the PCBs in your formulation

4     only had one chlorine, so they were

5     monochlorobiphenyls, then you can take

6     those concentrations and divide them by a

7     factor of 10.  So, in other words, you

8     can have an average of 250 parts per

9     million, as long as it was just these

10     monochloro PCBs.  And if you only had two

11     chlorines on your PCB molecule, you'd get

12     to discount the concentration to five.

13          It's kind of an odd thing to do.

14     I think the reason they did it is because

15     they figured that those monochlorinated

16     PCBs are a little less toxic and probably

17     don't accumulate as much, so maybe they're

18     not such a big deal.  But it does lead to

19     kind of a strange formulation for how you

20     calculate whether your product is meeting

21     or exceeding the standards.

22          But the important point again is

23     that TSCA didn't ban this.  This was all

24     allowed under TSCA.  And as it turns out,

Dr. Lisa Rodenburg

1      there's a number of chemical processes

2      that do produce PCBs.  Any different

3      organic and color pigments, have PCBs in

4      them, especially the diarylide yellows.

5      Diarylide yellow is one of the most

6      commonly-used pigments in the world.  If

7      you remember your home color printer,

8      it's got a yellow, a pink, a blue, and a

9      black cartridge in it.  And that yellow

10     in your home printer is diarylide yellow.

11     It's a very, very common pigment used

12     worldwide.

13          Another pigment that contains PCBs

14     -- under some circumstances can contain

15     PCBs -- is titanium dioxide.  That's the,

16     bright, bright white pigment that's used,

17     for example, in every batch of paint in

18     the world.  You go to Home Depot and you

19     buy white paint.  It's made white with

20     titanium dioxide.  And then they add

21     different pigments to it to make it the

22     color you want.  And those can contain

23     PCBs 206, 208, 209.  Again, remember the

24     numbering convention.  Those are big,

Dr. Lisa Rodenburg

1    heavy congeners with a lot of chlorines

2    on them.

3              And then it turns out that some

4    silicone rubber tubing products also can

5    have PCBs in them.  And one of the

6    take-home messages there is that if you

7    are asked to do any sampling for PCBs,

8    don't use silicone rubber tubing to do

9    the sampling.  Unfortunately, this has happened

10   too often, that people went out and did

11   water sampling, and they used silicone

12   rubber tubing to collect their samples,

13   and the samples became contaminated with

14   PCBs.

15             So this is an example of -- this

16   is the work we did in my lab, where we

17   went and we just took samples of newspaper and

18   cardboard and magazines and all kinds of

19   things.  And we measured the PCB-11 in

20   them.  And we found them everywhere we

21   looked; or almost everywhere we looked.  And

22   that was all stuff from my recycling bin

23   at home.

24             Then we asked all of our friends,

Dr. Lisa Rodenburg

1    whenever they traveled, to bring us home

2    some paper samples that we could test.

3    And so you can see, kind of, the middle

4    of that figure, there's paper from Georgia

5    and Moldova and China and Costa Rica.

6    And for some reason, the Netherlands had a

7    really high hit for PCB-11.

8           So all over the world, these pigment

9    markets or global markets, most of the

10   pigments are produced in India and China,

11   and then they're sold all over the world.

12   So everywhere you go you're going to find

13   this PCB-11.

14          In the four printing process that

15   I talked about in your home printer, that's

16   the same process that's used to print

17   T-shirts and things.  So we went and we

18   measured PCBs in some T-shirts and some

19   fabric material that were printed with a

20   design on the right, and then some that

21   had no design on them on the left.  And

22   you can see those that had a printed

23   design -- unfortunately, Sponge Bob had,

24   you know, a yellow pigment and he had a

Dr. Lisa Rodenburg

1    lot of PCB-11 in there.

2         So the point is that these PCBs

3    are everywhere.  I mean, they're all

4    over.  In every paper sample that you

5    have, every color, anything that's color

6    printed, all of these fabric material,

7    everywhere in the world they've got some

8    low level of PCBs in them.

