The Honorable Richard A. Jones
The Honorable Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MONSANTO COMPANY, et al.<br><br>　　　　　Defendants. | CASE NO. C16-107-RAJ-MLP<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR FILING [ECF DOCUMENT NOS. 327–332]<br><br>**Noted for Hearing:  August 26, 2022** |

　　　　Defendants sought a 5-hour extension of the deadline for filing their declaration and exhibits in support of their Motion for Summary Judgment (dkt. # 326) after suffering technical difficulties, including the ECF system being off-line and unavailable after 5:00 p.m. on the deadline to file.

　　　　THE COURT, having considered Defendants' Motion and declaration (dkt. ## 333-334), Plaintiff's Response (dkt. # 348), in which it did not take a position, and Defendants' Reply (dkt. # 402), find that good cause exists for granting an after-the-fact extension of the filing deadline of 5 hours.

　　　　THEREFORE, it is hereby ORDERED that Defendants' Motion (dkt. # 333) is GRANTED and ECF Documents numbered 327 through 332 are deemed to have been timely filed.

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME REGARDING ECF DOCUMENT NOS. 327–332: NO. C16-107-RAJ-MLP – Page 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

DATED this 30th day of August, 2022.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME REGARDING ECF DOCUMENT NOS. 327–332: NO. C16-107-RAJ-MLP – Page 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

PDX\[Client\Matter]\CSMM\34639190.1