UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>            Plaintiff,<br><br>     v.<br><br>MONSANTO COMPANY, *et al.*,<br><br>            Defendants. | Case No. C16-107-RAJ-MLP<br><br>ORDER |

This matter comes before the Court on the parties' submission of numerous motions to exclude expert testimony for failure to satisfy *Daubert* (dkt. ## 274, 276, 278, 280, 282, 284, 288, 292, 297, 298, 300, 302, 304, 306, 308, 310, 312, 314, 316, 318, 320) and Plaintiff's submission of motions to strike supplements to Defendants' expert reports (dkt. ## 286, 290). Based on the technical and highly complex nature of the underlying subject matter in this case, the Court finds that the presentation of a non-adversarial science tutorial by the parties would be beneficial to this Court's understanding of the parties' positions to adjudicate the pending *Daubert* and related motions.

The purpose of a science tutorial is not to test the evidence or weigh the strength of any particular scientific theory, but instead, to help the Court educate and familiarize itself with the

ORDER - 1

underlying science relevant to this litigation.[1] It is the Court's aim that the science tutorial remain neutral, informative, and non-adversarial to best prepare the Court to evaluate the validity and reliability of the parties' provided studies and expert testimony as required by *Daubert*. Such tutorial is expected to be informal, will take place off of the record, and will be taped over the Zoom format for the Court's use only. Any statements made during the science tutorial by either party will not be under oath nor binding in subsequent *Daubert* hearings or proceedings.

Accordingly, the parties are ORDERED to meet and confer and to file a joint proposal by **September 9, 2022**, that addresses the parameters of the Court's proposed science tutorial. The parties' joint proposal submission should take into consideration and provide suggestions regarding:

- The proposed format and length of time requested for the science tutorial presentation
- Whether the science tutorial presentation should be presented by counsel on behalf of each party, one or more experts selected jointly or separately by the parties, or in some other proposed combination format
- The scope of topics to be addressed by the science tutorial presentation given the parties' pending *Daubert* motions
- Any other relevant information the parties believe would assist the Court in structuring and planning the science tutorial presentation

The Court's Courtroom Deputy will contact the parties to schedule a date and time for the science tutorial presentation, which this Court presently expects to occur sometime in early

---

[1] *See* Melissa J. Whitney, *Tutorials on Science and Technology* 2 (Federal Judicial Center 2018), *available at*: https://www.fjc.gov/sites/default/files/materials/02/Tutorials_Science_Technology_2018.pdf (last visited Aug. 31, 2022).

ORDER - 2

**October 2022** and not to exceed the length of one court day. The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones

Dated this 31st day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 3