UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE,

          Plaintiff,

    v.

MONSANTO COMPANY, *et al.*,

          Defendants.

Case No. C16-107-RAJ-MLP

ORDER

This matter comes before the Court on the parties' submission of motions to exclude expert testimony for failure to satisfy *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) (dkt. ## 274, 276, 278, 280, 282, 284, 288, 292, 297, 298, 300, 302, 304, 306, 308, 310, 312, 314, 316, 318, 320) and Plaintiff's submission of motions to strike supplements to Defendants' expert reports (dkt. ## 286, 290). This Court previously scheduled a science tutorial for this Court's understanding of the parties' positions to adjudicate the *Daubert* and related motions based on the technical and complex nature of the underlying subject matter. (Dkt. # 486.)

Due to a conflict in the Court's schedule, the science day tutorial will now take place over the Zoom format on **October 6, 2022, at 8:00 a.m.** As previously ordered, each side will still be allowed up to **three hours** to present, in a back-and-forth per topic format, and the parties

ORDER - 1

remain responsible for allocating how much time they will devote to each topic. The parties shall still exchange any draft PowerPoints and/or demonstrative exhibits they intend to utilize during their respective presentations by **October 4, 2022, at 9:00 a.m.** However, the parties shall now exchange their final PowerPoints and/or demonstrative exhibits, and submit them to the Court, by **October 6, 2022, at 7:00 a.m.**

The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones

Dated this 29th day of September, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2