HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CITY OF SEATTLE,

    Plaintiff,

v.

MONSANTO COMPANY, *et al.*,

    Defendants.

Case No. 2:16-cv-00107-RAJ

**ORDER**

The Court, having reviewed the Order Denying Defendants' Motions for Protective Orders (Dkt. # 550) of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections thereto, the remaining record, hereby finds and ORDERS as follows:

(1) Defendants' Motions (dkt. ## 531, 542) are DENIED;

(2) Defendants will provide Plaintiff available dates and times for the previously noticed depositions of Mr. William Dodero and Defendants pursuant to Fed. R. Civ. P. 30(b)(6), which will remain limited to the Court's previously authorized discovery topics; and

(3) Defendants are provided until February 4, 2023, to supplement their responses to Plaintiff's Fourth Set of Requests for Production, Second Set of Requests for Admissions, and First Set of Interrogatories.

ORDER – 1

1
2   DATED this 2nd day of February, 2023.
3
4
5
6   The Honorable Richard A. Jones
    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  ORDER – 2