THE HONORABLE RICHARD A. JONES
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation, located in the County of King, State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION,<br><br>Defendants. | CASE NO. C16-107-RAJ-MLP<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR RE-FILING RESPONSES TO DKTS. 601 (MOTION TO EXCLUDE ROGOFF) AND 621 (MOTION TO EXCLUDE WOODYARD)<br><br>**Noted for: Friday, June 2, 2023** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(B), Defendants Monsanto Company, Solutia Inc., and Pharmacia Corporation ("Defendants") sought an extension of the deadline for refiling responses in opposition to the City's Motions to Exclude Defendants' expert witnesses Marc Rogoff (Dkt. 601) and John Woodyard (Dkt. 621), which were not filed due to excusable neglect. The City did not oppose this motion.

Having considered Defendants' motion, the Court concludes that Defendants have satisfied their burden under Rule 6(b)(1)(B) of demonstrating that their neglect was excusable.

THEREFORE, it is hereby ORDERED that Defendants' Motion for an extension of the deadline for refiling their refiling responses in opposition to the City's Motions to Exclude

Defendants' expert witnesses Marc Rogoff (Dkt. 601) and John Woodyard (Dkt. 621), including the opposition briefs and the supporting declarations of Hansen and Goutman, is GRANTED.

Defendants shall refile the opposition briefs and declarations without substantive amendment by **June 9, 2023**.

DATED this 2nd day of June, 2023.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

DATED: June 2, 2023

Presented by:

SCHWABE WILLIAMSON & WYATT

By: /s/ Connie Sue M. Martin
Connie Sue M. Martin, WSBA No. 26525
David F. Stearns, WSBA No. 45357
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Phone: (206) 622-1711
Email: csmartin@schwabe.com
       dstearns@schwabe.com


SHOOK, HARDY & BACON
Adam E. Miller (Admitted *Pro Hac Vice*)
Lisa N. DeBord (Admitted *Pro Hac Vice*)
Susan L. Werstak (Admitted *Pro Hac Vice*)
Michael W. Cromwell (Admitted *Pro Hac Vice*)
Rachel R. Berland (Admitted *Pro Hac Vice*)
Trudy W. Merrill (Admitted *Pro Hac Vice*)
190 Carondelet Plaza, Suite 1350
St. Louis, (Clayton), MO 63105
Phone: (314) 690-0200
Email: amiller@shb.com
ldebord@shb.com
swerstak@shb.com
    rberland@shb.com
    tmerrill@shb.com

LATHAM & WATKINS LLP
Robert M. Howard, CSBA No. 145870
(Admitted *Pro Hac Vice*)
Jason M. Ohta, CSBA No. 211107
(Admitted *Pro Hac Vice*)

|   |   |
|---|---|
| 1 | Daniel P. Brunton, CSBA No. 218615 |
|   | (Admitted *Pro Hac Vice*) |
| 2 | Shannon K. Lankenau, CSBA No. 294263 |
|   | (Admitted *Pro Hac Vice*) |
| 3 | Natalie C. Rogers, CSBA No. 301254 |
|   | (Admitted *Pro Hac Vice*) |

Daniel P. Brunton, CSBA No. 218615
(Admitted *Pro Hac Vice*)
Shannon K. Lankenau, CSBA No. 294263
(Admitted *Pro Hac Vice*)
Natalie C. Rogers, CSBA No. 301254
(Admitted *Pro Hac Vice*)
12670 High Bluff Drive
San Diego, California 92130
Phone: (858) 523-5400
Email: robert.howard@lw.com
  jason.ohta@lw.com
  daniel.brunton@lw.com
  shannon.lankenau@lw.com
  natalie.rogers@lw.com

KING & SPALDING LLP
Donald F. Zimmer (Admitted *Pro Hac Vice*)
Troy D. McMahan (Admitted *Pro Hac Vice*)
50 California Street, Suite 3300
San Francisco, CA 94111
Phone: (415) 318-1200
Email: fzimmer@kslaw.com
  tmcmahan@kslaw.com

KING & SPALDING LLP
Peter Hsiao (Admitted *Pro Hac Vice*)
663 West Fifth Street, Ste. 1600
Los Angeles, CA 90071
Phone: (213) 443-4310
Email: phsiao@kslaw.com

SHOOK HARDY & BACON LLP
Richard Campbell (Admitted *Pro Hac Vice*)
Stephen I. Hansen (Admitted *Pro Hac Vice*)
Brandon Arber (Admitted *Pro Hac Vice*)
One Federal Street, Suite 2540
Boston, MA 02110
Phone: (617) 531-1441
Email: rcampbell@shb.com
  shansen@shb.com
  barber@shb.com

SHOOK HARDY & BACON LLP
Thomas M. Goutman (Admitted *Pro Hac Vice*)
David S. Haase (Admitted *Pro Hac Vice*)
Kim Kocher (Admitted *Pro Hac Vice*)
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 575-3136
Email: tgoutman@shb.com
  dhaase@shb.com
  kkocher@shb.com

*Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC*

---

ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE FOR REFILING RESPONSES AND DECLARATIONS - CASE NUMBER: C16-107-RAJ-MLP

3

SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5TH AVENUE, SUITE 3400
SEATTLE, WA 98101-4010
TELEPHONE: 206.622.1711