The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation, located in the County of King, State of Washington,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION,<br><br>Defendants. | No. 2:16-cv-00107-RAJ<br><br>ORDER DISMISSING INTERVENOR KING COUNTY |

This matter came before the Court upon Intervenor King County's Unopposed Motion to Dismiss Without Prejudice and the Declaration of John Bjorkman in Support of Intervenor King County's Unopposed Motion to Dismiss. The Court having considered the motion and all other papers submitted in support thereof,

IT IS ORDERED that Intervenor King County's Motion to Dismiss is GRANTED. King County is dismissed from this action without prejudice effective the date of this Order.

DATED this 5th day of July, 2023.

The Honorable Richard A. Jones
United States District Judge



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE +1 206 623 7580
FACSIMILE: +1 206 623 7022