HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE,

    Plaintiff,

    v.

MONSANTO COMPANY, *et al.*,

    Defendants.

Case No. 2:16-cv-00107-RAJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections thereto, the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation (dkt. # 761) is approved and adopted;

(2) Defendants' Buckley Motion (dkt. # 632) is GRANTED; (2) Defendants' Trapp Motion (dkt. # 626) is DENIED; and (3) the City's Motion (dkt. # 605) is DENIED as MOOT.

(3) The Clerk is directed to send copies of this Order to the parties.

DATED this 28th day of September, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1