HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE,

    Plaintiff,

    v.

MONSANTO COMPANY, *et al.*,

    Defendants.

Case No. 2:16-cv-00107-RAJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections thereto, the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation (dkt. # 777) is approved and adopted;

(2) Plaintiff City of Seattle's ("City") "Motion to Exclude Proposed Expert Testimony by William Desvousges." is GRANTED in part and DENIED in part.

(3) The Clerk is directed to send copies of this Order to the parties.

DATED this 28th day of September, 2023.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1