HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE,

    Plaintiff,

    v.

MONSANTO COMPANY, *et al.*,

    Defendants.

Case No. 2:16-cv-00107-RAJ

**ORDER SETTING AMENDED TRIAL DATE AND RELATED PRETRIAL DATES**

Having reviewed the parties' joint status report, and heard from the parties at the status conference on November 8, 2023, the Court resets the trial date and remaining pretrial deadlines as follows:

| | |
|---|---|
| **JURY TRIAL DATE** | **SEPTEMBER 23, 2024** |
| Length of Trial | 25 days |
| Motions *in limine* and deposition designations must be filed by | March 4, 2024 |
| Opposition to motions *in limine* and objections and counter-designations to deposition designations due | April 1, 2024 |
| Agreed pretrial order due | September 3, 2024 |

ORDER – 1

| | |
|---|---|
| Trial briefs, proposed jury instructions, proposed voir dire questions, agreed neutral statement of the case and trial exhibits | September 9, 2024 |
| Pretrial conference | September 13, 2024 at 9:00 a.m. |

The Clerk is directed to send copies of this Order to the parties.

DATED this 16th day of November, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2