The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br>Plaintiff,<br>v.<br>MONSANTO COMPANY, et al.,<br>Defendants. | No. 2:16-cv-00107-RAJ<br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, the City of Seattle, and Defendants, Monsanto Company, Solutia Inc., and Pharmacia LLC, through their undersigned counsel of record, hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action should be, and hereby is, dismissed with prejudice and without costs awarded by the Court to any party.

DATED this 5th day of August, 2024.

***For Plaintiff City of Seattle***

KELLER ROHRBACK L.L.P.

By: *s/ Jennifer S. Wagner*

Lynn L. Sarko, WSBA #16569
Michael D. Woerner, WSBA #15452
Daniel P. Mensher, WSBA #47719
Alison S. Gaffney, WSBA #45565
Adele A. Daniel, WSBA #53315
Kathryn M. McCallum, WSBA #60054
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: (206) 623-1900
Email: lsarko@kellerrohrback.com
Email: mwoerner@kellerrohrback.com
Email: dmensher@kellerrohrback.com
Email: agaffney@kellerrohrback.com
Email: adaniel@kellerrohrback.com
Email: kmccallum@kellerrohrback.com

Gary A. Gotto, Pro Hac Vice
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone (602) 248-0088
Email: ggotto@kellerrohrback.com

Jennifer S. Wagner, Pro Hac Vice
Yoona Park, Pro Hac Vice
Keil M. Mueller, Pro Hac Vice
KELLER ROHRBACK L.L.P.
601 S.W. Second Avenue, Suite 1900
Portland, OR 97204
(971) 253-4600
Fax (206) 623-3384
jwagner@kellerrohrback.com
kmueller@kellerrohrback.com
ypark@kellerrohrback.com

***For Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC***

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ Connie Sue Martin*

Connie Sue Martin, WSBA No. 26525
David F. Stearns, WSBA No. 45257
1425 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 622-1711
Email: csmartin@schwabe.com
Email: dstearns@schwabe.com

Adam E. Miller, Pro Hac Vice
Trudy W. Merrill, Pro Hac Vice
SHOOK HARDY & BACON LLP (STL)
190 Carondelet Avenue, Suite 1350
St. Louis, MO 63105
Telephone: (314) 690-0200
Email: amiller@shb.com
Email: tmerrill@shb.com

Richard L. Campbell, Pro Hac Vice
SHOOK HARDY & BACON LLP (MA)
125 Summer Street, Suite 1220
Boston, MA 02110
Telephone: (617) 531-1411
Email: rcampbell@shb.com

Kim Kocher, Pro Hac Vice
SHOOK HARDY & BACON LLP
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Telephone: (215) 575-3136
Email: kkocher@shb.com

Steve D. Larson, Pro Hac Vice
Keith A. Ketterling, Pro Hac Vice
Elizabeth K. Bailey, Pro Hac Vice
Madeleine C. Holmes, Pro Hac Vice
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Email: slarson@stollberne.com
Email: kmueller@stollberne.com
Email: kketterling@stollberne.com
Email: ebailey@stollberne.com
Email: mholmes@stollberne.com

Ann Davison, WSBA #35776
Laura B. Wishik, WSBA #16682
OFFICE OF THE CITY ATTORNEY
701 Fifth Avenue, Suite 2010
Seattle, WA 98104-7097
Telephone: (206) 684-8200
Email: Ann.Davison@seattle.gov
Email: Laura.Wishik@seattle.gov

Donald F. Zimmer Jr., Pro Hac Vice
Troy McMahan, Pro Hac Vice
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Email: fzimmer@kslaw.com
Email: tmcmahan@kslaw.com

Peter Hsiao, Pro Hac Vice
KING & SPALDING LLP
633 West Fifth St. Suite 1600
Los Angeles, CA 90071
Email: phsiao@kslaw.com

Robert M. Howard, Pro Hac Vice
Jason M. Ohta, Pro Hac Vice
Daniel P. Brunton, Pro Hac Vice
Natalie C. Rogers, Pro Hac Vice
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
E-mail: robert.howard@lw.com
daniel.brunton@lw.com
natalie.rogers@lw.com
jason.ohta@lw.com

Ann E. Sternhell Blackwell, Bar # 50270
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 No. Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2513
Email: liz.blackwell@bclplaw.com