9         And we did some leaching tests.

10   And the PCBs do leach out quite readily.

11   So when you wash your clothing, for example,

12   PCBs in the pigments are going to get out

13   into the waterways.  So that's one other

14   source of PCBs that's, you know, worth it

15   to be aware of.

16        And then the third, not exactly

17   source, but process, by which PCBs can be

18   produced, is microbial production of PCBs

19   by bacteria.  And it used to be that we

20   thought this only happened in aquatic

21   sediments.  Like the Upper Hudson River

22   was the big example of where bacteria in

23   the Hudson River had been dechlorinating

24   PCBs for years.  Ever since General Electric

Dr. Lisa Rodenburg

```
 1        has been dumping PCBs in the Upper Hudson

 2        River, the bacteria has been going after

 3        them.  But we found more recently that it

 4        can also happen in places like sewers and

 5        landfills and in contaminated groundwater.

 6             So you can find these dechlorinated

 7        PCB signals in a lot of other places.  And,

 8        usually, the bacteria -- I won't bore you

 9        with all the different species' names and

10        stuff.  But the bacteria that do this,

11        for some reason they can remove the PCBs

12        on the outer part of the ring, the meta

13        and para positions, if you're looking at

14        that figure on the lower left.  Those

15        outer positions, they can remove those

16        borings (ph).  For some reason, they

17        can't get into the inner locations, the

18        two and six positions.  And because of

19        that, you get some very characteristic

20        end products.  Like, the molecule that's drawn

21        there on the right, that is PCB Number 4.

22        It's got two chlorines, both of them in

23        the two position.  So we call it two, two

24        prime, dichlorodiphenyl.  Characteristic
```

Dr. Lisa Rodenburg

1    end products of dechlorination.

2         So if you do get 1668 data rolling

3    across your desk, and you see a bunch of

4    PCB-4 in it, now you know where it comes

5    from.  And this is an example of all of

6    the different places in the world where

7    we have seen some dechlorination happening;

8    the Delaware River, the different dischargers,

9    so the sewers and the landfills.

10        And there was dechlorination

11   happening in the New York-New Jersey Harbor.

12   That's dechlorination happening in the

13   Upper Hudson River, and flowing downstream.

14   The dischargers in the New York Harbor

15   region also showed dechlorination in the

16   landfills and sewers.  The Portland Harbor

17   superfund site, in Portland, Oregon, had

18   a ton of dechlorination going on in the

19   groundwater.  We also found this in

20   wastewater from Washington.

21        So the point is that this is

22   happening all over the place.  So if you

23   are seeing some strange congener patterns, if

24   someone is asking you to look at some

Dr. Lisa Rodenburg

1      method 1668 data, and you're wondering

2      what the heck it is, that could be what

3      it is.

4              Okay.  So I'm going to talk about

5      a couple different case studies and try

6      to give you an overview of different places

7      throughout the United States where PCBs

8      are a problem and highlight some of the

9      issues here.  First we're going to talk

10     about the Hudson River.

11              I know a lot of you guys are -- a

12     lot of the people watching are local.

13     You're from the New York-New Jersey area.

14     And so you probably are already aware

15     that the Hudson River is one giant superfund

16     site.  For about 30 years, ending when

17     PCBs were banned in 1977, General Electric

18     was discharging PCBs into the Upper Hudson

19     River.  And it flows from there, from those

20     two plants up in Glens Falls.  It flows

21     about 200 miles downstream to New York

22     City.  And that entire stretch is a big

23     superfund site.

24              There was a Record of Decision,

Dr. Lisa Rodenburg

1     meaning that the judge in the case

2     decided on what the remedy would be to

3     clean up the river.  Under that Record of

4     Decision, the remedy was that GE had to

5     dredge portions of the Upper Hudson

6     River, meaning that they dredged the

7     sediment out.  And in the case of the

8     Upper Hudson River -- I've never heard

9     his happening anywhere else.  But in the

10    case of the Upper Hudson River, when they

11    dredged and they brought up this sediment

12    from the bottom of the river, they found

13    pure liquid PCB oil in the river.  That's

14    how contaminated it was.  They were

15    dredging up all of this contaminated

16    sediment.  They typically -- what often

17    happens in these kinds of dredging

18    operations is that the dredging material

19    comes up in what they call black

20    mayonnaise.  It's real runny, and it's

21    very difficult to do anything with it

22    because it just runs through your fingers.

23           So what they do is, they add cement

24    to it to tighten it up and make it more

Dr. Lisa Rodenburg

1    solid so that they can actually work with

2    it.  So they stabilize it with cement.

3    And then they pack it into rail cars, and

4    they ship it off to some landfill somewhere

5    that has agreed to take it.

6          And, you know, to me, that sounds

7    kind of crazy.  There's no treatment.

8    There's no attempt to treat the sediment

9    to make it any better.  You're just packing

10   it away in a landfill and forgetting about

11   it.  But that is the state of the art,

12   unfortunately, when it comes to dredging

13   contamination.

14         So GE has done the dredging.  The

15   dredge is now complete.  The EPA is saying

16   that now we need -- under the superfund

17   rules, you evaluate the remedy every five

18   years to decide whether it has worked or

19   not.  And EPA is doing their five-year

20   reviews and has decided that it's too

21   soon to tell whether the remedy has

22   actually worked yet.  But the NOAA, the

23   National Oceanic and Atmospheric

24   Administration, which oversees the Fish and

Dr. Lisa Rodenburg

1       Wildlife Service is disputing whether the

2       dredging has been enough.  And there's

3       been a dust up going on between the EPA

4       and NOAA.

5            There's also a natural resource

6       damage assessment underway where the

7       trustees, which are the Fish and Wildlife

8       Service, NOAA, and the New York State

9       Department of Environmental Conservation,

10      they are trying to recover damages from

11      General Electric to pay for the

12      restoration of some of the natural

13      resources in the Hudson River.

14           And as I mentioned before, the

15      Upper Hudson River is one of the few places

16      on earth where we know that bacteria were

17      really going after PCBs and trying to

18      destroy them.  That's where we first

19      learned about it, where we learned much

20      of what we know about dechlorination

21      coming out of the Hudson River.  But it's

22      important to know all of that

23      dechlorination was not enough to prevent

24      GE from having to spend half a billion

Dr. Lisa Rodenburg

1     dollars dredging the river.  So

2     dechlorination is nice, but usually it's

3     not enough to fix whatever the

4     environmental contamination problems are.

5            So this is just some work that we

6     did, showing how the sources of PCBs to

7     the Lower Hudson River -- so this is below

8     the Troy Dam -- the Upper Hudson River

9     flows into the Lower Hudson River.  And

10    this is just showing how the sources to

11    the Lower Hudson River have changed over

12    time.

13           I think the most interesting part

14    of this is the right-hand panel.  You

15    take a sediment core.  You stick a tube

16    down into the sediment, and when you

17    bring it back up it's full of sediment.

18    And you cut it and measure the PCBs and

19    also other chemicals in each of those

20    different layers.  And if you've taken a

21    good core, then the layers were set down

22    very evenly.

23           In the New York-New Jersey Harbor,

24    that sedimentation rate is about a

Dr. Lisa Rodenburg

 1    centimeter of sediment depositing every

 2    year.  And so you can estimate how old

 3    these different layers are.  And so where

 4    you see the big max of PCB concentration,

 5    we believe that that was 1977, when PCBs

 6    were banned.  Because they were going

 7    gangbusters right up until the very end.

 8    So the highest concentrations were

 9    probably right around 1977 and then they

10    fall off.  And the orange dot there, the

11    maximum, that's actually Aroclor 1248,

12    which is not what GE was using.  GE, in

13    the Upper Hudson, was using Aroclor 1242.

14         So the thing I find interesting

15    about this is that everybody was using

16    PCBs up until 1977.  It's not just

17    General Electric.  These were all coming

18    from New York City and the surrounding

19    area.  And the main source of PCBs to the

20    Lower Hudson River to this point was all

21    this urban stuff coming out of the city.

22    But then after that, in 1977, you can see

23    that that stuff falls away really quickly

24    and it disappears.  But the blue dot,

Dr. Lisa Rodenburg

1      which is the stuff coming from the Upper

2      Hudson River, the Aroclor 1242, which GE

3      was using, it falls off more slowly.  So

4      that these days, at the top of that

5      core -- this core was collected in 2002.

6      So in present day, the Upper Hudson River

7      is the biggest source of PCBs to the

8      Lower Hudson River now because other

9      things have kind of been taken out of the

10     equation.  The other stuff has washed

11     away from the      system.

12            Here's another example.  This is

13     Spokane County, Washington.  I did some

14     work with them trying to track down PCBs

15     in their wastewater treatment stream.

16     And the top figure is showing the PCB

17     congeners in their influent; what's coming

18     into their wastewater treatment plant.

19     And they're kind of roughly ordered from

20     the most abundant congeners on the left,

21     to the least abundant or less abundant

22     congeners on the right.  And then below

23     that is the effluent; what happens after

24     the treatment process.  What's actually

Dr. Lisa Rodenburg

1    being released from the wastewater

2    treatment plant into the river?

3          And what's interesting is, first

4    of all the two don't look the same.  And

5    the reason for that is that this water

6    treatment plant is built under a really

7    high level of treatment.  So there's

8    almost no solids coming out of this

9    plant.  So anything that's sticking to a

10   solid particle is getting stripped away.

11   And the only thing that's left is the

12   stuff that's dissolved.

13         And the one PCB congener that is

14   now dominant in the effluent is PCB-11,

15   which is the one that comes from

16   pigments.  And so this is a problem for

17   the City of Spokane, or the County of

18   Spokane, because they can go after the

19   Aroclor-type sources.  They're one of the

20   cities suing Monsanto, for example.  They

21   can try to remove all transformers and

22   capacitors.  You know, they can try to do

23   a lot of things to remove the Aroclor-type

24   PCBs from their system.  But that's not

Dr. Lisa Rodenburg

```
 1      their main problem.  Their main problem is
 2      PCB-11 for pigments; and what are they
 3      going to do about that.  That's quite
 4      difficult, because people are always going
 5      to use color-printed, you know, paper;
 6      and they're always going to wear printed
 7      clothing.  And they're always going to have
 8      these pigments in their system.  There's
 9      not much that Spokane County can do about
10      their worst PCB problem.
11              This is a graph that's trying to
12      summarize what I've seen across several
13      different watersheds.  So on the left,
14      you have the New York-New Jersey Harbor.
15      Next to that, the Delaware River; and
16      then the Portland Harbor superfund site.
17      And the Green-Duwamish River -- the
18      Green-Duwamish River runs through Seattle
19      into the Puget Sound.  And the point here
20      is that some of these places, like,
21      especially, like the Green-Duwamish River,
22      you see that you've got the green, the
23      blue, and the purple bars.  Those are all
24      Aroclors.  So the Green-Duwamish River
```

Dr. Lisa Rodenburg

1        is totally contaminated by Aroclors.

2                And that's kind of what I would

3        have expected from the rest of the world,

4        too.  And that's roughly true for the

5        Portland Harbor; although the Portland

6        Harbor also has a lot of dechlorination

7        happening which shows up in the water

8        column.  But then you get to the Delaware

9        River.  We're moving, you know, right to

10       left.  You get to the Delaware River, and

11       you see the big black bar.  That big black

12       bar is due to the production of titanium

13       dioxide at a plant in Edgemoor, Delaware.

14       So that's a non-Aroclor source of PCB

15       sediment.  That's more than half of all the

16       PCBs in the sediment coming from non-Aroclor

17       source of PBCs.

18                So I hammer on these things.  And

19       a lot of people are probably saying, why

20       do we need to learn about non-Aroclor

21       sources.  They're not a big deal.  Well,

22       they are.  In some places, they're a very

23       big deal.  In the Delaware River, they're

24       a very big deal.  The Upper Hudson River

Dr. Lisa Rodenburg

1      is more typical, where most of what you're

2      finding in the Upper Hudson River is

3      related to Aroclors.  But there are some

4      places in the world where these

5      non-Aroclor PCB sources are very important.

6           So what do you do about the cleanup of

7      PCBs?  This is very tough.  There's a lot

8      you can do, in terms of prevention.  And,

9      for example, the Great Lakes, by National

10     Toxic Strategy, one of their main things

11     is to remove and replace PCBs containing

12     electrical equipment, especially

13     transformers.  That's the big thing that

14     they're doing in Chicago.  They're doing

15     this in New York City.  A lot of places

16     all around the country are just trying to

17     remove known sources, you know, stockpiles

18     of PCBs in their electrical grid.

19     Unfortunately, that mostly gets landfilled,

20     but, you know, you do what you can.

21           You can also try to prevent sediment

22     that has PCBs on it from ever getting to

23     the waterways.  So, for example, that's

24     one of the reasons why that wastewater

Dr. Lisa Rodenburg

1      treatment plant in Spokane was built to

2      have such great solid removal, because

3      they just wanted to get all the PCBs out

4      so that the solids never even reached the

5      river; and, therefore, the PCBs stuck to

6      the solids never reached the river.

7            There's also other things going on,

8      trying to, you know, have storm water

9      management so that the particles get

10     filtered out of storm water before it

11     runs into the waterway.  You might be

12     familiar with a lot of the rain gardens,

13     and things like that, that people use.

14           In many cities, for example, I

15     know in Camden, New Jersey, there was a

16     big track down study where they were

17     trying to figure out what are the PCB

18     sources in the City of Camden; to find

19     them and cap them off.  Those have had

20     mixed success.

21           In terms of remediation, usually

22     if you're talking about PCB contamination

23     in a waterway, the only cost-effective

24     solution is to dredge the sediments; you

Dr. Lisa Rodenburg

1    know, to remove it from the river, mix it

2    with cement, pack it into a railcar and

3    send it to a hazardous waste landfill.

4    That's what they did in the Upper Hudson.

5    That's what they did in the Passaic

6    River.  That's what -- it ends up being

7    commonly done.

8         If you can't remove all the PCBs

9    in the sediment, which you can't, there's

10   always going to be some PCBs containing

11   sediment left over.  One thing to do is

12   try to add some absorbant, like granular-

13   activated carbon, which is basically just

14   soot, like black carbon.  If you add that

15   to the sediment, the PCBs absorb to it

16   really strongly.  And then even though

17   PCBs are still there in the sediment,

18   they can't get out to effect the BYOTA

19   (ph) -- the worms and the clams and the

20   fish.  So they get sequestered and they

21   don't go anywhere.  So that's another

22   option that people have tried.    Okay.

23   So I'm going to close my talk here by

24   just spending a couple minutes talking

Dr. Lisa Rodenburg

1     about the issue of PCBs in schools.

2           There's a picture here of Cindy

3     Crawford talking about PCBs in schools.

4     She's led some celebrity status to the

5     issue, because this was happening in the

6     Malibu High School, which is where her

7     children were going.  So she got very

8     active in the issue.

9           So many of the public buildings

10    that were constructed in the 1960s and

11    1970s had PCBs in their building materials.

12    Mostly, this was in the form of Aroclor

13    1242 -- excuse -- 1254, although some of

14    the other Aroclors were used as well.

15    And they were in the caulk, especially

16    caulk, like around windows and masonry

17    joints.

18          Remember, all these buildings, a

19    lot of them were cinderblock.  And in

20    between the cinderblocks they would have

21    the caulk joints; so that kind of caulk.

22    They were in the fluorescent light

23    ballasts, and sometimes the adhesive that

24    stuck the carpet to the floor.  You know

Dr. Lisa Rodenburg

1      all kinds of these building materials

2      could have PCBs in them.  And from what I

3      have heard and understand, PCBs were

4      mixed into the caulk and into the building

5      material on site.

6            So some construction worker, who

7      probably doesn't have any training or

8      know anything about PCBs, was told to mix

9      PCBs with the caulk; you know, make it

10     half and half.  Right?  Something like

11     that.  So they would mix the stuff together

12     and then they would go caulk everything.

13     And at the end of the day, you would see

14     you've got a little bit left in your

15     bottle of PCBs, and you don't really want

16     to do anything with it, so you just dump

17     it on the ground.  And, unfortunately,

18     that means that the soil around many of

19     these schools is pretty contaminated.

20            And I know that that turned out to

21     be the case around the Malibu school.

22     And we've seen that the PCBs can volatize

23     into the air.  And so then they get into

24     the dust, and go, you know, from the

Dr. Lisa Rodenburg

1     caulk, to the air, and then onto the

2     dust.  And then the dust is all over in

3     the HVAC system and all of the ductwork.

4     So the PCBs are moving around the school.

5            I've seen instances where you've

6     had buildings where half the building was

7     built in the 1950s, and the other half

8     was built in the '70s.  But the new

9     building has sort of contaminated the old

10    building because of the movement of air

11    and dust throughout the whole structure.

12    And so humans, and especially in this

13    case, of course, school children, but

14    also their teachers and administrators,

15    they can be exposed to PCBs by touching

16    the contaminated material, the dust and

17    the soil, and rolling around in the dirt

18    on the playground.  And there's a study

19    -- really recent study that came out that

20    shows that for children, inhalation -- if

21    they were in a contaminated school,

22    inhalation can become an important route

23    for which they can become exposed.  And,

24    of course, children, in general, are always

Dr. Lisa Rodenburg

1    more at risk for the kinds of

2    developmental problems that come from

3    chemical exposure, because their immune

4    systems are developing.  They're young.

5    So they are more likely to show the toxic

6    effects of these chemicals than older

7    people; adults.

8          So the EPA -- you can go on their

9    website.  They've got some advice.  One

10   of the things they say is, well, replace

11   all your old lighting systems.  And that's

12   great.  Because if you replace lighting

13   systems that are so old that they've got

14   PCBs in them, you're almost, by definition,

15   going to be replacing them with something

16   much more energy-efficient.  So this is a

17   great thing, regardless.  And, in fact,

18   the New York City school systems have

19   decided to do this.  They're spending

20   millions of dollars upgrading their

21   lighting.  So that's good.

22          Reduce the potential for PCBs in

23   the indoor air by maintaining a proper

24   ventilation system, which means cleaning

Dr. Lisa Rodenburg

1    your air ducts.  And then until it can be

2    safely removed, limited exposure, by

3    keeping children away from it.

4         So imagine how fun that is trying

5    to keep children away from caulk in their

6    school.  Yeah.  Good luck with that.

7         Wash the children's toys off.  I

8    have kids.  I know.  Their toys were

9    never cleaned.  I know that's true.

10        Washing their hands with soap and

11   water.  I know it's not easy to get kids

12   to do that.  You're expecting teachers to

13   wipe down all the surfaces with wet cloths

14   every day.  You know, some of these

15   things, to me, sound a little

16   unrealistic.  But that's EPA's advice

17   about what to do in the school system.

18        The actual response, as I mentioned,

19   in New York City -- the city is going to

20   spend 708 million dollars retrofitting

21   all of their lighting to remove these

22   light ballasts over the next ten years.

23   Another big place this has become an

24   issue is Lexington, Massachusetts.  In

Dr. Lisa Rodenburg

1    Lexington, what they did is, they tried

2    to keep cleaning and re-testing.  They

3    kept cleaning the air ducts and cleaning

4    the school and re-testing.  And so they

5    would clean the air ducts, and they would

6    test the air quality immediately afterwards.

7    And the PCB levels would be way down, and

8    they'd be very happy.  And then they'd

9    come back three months later and the PCB

10   levels had gone back up again.  And so

11   they finally realized this just wasn't

12   going to work.  They can clean forever,

13   and they would never be able to get all

14   the PCBs out of the school.

15          So in the end, Lexington had to

16   build a new school.  And we all know how

17   difficult it is to raise the money to get

18   that to happen.  So Lexington is also

19   suing Monsanto for the cost of the new

20   school.

21          And so this is quote that I think

22   really sums it up.  If the system can't

23   fix a problem in Malibu, California,

24   where Cindy Crawford's kids were going,

Dr. Lisa Rodenburg

1      then it's hopeless for places like

2      Louisiana or Arkansas or rural Ohio,

3      where you don't have the money.  You're

4      not necessarily environmentally aware.

5      You don't have celebrities like Cindy

6      Crawford to raise awareness.  And it

7      becomes very, very difficult to figure

8      out what to do about this.

9            And I looked up a couple of

10     statistics.  As of 2012, the average age

11     of a school building in the United States

12     was 44 years, which means the average

13     school in America was built in 1968, and,

14     therefore could very well have PCBs in

15     it.  Of course, all these schools were

16     being built in the '60s and '70s when all

17     of the baby boomers, you know, were starting

18     to go off to school, off to elementary

19     school and off to high school.

20           And in case you were not aware,

21     school buildings are more than 99 percent

22     funded at the state and local level.  So

23     if you have a problem with PCBs in your

24     school, it's your problem.  The federal

Dr. Lisa Rodenburg

```
 1    government
 2    is not going to help.  So that's
 3    obviously a big flaw in the design here.
 4          Okay.  So these are some of the
 5    references that I cited throughout the
 6    talk.  I hope that you've learned something
 7    interesting.  I pretty much nailed my
 8    time target.  It's 12:48 -- 12:58 --
 9    excuse me, right now.  And I'm happy to
10    stay here and answer a few questions, if
11    anybody has anything they'd like to ask.
12          Yes.  Okay.  So we have a question
13    here about:  Does added chlorine to the
14    wash water or drinking water supply allow
15    free chlorine to make any PCB congeners
16    that are present more hazardous?
17          Not that I know of.  In order for
18    the chlorine in the drinking water to
19    produce PCBs, you need a pretty good
20    amount of chlorine, and you need a lot of
21    biphenyl as a starting material.  And in
22    drinking water, you just don't have that
23    much.  So as far as I know, that is not --
24
```

Dr. Lisa Rodenburg

1      it's not an issue of PCBs being formed

2      inadvertently from the chlorination of

3      drinking water.

4      Another question?  That's it?  Okay.

5      That was our only question.  So we're

6      done here.  Thank you again for spending

7      some time with us and learning about

8      PCBs.  And, once again, our thoughts go

9      out to the people of Puerto Rica and our

10     partners down there.  And we hope that

11     anything that we can do to help them

12     recover from Hurricane Marie, we're

13     definitely going to do.

14

15

16

17

18

19

20

21

22

23

24

Dr. Lisa Rodenburg

```
 1                    CERTIFICATE
 2           I HEREBY CERTIFY that I have
 3   transcribed the video to the best of my
 4   ability.
 5
 6
 7
 8
             ---------------------------------
 9           Susan B. Berkowitz, a
             Registered Professional Reporter
10           and Notary Public
             Dated:   February 2, 2018
11
12
13
14
15
16                 (The foregoing certification
17   of this transcript does not apply to any
18   reproduction of the same by any means,
19   unless under the direct control and/or
20   supervision of the certifying
21   reporter.)
22
23
24
```